UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR-13-904-R                                    Date:  JANUARY 12, 2015

======================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | Sheri Kleeger | Margaret L. Carter |
| --- | --- | --- |
| Courtroom Deputy | Court Reporter | Lawrence S. Middleton |
| | | Asst. U.S. Attorney |

======================================================================
U.S.A. vs (Dfts listed below)         Attorneys for Defendants

1)   BILLY KHOUNTHAVONG              1)   Dominic Cantalupo
     X Present       X Bond               X Present     X Appointed

2)   BENNY KHOUNTHAVONG              2)   Adam H. Braun
     X Present       X Bond               X Present     X Retained

3)   JOHNNY KHOUNTHAVONG             3)   Humberto Diaz
     X Present       X Bond               X Present     X Retained

PROCEEDINGS:   Government's Motion in Limine to Preclude Evidence of Alleged Bank Negligence Or Complicity [69]

**Court hears from counsel.**

**The Court GRANTS Government's Motion in Limine to Preclude Evidence of Alleged Bank Negligence Or Complicity for reasons as stated on the record.**

**Counsel for the Government to submit a proposed order consistent with the Court's ruling.**

**The JURY TRIAL is continued to FEBRUARY 3, 2015 at 9:00 a.m.**

                                                                  0:05 min

MINUTES FORM 6                                    Initials of Deputy Clerk __cch_____
CRIM -- GEN