DOMINIC CANTALUPO
California Bar No. 163983
*Law Office of Dominic Cantalupo*
100 Wilshire Boulevard, Ste 940
Santa Monica, California 90401-1113
Tel.   (310) 397-2637
Fax.   (310) 388-6016
       dcantalupo@att.net

Counsel for Defendant,
Billy Khounthavong

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY KHOUNTHAVONG, BENNY KHOUNTHAVONG, and JOHNNY KHOUNTHAVONG,<br><br>Defendants. | Case No.   CR 13-904-R-1, 2, 3<br><br>STIPULATION BY THE GOVERNMENT AND ALL DEFENDANTS REGARDING ADMISSION OF CERTAIN DEFENSE EXHIBITS |

It is hereby stipulated and agreed, by and between plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and all defendants, by and through their respective counsel of record that:

All defense exhibits listed in Exhibit "A", attached hereto are (1) true, accurate and complete copies of the original documents; (2) genuine and authentic; and (3) admissible at the trial in this matter without any further evidentiary foundation being laid. Moreover, objections on the grounds of authenticity, hearsay, lack of foundation, relevance, and other grounds shall be deemed overruled, with the exception of two defense exhibits, as follows:

Exhibit 206, which is a MLS listing and Exhibit 219, which is an excerpt of the Los Angeles County Sheriff's Department Handbook, as to these two exhibits, the government only retains an objection based on relevance.

IT IS SO STIPULATED.

Dated: January 20, 2015

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

/s/ per telephonic authorization
_____
MARGARET L. CARTER
LAWRENCE S. MIDDLETON
Assistant United States Attorneys

Attorneys for Plaintiff,
United States of America

Dated: January 20, 2015

/s/ *Dominic Cantalupo*
_____
DOMINIC CANTALUPO
Counsel for Defendant,
Billy Khounthavong

Dated: January 20, 2015

/s per telephonic authorization
_____
ADAM H. BRAUN
Counsel for Defendant,
Benny Khounthavong

Dated: January 20, 2015

/s/ per telephonic authorization
_____
HUMBERTO DIAZ
Counsel for Defendant,
Johnny Khounthavong

# EXHIBIT A

# DEFENSE TRIAL EXHIBITS
## (UNITED STATES V. BILLY KHOUNTHAVONG, ET AL.)

| Def. Ex. No. | Description | Marked for Identification | Admitted |
|---|---|---|---|
| 201 | Example of Improvements to Chino Home (WoodWork Invoice Dated 3/09/06) | | |
| 202 | Example of Improvements to Chino Home (WoodWork Invoice Dated 3/21/07) | | |
| 203 | Bank of America Statement Reflecting Cost of Additional Improvements to Chino Home | | |
| 204 | Homeowner's Premium for Chino Home and Payment for Policy Period 3/28/11 through 3/26/12 | | |
| 205 | Bank of America Correspondence Regarding Loan Modification on Chino Home (Dated 10/17/11) | | |
| 206 | MLS Listing for 4 Bedroom Home in Corona, CA (Dated 4/21/11) | | |
| 207 | E-mail from Natalie Tran to Billy Khounthavong (Dated 6/23/11) Regarding Signing of Loan Application and Deposit for Corona Home | | |

| | | | |
|---|---|---|---|
| 208 | E-mail from Natalie Tran to Billy K. (Dated 7/12/2011) Regarding DBR's Draft Letter of Explanation for Corona Loan | | |
| 209 | Mobile Phone Records for Natalie Tran (subscribed under name "Lily Dang" and mobile number (714) 829-6963) for 7/18/11 between the hours of 3:00 p.m. and 11:59 p.m.; 10/20/14 Cover Letter with Production of Phone Records | | |
| 210 | Natalie Tran's Direct Lender Company Listing and Direct Bank Rate Website Listing Mobile Number (714) 829-6963 As Her Phone Number | | |
| 211 | Subscriber Information for Mobile Phone of Notary Laura Meadows (310) 753-7220 | | |
| 212 | Map of Los Angeles and Orange Counties | | |
| 213 | Work Shift Records for Johnny Khouthavong (7/18/11 shift from 5:20 through 13:00 and 13:00 through 21:00) | | |
| 214 | Work Shift Records for Billy Khounthavong (shift from 7/18/11 at 22:00 through 7/19/11 at 6:00) | | |
| 215 | Complete Loan Package for Purchase of Corona Home (Dated 7/18/11) | | |

