# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | |
|---|---|---|
| Case No. | CR-13-904-R | Date: February 9, 2015 |
| Present: The Honorable | MANUEL L. REAL, United States District Judge | |
| Interpreter | N/A | |

| Christine Chung | Deborah Gackle | Margaret L. Carter / Lawrence S. Middleton |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) BILLY KHOUNTHAVONG | X | | X | (1) Dominic Cantalupo | X | X | |
| (2) BENNY KHOUNTHAVONG | X | | X | (2) Adam H. Braun | X | | X |
| (3) JOHNNY KHOUNTHAVONG | X | | X | (3) Humberto Diaz | X | | X |

___ Day COURT TRIAL     3rd Day JURY TRIAL     ___ Death Penalty Phase

___ One day trial;    ___ Begun (1st day);    X Held & continued;    ___ Completed by jury verdict/submitted to court.

X Witnesses called, sworn and testified.

X Exhibits identified     X Exhibits admitted

___ Government rests.    ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn

___ Alternates excused    ___ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:    ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) ___    ___ Not Guilty on count(s) ___

___ Jury polled    ___ Polling waived

___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing.

Dft # ___ remanded to custody.    Remand/Release# ___ issd.    Dft # ___ released from custody.

X Case continued to **TUESDAY, FEBRUARY 10, 2015 at 10:00 A.M.** for further trial/further jury deliberation.

X Other: The Court hears defense counsel for Johnny Khounthavong and government's arguments regarding Defendant's Motion in Limine to Preclude Details of Lawsuit [103]. The matter is submitted, and the complaint should not be referenced until the Court makes a ruling. Government's witnesses Mark Bianchi and Laura Meadows testifies. Counsel for defendants and government stipulate that witness Laura Meadows notarized the loan documents.

1 : 54

Initials of Deputy Clerk     cch