# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR-13-904-R |
| Date | February 10, 2015 |
| Present: The Honorable | MANUEL L. REAL, United States District Judge |
| Interpreter | N/A |

| Christine Chung | Khowoonsun "Koni" Chong | Margaret L. Carter / Lawrence S. Middleton |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) BILLY KHOUNTHAVONG | X | | X | (1) Dominic Cantalupo | X | X | |
| (2) BENNY KHOUNTHAVONG | X | | X | (2) Adam H. Braun | X | | X |
| (3) JOHNNY KHOUNTHAVONG | X | | X | (3) Humberto Diaz | X | | X |

\_\_\_ Day COURT TRIAL     4th Day JURY TRIAL     \_\_\_ Death Penalty Phase

\_\_\_ One day trial;   \_\_\_ Begun (1st day);   X Held & continued;   \_\_\_ Completed by jury verdict/submitted to court.

X  Witnesses called, sworn and testified.

X  Exhibits identified     X  Exhibits admitted

\_\_\_ Government rests.   \_\_\_ Defendant(s) _____ rest.

\_\_\_ Motion for mistrial by _____ is \_\_\_ granted \_\_\_ denied \_\_\_ submitted

\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_ granted \_\_\_ denied \_\_\_ submitted

\_\_\_ Closing arguments made     \_\_\_ Court instructs jury     \_\_\_ Bailiff sworn

\_\_\_ Alternates excused     \_\_\_ Jury retires to deliberate     \_\_\_ Jury resumes deliberations

\_\_\_ Finding by Court as follows:     \_\_\_ Jury Verdict as follows:

Dft # \_\_\_ \_\_\_ Guilty on count(s)     \_\_\_ Not Guilty on count(s)

\_\_\_ Jury polled     \_\_\_ Polling waived

\_\_\_ Filed Witness & Exhibit lists   \_\_\_ Filed Jury notes   \_\_\_ Filed Jury Instructions   \_\_\_ Filed Jury Verdict

\_\_\_ Dft # \_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

\_\_\_ Dft # \_\_\_ remanded to custody.   \_\_\_ Remand/Release# \_\_\_ issd.   Dft # \_\_\_ released from custody.

X  Case continued to **WEDNESDAY, FEBRUARY 11, 2015 at 9:30 A.M.** for further trial/further jury deliberation.

\_\_\_ Other:

                                                                3 : 43

Initials of Deputy Clerk     cch

CR-78 (10/08)     **CRIMINAL MINUTES - TRIAL**     Page 1 of 1