1              UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

3        HONORABLE MANUEL L. REAL, U.S. DISTRICT JUDGE

4   UNITED STATES OF AMERICA,          )
                                       )
5                 Plaintiff,           )   CASE NO.
                                       )
6        vs.                           )   CR 13-0904-R
                                       )
7   BILLY KHOUNTHAVONG, BENNY          )
    KHOUNTHAVONG, and JOHNNY           )
8   KHOUNTHAVONG,                      )
                                       )
9                 Defendants.          )
    _____   )

10

11

12

13                REPORTER'S TRANSCRIPT OF
                  JURY TRIAL — DAY 7
14              THURSDAY, FEBRUARY 12, 2015
                       10:04 A.M.
15              LOS ANGELES, CALIFORNIA

16

17

18

19

20

21

22   _____

23            DEBI READ, CSR 3949 CRR RMR
            FEDERAL OFFICIAL COURT REPORTER
24            312 NORTH SPRING STREET 432A
            LOS ANGELES, CALIFORNIA 90012
25              READIT3949@GMAIL.COM


                  UNITED STATES DISTRICT COURT

1                    **A P P E A R A N C E S**

2

**ON BEHALF OF THE PLAINTIFF, UNITED STATES OF AMERICA:**

3

        STEPHANIE YONEKURA
4       UNITED STATES ATTORNEY
        BY:  MARGARET L. CARTER
5            LAWRENCE S. MIDDLETON
        Assistant United States Attorneys
6       United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012
        213-894-5010/7413
8       lawrence.middleton@usdoj.gov
        maggie.carter@usdoj.gov

9

**ON BEHALF OF THE DEFENDANT, BILLY KHOUNTHAVONG:**

10

        DOMINIC CANTALUPO LAW OFFICES
11      BY:  DOMINIC CANTALUPO
        Attorney at Law
12      100 Wilshire Boulevard, Suite 940
        Santa Monica, CA 90401-1113
13      310-397-2637
        dcantalupo@att.net

14

**ON BEHALF OF THE DEFENDANT, BENNY KHOUNTHAVONG:**

15

        ADAM H. BRAUN LAW OFFICES
16      BY:  ADAM H. BRAUN
        Attorney at Law
17      1880 Century Park East, Suite 710
        Los Angeles CA 90067
18      310-277-2270
        adam@braunesquire.com

19

**ON BEHALF OF THE DEFENDANT, JOHNNY KHOUNTHAVONG:**

20

        LAW OFFICES OF HUMBERTO DIAZ
21      BY:  HUMBERTO DIAZ
        Attorney at Law
22      714 West Olympic Boulevard, Suite 450
        Los Angeles CA 90015
23      213-745-7477
        JHDiazLaw@gmail.com

24

**ALSO PRESENT**
25      JASON DALTON, FBI SPECIAL AGENT

1          LOS ANGELES, CALIFORNIA; THURSDAY, FEBRUARY 12, 2015

2                              10:04 A.M.

3                               -OOO-

4          (Call to Order of the Court.)

5          (Open court out of the presence of the jury.)

6              THE COURTROOM DEPUTY:  Calling Item No. 1,

7     CR 13-904-R, United States of America versus Billy

8     Khounthavong, et al.

9          Counsel, please state your appearances.

10             MS. CARTER:  Good morning, your Honor.

11     Maggie Carter and Lawrence Middleton on behalf of the United

12     States.  Also present at counsel table is Special Agent Jason

13     Dalton of the FBI.

14             MR. CANTALUPO:  Good morning, your Honor.

15     Dominic Cantalupo appearing with Billy Khounthavong, present.

16             MR. BRAUN:  Adam Braun with Johnny Khounthavong.

17             MR. DIAZ:  Humberto Diaz for Johnny Khounthavong

18     who's present.

19             THE COURT:  All right.  The matter was submitted,

20     and I now grant the motion as to each of the defendants

21     pursuant to to Rule 29.  I don't think a jury could find a

22     verdict beyond a reasonable doubt in this matter because the

23     government has not shown that the presentation of anything to

24     the banks was by themselves either directly or indirectly, and

25     that there's nothing showing that the banks knew or didn't know

UNITED STATES DISTRICT COURT

1   because the persons who were dealing for the banks were not --

2   were not witnesses here, that those persons whether or not they

3   received matters that were not considered by them or that

4   Ms. Tran failed to -- whether Mrs. Tran ever received necessary

5   -- what the government feels is necessary here, and that on

6   that basis I think that the government has not proved its case

7   before any jury beyond a reasonable doubt.

8          All right.  And we are going to discharge the jury.

9          I have a problem as to how the FBI got into this case.

10  There's no evidence as to -- that any of these banks had

11  indicated that somehow or other they were defrauded by the

12  failures of the party or Ms. Tran to give them documents which

13  had nothing to do, evidently, at least based upon the evidence

14  as it's presented, to the granting of a -- of a loan on the --

15  and granting of a short sale, and nothing here that -- because

16  the fact is that there is a lien pursuant to the short sale on

17  Billy, and there is a issued lien against Benny and Johnny in

18  this case, which is -- were the subjects of the matters before

19  the banks.

20         All right.  Bring down the jury.

21         (Brief pause in the proceedings.)

22         THE COURT:  Just want to add in that the necessary

23  matters that were here were not matters of law but matters of

24  procedure only, and it is bank procedure, not the law.

25         (Open court in the presence of the jury.)


UNITED STATES DISTRICT COURT

1          THE COURT:  All right.  The record will show the

2     jurors are all in their proper places.  The defendants are

3     present with their counsel.

4          And ladies and gentlemen of the jury, the matter has been

5     resolved and we will not need your services, so you are

6     excused.  But I want to thank you for your services in this

7     matter.  It's very important to have juries in this country, as

8     we do, to make determinations, if it's necessary to be made

9     under those circumstances, but -- and that the presentation of

10    the case should be something that would be understood and taken

11    into account by the jury.

12         You are now excused until further notice.  Jurors excused.

13    Court will remain in session.

14         Oh, you can talk about this case now, if you wish to do

15    so, but you can't be forced to talk about it.  So if anyone

16    asks you any questions about this, you can walk away from them.

17    If they insist on talking to you, you can go to a phone or use

18    your cell phone and call 213-894-5267.  We will take care of

19    the situation for you so you don't have to talk to anybody.

20         All right.  You are now excused.  Thank you.  Thank you

21    for your services.

22         (Open court out of the presence of the jury.)

23         THE COURT:  All right.  The bonds of the defendants

24    are exonerated.  We'll be in recess.

25         (Proceedings concluded at 10:38 a.m.)

UNITED STATES DISTRICT COURT

1                    CERTIFICATE OF OFFICIAL REPORTER

2

3

4

5     I, DEBRA READ, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND

6     FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT

7     OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,

8     TITLE 28, UNITED STATES CODE, THAT THE FOREGOING IS A TRUE AND

9     CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS

10    HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE

11    FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL

12    CONFERENCE OF THE UNITED STATES.

13

14         DATED THIS 12TH DAY OF FEBRUARY, 2015._____

15

16

17                    /S/ DEBRA READ

18    _____
      DEBRA READ, CSR NO. 3949 CRR RMR
      FEDERAL OFFICIAL COURT REPORTER
19

20

21

22

23

24

25