2

| | | | |
|---|---|---|---|
| 216 | Commission to Natalie Tran/First Realty Tree for Purchase of Corona Home (Dated 6/27/11) | | |
| 217 | Fee to Direct Lending/Natalie Tran for Loan to Purchase Corona Home (Dated 6/03/11) | | |
| 218 | Commission Paid to Natalie Tran for Short Sale on Chino Home ("Payable to Thai Le") (Dated 1/24/12) | | |
| 219 | Excerpt of Los Angeles County Sheriff's Department Handbook Regarding Civil Lawsuits Against Deputies | | |
| 220 | Letter to Billy Khounthavong from Union Attorneys Regarding *Grubbs* Civil Lawsuit (Dated 4/15/11) | | |
| 221 | Letter to Benny Khounthavong from Union Attorneys Regarding *Grubbs* Civil Lawsuit (Dated 4/15/11) | | |
| 222 | Letter from County of Los Angeles to Billy Khounthavong Regarding County's Indemnification and Representation of Billy Khounthavong in *Grubbs* Lawsuit (Dated 6/28/11) | | |

| | | | |
|---|---|---|---|
| 223 | Letter from County of Los Angeles to Benny Khounthavong Regarding County's Indemnification and Representation of Benny Khounthavong in *Grubbs* Lawsuit (Dated 6/28/11) | | |
| 224 | County of Los Angeles Approval of Settlement of *Grubbs* Lawsuit and County's Payment of All Settlement Costs (Dated 2/6/12)    [REDACTED] | | |
| 225 | E-mail from Natalie Tran to Khounthavongs Entitled "Congratulations Boys =)" (Dated 7/19/11 at 2:50 a.m.) | | |
| 226 | Billy Khounthavong's Discover Credit Card Statements Covering July 25, 2011 through October 24, 2011 | | |
| 227 | Billy Khounthavong's Chase Checking Account Statement Covering July 21, 2011 through August 16, 2011 | | |
| 228 | E-mail from Jennie Nguyen (Direct Lending) to Khouthavongs Entitled "Short Sale Requirement for Garden Park Chino" (Dated 8/2/11) | | |
| 229 | E-mail from Jennie Nguyen (Direct Lending) to Khouthavongs Entitled "Garden Park need updated information"  (for short sale) (Dated 8/25/11) | | |

| | | | |
|---|---|---|---|
| 230 | E-mail from Natalie Tran (Direct Lending/First Realty Tree) to Khounthavongs Entitled "Updated Documents needed" (Dated 10/20/11) | | |
| 231 | 8/2/11 Offer from Potential Buyer of Chino Home Regarding Potential Buyer's Proof of Adequate Funds | | |
| 232 | 8/21/11 All Cash Offer from Second Potential Buyer of Chino Home | | |
| 233 | 9/7/11 Offer from Third Potential Buyer of Chino Home | | |
| 234 | Signed Daily Time Card for Billy Khounthavong for Shift from July 18, 2011 at 22:00 through July 19, 2011 at 6:00 | | |
| 235 | Billy Khounthavong's Work Shift Records Reflecting He Did Not Work 4/1/11 through 4/5/11 at 22:00; Returned to Work for a Shift on 4/5/11 at 22:00 through 4/6/11 at 6:00 | | |
| 236 | Benny Khounthavong's Work Shift Records Reflecting He Did Not Work 4/1/11 through 4/6/11; Returned to Work 4/7/11 | | |
| 237 | Partial Handwritten Benny Khounthavong URLA Signed 4/3/11 with Fax Header 4/4/11 | | |
| 238 | Complete Loan Package Dated 6/22/11 | | |

5

|     |                                                                                                                           |     |     |
| --- | ------------------------------------------------------------------------------------------------------------------------- | --- | --- |
| 239 | Excerpts of Joint Chase (formerly Washington Mutual) Checking Account Statements from 2006 and from January through July 2011 |     |     |
| 240 | E-mail from Natalie Tran (Direct Lending/First Realty Tree to J. Khounthavong (Dated 4/21/11)                             |     |     |
| 241 |                                                                                                                           |     |     |
| 242 |                                                                                                                           |     |     |
| 243 |                                                                                                                           |     |     |
| 244 |                                                                                                                           |     |     |
| 245 |                                                                                                                           |     |     |
| 246 |                                                                                                                           |     |     |
| 247 |                                                                                                                           |     |     |
| 248 |                                                                                                                           |     |     |
| 249 |                                                                                                                           |     |     |
| 250 |                                                                                                                           |     |     |