1             UNITED STATES DISTRICT COURT

2           CENTRAL DISTRICT OF CALIFORNIA

3               WESTERN DIVISION

4

5     THE HONORABLE MANUEL L. REAL, U.S. DISTRICT JUDGE

6                  PRESIDING

7

8   THE UNITED STATES OF AMERICA,  )
                           )

9         Plaintiff,       )
                           )

10    vs.                )    No. CR 13-904-R
                           )

11                           )
   BILLY KHOUNTHAVONG, ET AL.,    )

12                           )
          Defendants.      )

13   _____)

14

15

16      REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS

17            LOS ANGELES, CALIFORNIA

18          TUESDAY, FEBRUARY 3, 2015

19

20             **VOLUME I/AM SESSION**

21               PAGES 1 - 95

22  _____

23         DEBORAH K. GACKLE, CSR, RPR
          United States Courthouse

24     312 North Spring Street, Room 402A
       Los Angeles, California 90012

25           (213) 620-1149

1    **APPEARANCES OF COUNSEL:**

2

3           **For the Plaintiff:**

4

5                  STEPHANIE YONEKURA
                   UNITED STATES ATTORNEY
6                  BY:  MARGARET L. CARTER
                   BY:  LAWRENCE S. MIDDLETON
7                  ASSISTANT UNITED STATES ATTORNEYS
                   1400 United States Courthouse
8                  312 North Spring Street
                   Los Angeles, California  90012
9

10                 ALSO PRESENT:  SPECIAL AGENT DALTON

11

12

13          **For the Defendant JOHNNY KHOUNTHAVONG:**

14

15                 Humberto Diaz
                   Law Offices of Humberto Diaz
16                 714 West Olympic Boulevard Suite 450
                   Los Angeles, CA 90015
17                 213-745-7477
                   Fax: 213-745-7447
18                 Email: JHDiazLaw@gmail.com

19

20          **For the Defendant BENNY KHOUNTHAVONG:**

21

22                 Adam H Braun
                   Adam H Braun Law Offices
23                 1880 Century Park East Suite 710
                   Los Angeles, CA 90067
24                 310-277-2272
                   Fax: 310-277-2270
25                 Email: adam@braunesquire.com

1    **APPEARANCES (CONTINUED):**

2

3

4         **For the Defendant BILLY KHOUNTHAVONG:**

5

6              Dominic Cantalupo
               Dominic Cantalupo Law Offices
7              100 Wilshire Boulevard Suite 940
               Santa Monica, CA 90401-1113
8              310-397-2637
               Fax: 310-388-6016
9              Email: dcantalupo@att.net

10

11

12

13                          - - - - -

14

15

16

17

18

19

20

21

22

23

24

25

1    **LOS ANGELES, CALIFORNIA; TUESDAY, FEBRUARY 3, 2015; 9:10 A.M.**

2                              - - - - -

3

4              THE CLERK:  Item No. 1, CR 13-904-R, United States of

5    America v. Billy Khounthavong, et al.

6              Counsel, please state your appearances.

7              MS. CARTER:  Good morning, Your Honor.  Maggie Carter

8    and Lawrence Middleton on behalf of the United States.  Also

9    seated at counsel table is Special Agent Jason Dalton of the

10   FBI.

11             MR. CANTALUPO:  Good morning, Your Honor.  Dominic

12   Cantalupo appearing with Billy Khounthavong, who is present.

13             MR. DIAZ:  Good morning, Your Honor.  Umberto Diaz on

14   behalf of Johnny Khounthavong, who is present.

15             MR. BRAUN:  Good morning, Your Honor.  Adam Braun

16   appearing for Johnny Khounthavong, who is present.

17             THE COURT:  All right.

18             Some problem here?

19             MR. CANTALUPO:  Yes, Your Honor.  I wanted to raise

20   an issue regarding potential expert testimony and the potential

21   of the government introducing expert concepts in its opening

22   statement.

23             As the court will recall, early in this case,

24   Mr. Billy Khounthavong was denied CJA appointment of an expert.

25   So we've had no use of an expert throughout the trial

1    preparation.  We provided a notice to the government requesting

2    that they provide us with their expert notice early in the

3    case -- I believe it was in January of last year -- and the

4    government has not provided any such notice.

5              What I'm concerned about is that the government has

6    on its witness list several individuals who are employed by

7    banks.  I'm not aware -- or I don't believe that all of those

8    witnesses have percipient knowledge, and I'm concerned that the

9    government may attempt to elicit some sort of expert testimony

10   in terms of concepts such as "bail buy," which is a term that

11   was used in the complaint.  It's not in the indictment, but it

12   is in the complaint.  I believe that's an expert concept for

13   which, again, Mr. Billy Khounthavong has had no opportunity to

14   investigate that concept and explore rebuttals to that.

15             So also, during the testimony of these bank

16   witnesses, I would ask the court to instruct the government not

17   to elicit any sort of hypothetical situations from these

18   witnesses.

19             Also, in --

20             THE COURT:  They're experts.

21             MR. CANTALUPO:  Excuse me?

22             THE COURT:  They're experts and they're percipient

23   witnesses.  They can certainly give their opinions.

24             MR. CANTALUPO:  The government has not provided any

25   expert notice.  So as I understand it, the government does not

1    intend to call any experts to the stand.

2         Also, I understand that the government intends, in

3    its opening statement, to discuss the concept of bail buy.

4    Again, I would ask the court to instruct the government not to

5    mention that in opening or even during their examination of the

6    witnesses.  It's an expert concept for which we've had not had

7    an opportunity to address or to investigate in any way, being

8    denied the funds to retain an expert.

9         THE COURT:  Ms. Carter.

10        MS. CARTER:  Your Honor, we do have bank witnesses on

11   our list, but they are not going to be testifying as expert

12   witnesses.  They're percipient witnesses in the following

13   sense:  They will be testifying about the bank loan files that

14   are going to be at issue in this case.  They're going to be

15   explaining the different kinds of loan documents in those

16   files.  They're also going to be explaining at what point in

17   the process their particular bank asks for those documents and

18   how their particular bank uses those documents.

19        To the extent we're asking hypotheticals, it would

20   only be insofar as how would -- how could or how did a

21   particular response on a particular loan form or a particular

22   document submitted to your bank, how did or how could that have

23   influenced your bank.

24        Similarly, if there's an alter -- even if the

25   opposite response:  How did or how would that influence your

1   bank?  And we believe that this is well within their ability to

2   testify about as percipient witnesses in the context of their

3   experience and knowledge about affairs and loan files at their

4   own banks.

5         With regard to this mention of "buy bail," the

6   government plans on discussing this concept, and introducing

7   this concept in a layman sense, that a home was purchased,

8   there was a buy, and then a home was sold in a short sale.

9   There was a bail, and the defendants no longer had to pay their

10  mortgages, therefore, as a result of these two transactions.

11  So we don't believe that it's in any way an expert concept.

12  It's descriptive of the transactions in the case.

13        MR. CANTALUPO:  Well, a description of the

14  transaction is one thing, but to phrase it in the term of a

15  "concept" is completely different.  If the government wants to

16  discuss that the -- there was a purchase of a home, and then

17  later the selling of another home, that's perfectly fine.  It's

18  the introducing to the jury the concept of buy bail through its

19  opening or through the witness that is a problem.

20        Also, in regards to what the bank would rely on, or

21  what the bank does in processing these applications, that's,

22  again, a concept for which we've not had an opportunity to have

23  our own expert to tell us how to rebut what this witness would

24  say.  And the government has not provided any notice that it

25  intends to --

```
 1              THE COURT:  No, you're not -- no.  They're giving

 2   just what their percipient -- and what they know about the form

 3   because that's what they do as work.  It's not as an expert,

 4   it's as their work, on a daily work.  They are, quote, "not

 5   experts" in the sense of testimony expert, but they're expert

 6   in -- that's their job.  That's their job.  They can't change

 7   anything with reference to that, but they can explain what

 8   their job is about, certainly.

 9              MR. CANTALUPO:  Absolutely.  I don't disagree with --

10              THE COURT:  That's all she says, Counsel.

11              MR. CANTALUPO:  Well, to the extent that she is going

12   to elicit hypotheticals if you -- if the bank had a certain

13   piece of information, what would the bank do, that's not in

14   their job, that is in the scope --

15              THE COURT:  That's in their job, what the bank would

16   do.  That's what they do on a daily basis.  When they're given

17   something, and somebody gives them something, and they want to

18   explain it to the person, or they know what it is that has been

19   given to them.  It's not a question of expertise, it's their

20   job.

21              MR. CANTALUPO:  What about the use of the term "buy

22   bail"?  Will the court instruct the government not to --

23              THE COURT:  No, I'm not going to tell the government

24   how to try their case, and you can't tell them how to try their

25   case.  They'll try it the best they can.  That's it.  But I'm
```

1    not going to tell them, You got to do it this way or that way.

2    That's not my function.  That's not my function as a judge.

3              MR. CANTALUPO:  Very well.  All right.

4              THE COURT:  All right.

5              As you know, we make the opening statement to the

6    panel before we place anybody in the jury box.  Be those

7    matters, as you all have been here before, so you know that, in

8    that respect, and then we will proceed in the trial.

9              There will be some problems with this week in terms

10   of trial basis.  I have something, another matter that I have

11   to take care of this afternoon.  And Friday, there isn't any

12   question, at least in the morning, that I will be attending the

13   matter for Judge Alarcon at the cathedral.  So there will be

14   some matters that are not going forward totally as they usually

15   do in this courtroom.

16             We'll be in recess while we bring down the jury.

17             MS. CARTER:  Your Honor.

18             THE COURT:  Yes.

19             MS. CARTER:  Before we recess, I just wanted to

20   inform the court that during my opening statement, I do plan on

21   showing a few slides.  Most of these are already exhibits that

22   have been stipulated to by the party, with one exception, which

23   is kind of a subset of data that the party has stipulated to.

24             THE COURT:  All right.

25                        (Recess)

```
 1                    (Open Court – Jury Present)

 2              THE CLERK:  Calling Item No. 1, CR 13-904-R, United

 3    States of America v. Billy Khounthavong, et al.

 4              Counsel, please state your appearances.

 5              MS. CARTER:  Good morning, Your Honor.  Maggie Carter

 6    and Lawrence Middleton on behalf of the United States.  Also

 7    seated at counsel table is Special Agent Jason Dalton of the

 8    FBI.

 9              MR. CANTALUPO:  Good morning, Your Honor.  Dominic

10    Cantalupo, appearing with Mr. Billy Khounthavong.

11              MR. DIAZ:  Good morning, Your Honor.  Umberto Diaz on

12    behalf of Johnny Khounthavong, who is present.

13              MR. BRAUN:  Good morning, Your Honor.  Adam Braun

14    with Benny Khounthavong.

15              THE COURT:  Members of the jury panel, you've been

16    called this morning as possible jurors in the matter of the

17    United States of America v. Billy Khounthavong, Benny

18    Khounthavong, and Johnny Khounthavong.

19              And they are charged with violations of Title 18,

20    United States Code, Section 371, conspiracy; Title 18, United

21    States Code, Section 1014, false statement to a

22    federally-insured financial institution; and 18, United States

23    Code, Section 2(b), causing an act to be done.

24              You will be hearing the opening statements of the

25    government and the defense counsel, and by counsel for the
```

1   defendants.  These opening statements are what they think that

2   they can prove during the trial of this case.  It is not

3   evidence.  The evidence that you will consider if you become a

4   juror is the testimony that comes from the witnesses that are

5   called and those documents which are allowed during the matter.

6   These are just their matters which they think they can prove.

7   They may or may not be able to do that during the trial of the

8   case.  So you're not to consider them evidence, but only to

9   know what kind of a case that you will be listening to if you

10  become a juror.

11          Government wish to make an opening statement?

12          MS. CARTER:  Yes, Your Honor.

13          THE COURT:  All right.

14          MS. CARTER:  Hundreds of thousands of dollars in

15  mortgage debt.  That's how much three brothers, Billy

16  Khounthavong, Benny Khounthavong, and Johnny Khounthavong,

17  avoided paying by telling two different sets of lies to two

18  different sets of banks.  This case is about those brothers and

19  those lies.  The defendants in this case are charged with the

20  crimes of conspiracy to make false statements and reports to

21  banks, and causing false statements and reports to be made to

22  banks.

23          In 2006, Billy Khounthavong, Benny Khounthavong, and

24  Johnny Khounthavong, the three defendants in this case, all

25  brothers, all deputies with the Los Angeles County Sheriff's

1    Department, bought a five-bedroom, four-bathroom,

2    4200-square-foot house in Chino, California, for $750,000.

3        Defendants lived in that house for five years.

4    During that time, the house decreased in value until it was

5    worth less than $500,000, but the defendants still had big

6    mortgages, about $740,000 combined.

7        In 2011, they decided that they wanted to ditch those

8    mortgages, even though they had signed a contract to buy the

9    house, even though they had promised to pay back the money that

10   they had borrowed to buy the house, and even though they still

11   had jobs and could still afford to make their mortgage

12   payments.

13       They wanted to ditch those mortgages, but they still

14   wanted to live in a nice house.  They figured out that if they

15   lied, they could do it.  They could pay far less to live in a

16   different nice house.  Like a lot of people probably, they

17   wanted the same lifestyle for less.  But unlike most people,

18   they were willing to commit federal crimes to do it.  They were

19   willing to lie, they conspired to lie, and they did lie to do

20   it.

21       To get a new mortgage for a new house in Corona,

22   California, they lied to Flagstar Bank on their loan

23   applications and on supporting documents.  Once they got the

24   new house in Corona, they lied to dump their old house in

25   Chino.  They lied to the mortgage holders on the Chino property

1  to get permission to sell the Chino property for less than they

2  owed on their mortgages so they wouldn't have to pay any more.

3          Ladies and gentlemen, my name is Maggie Carter, and

4  along with my co-counsel, Lawrence Middleton, it is our

5  privilege to represent the United States in this case.

6          During this trial, you are going to hear about the

7  conspiracy to lie to banks and the two sets of lies that these

8  defendants told to banks.  The defendants bought the Chino

9  property together in 2006 for three quarters of a million

10  dollars.  Almost every year after they bought that house, its

11  value went down.  Defendants knew it.  They got property tax

12  bills for years that showed it had gone down.  As early as

13  2009, tax records showed that the Chino property was worth less

14  than $500,000.  It had declined even a little more by 2011, but

15  in 2011, defendants still owed nearly $740,000 on their

16  mortgages.

17          So in April of 2011, Billy Khounthavong spoke to real

18  estate agent and mortgage broker Natalie Tran.  Natalie Tran,

19  who was a co-conspirator with the defendants, will testify at

20  trial, pursuant to an immunity agreement, which means she can

21  not be prosecuted for her testimony.  In their first

22  conversation, defendant Billy Khounthavong told Natalie Tran

23  that he wanted to buy a new house with his brothers because the

24  house that they already owned was underwater.  It was

25  underwater, which you will learn means that it was worth less

1     than the mortgages that the defendants owed.

2          Defendants owed more money than their house was

3     worth, but they told Natalie Tran that they wanted to take on a

4     new mortgage to buy a new house.  They were going to buy a new

5     house and walk away from their old one with their big

6     mortgages, a buy and a bail.  And they were going to tell lies

7     to the banks to do it.

8          By June 2006 -- or by June 2011, they had found a

9     house to buy in Corona, California, and were ready to submit

10     applications to Flagstar Bank.  Now, the new Corona house was

11     also a nice house.  It was a five-bedroom, three-bathroom

12     house, that was 3900 square feet, and valued at over half a

13     million dollars.

14          To get this house, defendants, conspiring with each

15     other and Natalie Tran, lied to Flagstar Bank in their loan

16     applications.  Initial applications were submitted in

17     June 2011, each one for each brother contained two lies.

18     Present market value of the Chino property was the first thing

19     that they lied about.  They had to list it on a schedule of

20     real estate that they already owned.  They said that their

21     Chino property was worth $750,000, more than their mortgages,

22     but really it was worth much less.

23          Natalie Tran's office put the $750,000 number in, not

24     based on any real estimate of the Chino property's present

25     market value, but by adding a little bit to the amount that the

1    Khounthavong brothers owed on their mortgages to make it look

2    like the Chino property was not underwater, to make it look

3    even.  They put the number in knowing that it was false.  They

4    sent the applications to the defendants for signature and

5    submitted to Flagstar Bank on behalf of the defendants.

6          The defendants also knew that the $750,000 number was

7    false.  Defendants had received property tax bills in 2009,

8    2010, and 2011, all showing that the house in Chino was worth

9    less than $500,000, and defendant Billy Khounthavong had said

10   it was underwater in his first conversation with Natalie Tran.

11   And just a few weeks later, all three defendants would agree to

12   list the Chino property for a short sale for only $400,000.

13         The second lie was on Billy and Benny Khounthavong's

14   loan applications.  The applications required each defendant to

15   state whether or not they were parties to any lawsuits.  Billy

16   and Benny Khounthavong lied and checked "No" in response to

17   that question.  In fact, Billy and Benny Khounthavong were

18   parties to a lawsuit.  They were defendants in a civil lawsuit

19   brought by a man named Michael Grubbs.

20         They had been sued in the spring of 2011, before they

21   submitted their first loan applications to Flagstar, and the

22   Grubbs lawsuit was still pending throughout the whole rest of

23   2011, all the way in to 2012.

24         Now, once Flagstar Bank got these initial June 2011

25   loan applications, each with the two lies, Flagstar had some

1    questions about the Chino property.  Flagstar wanted to know

2    why the Khounthavongs were buying the new house in Corona if

3    they already owned a house in Chino, and defendant submitted

4    two letters of explanation in July 2011 telling Flagstar a

5    false story about what was going to happen with the two houses.

6    You will see them both during the trial.

7         This is the second one which is more detailed.  It's

8    got a fax date at the top of July 12, 2011, and a typewritten

9    date of July 11, 2011.  It states that Billy Khounthavong was

10   going to stay behind at the Chino property with his new

11   fiancee.  This is Billy Khounthavong, the defendant who first

12   told Natalie Tran that the defendants wanted to buy a new

13   property because their Chino house was underwater.  Now this

14   letter to Flagstar Bank states that he's going to be the one

15   who stays behind in that Chino house.

16        The letter also said that the purchase of a new home

17   will not create a financial hardship.  We understand the

18   liability that is required to maintain them in good standing.

19        This document was sent to all three Khounthavong

20   brothers by email, by Natalie Tran's office, and then Natalie

21   Tran's -- it was returned to Natalie Tran's office and -- which

22   sent it electronically to Flagstar Bank.

23        All three defendants knew about this letter because

24   all three received it by email from Natalie Tran.  Natalie Tran

25   sent it to them, told them to feel free to revise, and to sign

1   it and return it to her.  The defendants didn't make any

2   changes.

3       This false story about what would happen to the

4   properties was submitted to Flagstar.  Defendants knew that the

5   story was false.  By the dates on this letter, defendants knew

6   that the Chino property was underwater, and they didn't want to

7   keep paying those mortgages.  Defendants had absolutely no

8   intention of paying mortgages on two different houses.

9       Billy Khounthavong had no intention of staying behind

10  at the Chino property.  He had already talked to Natalie Tran

11  about stopping his mortgage payments on the Chino property.  He

12  had already talked with Natalie Tran about doing a short sale

13  of the Chino property.

14      You will also learn what happened right after the

15  dates on this letter.  Within a week, Natalie Tran had already

16  found another real estate agent to list the Chino property for

17  a short sale to keep her name off of the short sale deal.

18  Within a week, Natalie Tran's office was already negotiating a

19  listing contract with that other real estate agent to list the

20  Chino property for only $400,000, way less than the present

21  market value listed on their Flagstar loan applications.

22      Within a week, one of the defendants was taking

23  listing photos of the Chino property to sell it.  Right around

24  that same time, within a week of this document, was the final

25  document signing for the purchase of the Corona property,

1   July 18, 2011.

2           On that date, defendant signed another set of loan

3   applications, another set of false statements to Flagstar Bank.

4   Defendant signed this final set in the presence of a notary.

5   All three defendants were present, along with Natalie Tran, and

6   all three defendants signed the applications.

7           The final set of loan applications contained -- also

8   contained lies about the present market value of the Chino

9   property.  Benny Khounthavong's final application contained the

10  same lie as his first application.  It stated that the present

11  market value was $750,000, and that the property was not

12  underwater.

13          Billy Khounthavong's and Johnny Khounthavong's

14  applications also contained a lie, a false report about the

15  present market value of the real estate they already owned

16  because they didn't list the Chino property at all.  The truth

17  would have been that they owned it, they owed $740,000 on it,

18  approximately, and that it was underwater.

19          The final applications for Billy Khounthavong and

20  Benny Khounthavong also contained the same false statements

21  that they weren't involved in any lawsuits.  A few days after

22  these final loan applications were signed, the purchase of the

23  Corona property became final.

24          Defendants contributed over $27,000 towards the

25  purchase, and the rest of the money came in because Flagstar

1  Bank gave them the loan that they had applied for.

2          As soon as the purchase of the Corona house was

3  finalized on July 22nd, defendants stopped making payments on

4  the Chino property.  They never made another payment.  Once the

5  purchase of the Corona property was finalized, the three

6  defendants in this case told a new set of lies to the mortgage

7  holders on the house that they already owned so that they could

8  do a short sale of that Chino property.

9          A short sale, you will learn, requires the permission

10  of the banks who held those mortgage loans.  With a short sale,

11  the defendants could sell the Chino property for less than they

12  owed on it, and they would no longer have to pay their

13  mortgages.  There were two mortgages on the Chino property.

14  Defendants needed both lenders to approve the short sale.  To

15  get approval for the short sale, the defendants told more lies

16  to the mortgage holders.  They submitted a false hardship

17  letter, and they made a false report regarding their bank

18  statements.

19          You will learn that defendants were required to

20  submit a hardship letter for the Chino mortgage holders to

21  approve the short sale.  The defendants didn't just get to do a

22  short sale just because their property value went down, they

23  were obligated to pay those mortgages, and to get approval,

24  they had to explain why they lacked the financial resources to

25  continue paying the mortgages.  The explanation that they gave,

1    that hardship letter, was a lie.

2            You will see the hardship letter with a fax date on

3    the top of August 6, 2011, dates next to the signatures of

4    August 5th, 2011, just a couple of weeks after their letters of

5    explanation to Flagstar.  The hardship letter was written in

6    the voice of defendant Billy Khounthavong and signed in the

7    names of all three defendants.

8            "I am writing this letter to explain my hardship and

9    request a short sale.  My two brothers, Benny and Johnny, moved

10   out on their own due to financial conflict.  I am barely

11   getting by with my income to pay for these expenses on my own.

12   I have exhausted all of my income and resources."

13           Defendants told a totally different false story than

14   the one that they told to Flagstar Bank.  Natalie Tran drafted

15   this hardship letter for the defendants knowing that it was

16   false.  She emailed it to all three defendants for a revision

17   on August 2nd, well before it was submitted to the short sale

18   lenders, but no revisions were made.  It was submitted to

19   support the application for the short sale.  Defendants knew

20   that the hardship letter was false when they received it from

21   Natalie Tran.

22           Just a few weeks before, they had told a totally

23   different false story to Flagstar.  They had told Flagstar it

24   would not be a hardship to buy another house and have another

25   mortgage, and they had demonstrated to Flagstar that they had

1    sufficient income to pay both mortgages.  Defendants didn't

2    have a financial conflict, they just bought a house together

3    and were working together to do the short sale of the Chino

4    property, and the defendants still had money, they just weren't

5    disclosing it.

6         That was the second lie that they told the short sale

7    lenders, hiding their money from the short sale lenders, making

8    a false report about their bank statements.  Because it wasn't

9    enough just to write a hardship letter claiming a hardship, the

10   short sale lenders also asked defendants to submit supporting

11   documents, including bank statements, but defendants did not

12   submit complete bank statements.  They submitted a false and

13   misleading report instead.  Instead, they hid their money from

14   the short sale lenders.

15        The defendants all opened new bank accounts at Chase

16   Bank the day of and the day after the purchase of the Corona

17   property was final.  Each one of them did this.  Just days

18   after that, they all moved their direct deposit of their

19   paycheck from their old Bank of America accounts to their new

20   Chase accounts.  That's their income, ladies and gentlemen,

21   their salary, their paycheck, and they moved it, each one of

22   them, to their new Chase account just days before Natalie Tran

23   emailed them this hardship letter.

24        Then, ladies and gentlemen, they drained their old

25   Bank of America accounts down to nearly zero, and they only

1    told the short sale lenders about the Bank of America accounts.

2            When they had to report bank statements for July,

3    August, and September 2011, defendants only sent in Bank of

4    America bank statements, not the statements from their new

5    Chase accounts.  They didn't even report statements from an old

6    Chase account that they held together jointly, even though they

7    were using that account to pay for their new mortgage on the

8    Corona property.

9            You will see during this trial that their money was

10   in the Chase accounts.  They moved almost all their money to

11   the Chase accounts, and they didn't report any statements from

12   those accounts.

13           Ladies and gentlemen, this is what defendants' bank

14   accounts looked like in July, August, and September, 2011.  On

15   the left, you see the old Bank of America bank accounts.  Those

16   are the bank balances for those three months.  There's hardly

17   any money in those accounts, and that's the total of all their

18   Bank of America accounts added together.

19           In the middle you'll see their new Chase accounts, as

20   well as their old joint Chase account, none of which were

21   disclosed.  There was over $10,000 not disclosed in August and

22   September.  Over $10,000 in the combined Chase accounts, hardly

23   any money in the Bank of America accounts.  And their total

24   bank account picture is on the right, the grand total.  That

25   was their total picture, but that is not the picture that they

1   reported to the short sale lenders.

2          The defendants knew that they were making a false

3   report by only reporting the Bank of America accounts.  They

4   opened those new Chase accounts right before they started the

5   short sale process.  They moved their direct deposit of their

6   paychecks right before they started the short sale process.

7   They drained those Bank of America accounts down to almost

8   nothing.

9          All of this evidence will show beyond a reasonable

10  doubt that the defendants knew they were submitting and causing

11  to be submitted two different sets of lies to two different

12  sets of banks, and they were working together to do so.  Lies

13  to Flagstar Bank to buy a new house; lies to the short sale

14  lenders to bail out of their old one.  They kept their

15  lifestyle, they ditched their mortgages, and they did it

16  through lies.

17         Based on their two sets of lies, these defendants are

18  charged with conspiracy to submit false statements and reports

19  to banks, and with causing false statements and reports to be

20  submitted to banks.

21         At the close of all the evidence in this case,

22  Mr. Middleton and I will have the opportunity to speak to you

23  again, and at that time, we will ask you to return the only

24  verdict consistent with the evidence that you have heard in

25  this case, a verdict of guilty on all counts in the indictment.

```
1              THE COURT:  Defendant Billy Khounthavong.

2              MR. CANTALUPO:  Good morning, ladies and gentlemen.

3   My name is Dominic Cantalupo.  I represent Mr. Billy

4   Khounthavong, who is sitting on the end over there.

5              There are no lies, there are no deceptions, there's

6   nothing criminal about this case.  What I expect the evidence

7   to show you is that a family of the brothers who are on trial

8   here, as well as some of the other members of their family,

9   purchased the home in 2006 to live together.  They obtained a

10  mortgage for that property and they paid that mortgage.

11             At some time around 2011, the evidence will show that

12  two of the brothers, Benny and Johnny, decided they wanted to

13  move out on their own for reasons I expect this trial to show

14  you, that Mr. Billy Khounthavong was about to be married, and

15  wanted to live in the house and have some privacy.

16             Two brothers decided they wanted to buy a new house;

17  Mr. Billy Khounthavong decided he wanted to stay at the house.

18  Unfortunately, as I'm sure you're all aware, the economy was

19  rough around that time.  Mortgages basically caused the economy

20  to tank, property values sank, and in order for Mr. Billy

21  Khounthavong to stay at the house, the evidence will show he

22  tried to obtain a loan modification.  He was having trouble

23  having that loan modification.

24             But throughout the process, the evidence will show

25  that all the brothers relied on Natalie Tran, relied on real
```

1    estate professionals to guide them.  None of them had any

2    experience.  As you heard, they are sheriffs for L.A. County,

3    they don't know anything about real estate.  Natalie Tran is

4    the one who prepared all the documents.  She is the one who

5    determined what value to put down on the loan application for

6    the Chino property.  She is the one who gathered all of the

7    information from Billy and his brothers and put all that

8    information on the loan applications.

9             And I expect the evidence will show, and I expect

10   Ms. Tran to tell you she did it because she wanted to earn her

11   commission.  She didn't have any regard for the brothers'

12   rights or the brothers' safety in this case, and I say safety

13   because now they're charged as criminals, that is not the case.

14            She drafted the letters of explanation, and they are

15   not false.  At the time the letters were drafted, I expect the

16   evidence to show Mr. Billy Khounthavong intended to stay in the

17   Chino house while his two brothers left to move to another

18   property.  I expect the evidence to show that the Chino

19   property was a property that was very important to Mr. Billy

20   Khounthavong.  He had emotional attachment to it.  He had made

21   improvements to it.  He didn't want to lose that property, but

22   he needed assistance from the bank in order to keep the

23   property.  Those letters of explanation are true and correct

24   statements of his intention at the time he signed them.

25            As time progressed, and the next new property in

1   Corona was located, Mr. Billy Khounthavong had some

2   conversations with Natalie Tran about how he can go about

3   affording, and continuing to afford, the mortgage now that his

4   brothers were moving.  He needed a loan modification.  He asked

5   questions about her.  He explored different types of options

6   that were available to him; foreclosure, short sale, terms that

7   he was pretty unfamiliar about, but relied on Natalie Tran to

8   explain to him these different concepts and the different

9   consequences from these transactions.

10          At some point in time, Mr. Billy Khounthavong was

11  frustrated that Bank of America wasn't providing him with the

12  assistance he needed to modify the loan obligation, to modify

13  the mortgage obligation.  He was also impressed with the speed

14  at which the Corona property was progressing as far as

15  approvals from the bank and the closing.

16          And at some point in time, after he signed those

17  letters of explanation, he changed his plans, and changing

18  plans is not criminal, but he changed his plans and asked

19  Natalie Tran for assistance on how he could get rid of or sell

20  the Chino property, rather than have it be foreclosed.

21          She guided him through the process.  She created the

22  letter of hardship, which at the time it was signed in August,

23  I believe it was August 5th, 2011, was true.  He changed his

24  mind.  He no longer wanted to stay.  He believed that Bank of

25  America was not going to provide him any assistance in reducing

1    his mortgage payments, and he decided that he would move in

2    with his brothers in the new property until he figured out what

3    to do next.  The letter of hardship was true.

4         During the whole process, I expect the evidence to

5    show you that Natalie Tran and her staff asked for various

6    documents, asked for bank statements, asked for tax returns,

7    asked for paycheck stubs, and Billy, along with his brothers,

8    provided all of those documents.  It was Natalie who created

9    these statements, these loan applications, and if bank accounts

10   were missing from those statements, if property was not

11   disclosed in those statements, it was Natalie Tran who didn't

12   disclose it.

13        You're going to hear testimony about the closing on

14   July 18th or 19th of 2011, at which time more than 100 pages of

15   documents were presented to Billy and his brothers for their

16   signature.  And now is not the time for me to argue, and I'll

17   have another opportunity at the end of the trial, but I'll ask

18   you to use your common sense as you evaluate the evidence.

19   When you purchase homes, when you purchase cars, and things

20   that require a lot of signatures, I'm sure you all find you

21   don't always read every single word.

22        Anyway, the evidence is going to show that the

23   brothers were presented with these documents where they needed

24   to sign and initial, and have their signatures notarized, and

25   they did that.  That's the closing on July 18th of 2011.

1          There was no intent by Billy or his brothers to fail

2     to disclose any information on those forms that they signed.

3     You heard the prosecutor talk about a lawsuit.  I expect the

4     evidence is going to show you that that was a lawsuit in which

5     the County of Los Angeles was named as the lead defendant in

6     that case.  And when Billy and Benny checked no, that was a

7     proper answer for them to check no, they were not a party to a

8     lawsuit.  That's what I expect the evidence to show you.

9          You heard about the government talking about bank

10    accounts being switched from Bank of America to Chase, and

11    again, I'm going to ask you, as we -- as you sit through the

12    trial, view the evidence with your common sense.  Bank of

13    America is not working with Billy and his brothers to modify

14    the loan -- the mortgage.  At some point in time, we've all

15    decided we no longer want to deal with a certain business or

16    another, and that's exactly what Billy and his brothers did,

17    they decided they no longer wanted to bank with Bank of

18    America, they switched their accounts, but nothing in terms of

19    their income changed.

20         They were sheriffs, receiving their deposits,

21    receiving their paychecks, and I expect the evidence to show

22    that their salaries were being directly deposited, and those

23    direct deposits, the evidence will show, switched from Bank of

24    America to Chase.  There's no hiding of money; there's no

25    hiding of any assets.

```
 1            THE COURT:  Don't argue the case, Counsel.

 2            MR. CANTALUPO:  And this is a case about -- and I

 3   expect the evidence to show -- about wanting to take care of

 4   financial affairs properly, about not wanting to walk away from

 5   a house, about wanting to buy a new house, and to accurately

 6   and correctly present their financial condition.

 7            At the end of the case, I'll have a chance to argue

 8   to you what the evidence means, but as you sit through it,

 9   first be aware of the witness's perspective.  The government

10   told you Natalie Tran is a witness who has immunity from

11   prosecution.  She has a vested interest to lie.

12            THE COURT:  Don't argue the matter, Counsel.

13            MR. CANTALUPO:  And receive the evidence with common

14   sense.  Receive it with what you understand how these

15   transactions work, and how individuals rely on real estate

16   professionals to guide them.  And at the end of the case, I am

17   confident that you're going to return a verdict of not guilty.

18   Thank you.

19            THE COURT:  Defendant Benny Khounthavong.

20            MR. BRAUN:  Good morning, ladies and gentlemen.  My

21   name is Adam Braun, I represent Benny Khounthavong, who is

22   present at counsel table.

23            Just a little background, before we get started, we

24   expect the evidence will show Benny and his two brothers are

25   from an immigrant family.  Their parents came from Thailand in
```

1   1980, and they made their parents proud, becoming cops with the

2   Los Angeles County Sheriff's Department.  Benny married his

3   long-time girlfriend, and three months ago had a son,

4   Christopher.

5            It's a close-knit, immigrant family who help each

6   other out.  And like a lot of immigrant families, to make ends

7   meet, they'll initially share a home together, and they made

8   their parents proud buying that first home together.

9            I want to focus on two things this morning about what

10  I expect the evidence to show and things that the prosecutor

11  neglected to mention in her opening statement.

12           First, as Billy Khounthavong's lawyer alluded to, at

13  any loan closing --

14           THE COURT:  Don't argue the case, Counsel.  You're

15  going to present.

16           MR. BRAUN:  Sure.

17           At the loan closing, there were 160 pages of

18  documents, and a large number of those pages required initials

19  and signatures on them.  The evidence will show those

20  applications were a mess, there were dozens and dozens of

21  errors.  And the government's cherry picked or focused on a

22  couple errors today, but there were a number of other errors

23  which the government has not mentioned, and those errors were

24  the sorts of errors that, if anything, would have hurt the

25  chance of the mortgage application being approved.

1          There were the wrong work addresses for Benny and

2     Johnny Khounthavong, listing the wrong sheriff's department,

3     the wrong work phone numbers for them.  There were credit card

4     numbers in credit card debt listed for Benny Khounthavong on

5     his application even though it was a debt of another brother.

6     There were bank accounts that had assets in them, meaning had a

7     balance, a positive balance of several thousand dollars or more

8     that was left off all three of the mortgage applications which,

9     if anything, would have helped get that application approved.

10          What this points to -- and as the evidence will show

11     at trial -- the operation that Natalie Tran ran at her office,

12     both in terms of real estate advice as a real estate agent, and

13     acting as a loan broker, that it was an incompetent operation.

14          Now, those mistakes the brothers didn't put down,

15     their evidence will show the wrong work address.  They knew

16     where they worked.  And Benny knew he didn't work at the

17     station that Billy worked at, and Johnny knew he didn't work at

18     the station that Billy worked at.  Benny knew which credit card

19     numbers he had and what debt he had, and he knew that the

20     particular credit cards belonged to one of his other brothers.

21          There wasn't fraudulent intent.  There's a difference

22     between -- we're not here about mistakes and errors in the

23     application, and you're going to see dozens of them because

24     we're going to show them to you.  The prosecutor is going to

25     try to focus on a couple errors --

```
 1            THE COURT:  Don't argue the case, Counsel.
 2            MR. BRAUN:  -- and we're going to focus on a lot of
 3    the errors, and we're going to show you the errors that are
 4    there.
 5            You know, there's -- and the applications in --
 6    there's two sets of mortgage applications for the purchase of
 7    the Corona home; there's the Flagstar Bank application
 8    submitted in June, and then Flagstar application submitted in
 9    July to the same bank, to the same processors.
10            The applications in July, while in one section you'll
11    see do not list the real estate in Chino, in that same very
12    application, even though the brothers, Johnny and Billy, are
13    charged with concealing their ownership and debt on the Chino
14    property, that same July application lists, What is your
15    address?  The Chino home's listed there.  Do you own it?  Both
16    Johnny and Billy checked yes, they own it, even though they're
17    charged with concealing from Flagstar in the July application
18    their ownership of that home.  And they also list in the
19    section on what debt they have, the mortgage that they have,
20    the full mortgage for that Chino home.
21            So those are the kinds of -- that's the kind of
22    information that's in those applications.  And maybe it wasn't
23    in the right section of the application, but you'll see it's in
24    the application.
25            Now, the prosecutor mentioned that there's a section
```

```
 1    in one of the applications where --

 2             THE COURT:  No.  What you're going to present, not

 3    what the --

 4             MR. BRAUN:  I'm just referencing what we're going to

 5    present.

 6             THE COURT:  No.  The prosecutor.

 7             Don't argue the case.

 8             MR. BRAUN:  The application will say, Are you a party

 9    to a lawsuit?  And the brothers checked no.  We'll show you at

10    trial it was a reasonable approach, why they did it, and we'll

11    explain it to you.  We'll show you the rationale and the

12    documents they relied on.

13             The evidence will -- the other points.  So there's --

14    the applications have numerous errors, most of which would have

15    hurt the application's chance of getting approved.  What it

16    shows you from a big picture standpoint, that these errors that

17    were in there, they were a product of lack of attention to

18    detail by Natalie Tran's office; and that they're mistakes, not

19    criminal intent.

20             The second issue is, you will see a -- you're going

21    to see a witness in the trial called by the government.  There

22    will be a criminal that will appear in this courtroom and a

23    liar, and it's the government's witness, Natalie Tran.  It's

24    their star witness.  She is the only witness you'll see, and

25    the evidence will show she's the only witness that will have
```

1    been present for any of the critical conversations in this

2    case.

3              So that liar, that criminal, they've indicated she is

4    a co-conspirator in the crime, will be the only uncorroborated

5    witness to the critical statements in this case.  She's lied

6    over and over and over --

7              THE COURT:  Don't argue the case, Counsel.

8              MR. BRAUN:  The evidence will show she misrepresented

9    on numerous occasions her role and involvement in the case.

10             The evidence will show she lied and claimed she was

11   not involved in the short sale of the Chino home when she got

12   70 percent of the commission, and she used a straw listing

13   agent to list it.

14             The evidence will show she lied repeatedly to the

15   agents in this case, claiming she wasn't present at the loan

16   closing at a Denny's, when the loan was being completed and the

17   paperwork signed for that Corona home.

18             The evidence will show only a year and a half into

19   that lie, claiming she wasn't there, her husband wasn't there,

20   at that loan closing.  Only -- the evidence will show only

21   after the defense got cell phone records proving her cell phone

22   traveled from Orange County up to the location, an hour or so

23   drive up to the location of the Denny's, did she, in the recent

24   months, on the eve of trial, miraculously change her story

25   again.

```
 1           The evidence will show she committed numerous
 2   felonies in these loan applications and in that short sale.
 3   She double-dipped the evidence will show.  She improperly and
 4   illegally served as both the real estate agent and a loan
 5   broker on the same application.  So she got, the evidence will
 6   show, a $12,000 commission on the purchase of the Corona home,
 7   and an $18,000 commission on the approval of that Flagstar
 8   loan.  And to do it she committed felonies.  She whited out
 9   her --
10           THE COURT:  Counsel, don't argue the case.
11           MR. BRAUN:  The evidence will show she whited out the
12   signature line for the mortgage broker, and had an employee
13   write his name in as if he was the loan broker.
14           The evidence will also show that she is the one, on
15   her own, with her staff members, that came up with and listed
16   that $750,000 figure that we've discussed this morning.
17           She also, the evidence will show, arranged for a real
18   estate agent to serve as a straw, or phony, listing agent on
19   the short sale.  She wanted the commission on that short sale.
20   That the sale of a home, real estate agents get a percentage,
21   as we all know, from the sale of a home, and she wanted that
22   commission, too.  So she got her 12,000 and her 18,000 on
23   Corona.  She legally could not have obtained both without
24   fraud, but she got both of those, and she represented to the
25   brothers that she would be handling their short sale when it
```

 1 | came to that point.

 2 |       But what she did secretly is she found another real

 3 | estate agent, the evidence will show, to list that home.

 4 | Pretended like she was the real estate --

 5 |       THE COURT:  Don't argue the case.

 6 |       Ms. Tran is not on trial here, ladies and gentlemen

 7 | of the jury.  If she is a witness in the case, you will make

 8 | the determination as to her testimony in this case from what

 9 | you hear from that witness.

10 |       MR. BRAUN:  The evidence will show that Ms. Tran

11 | reached out, got a listing agent to be a placeholder, and

12 | pretend like she was the listing agent.  The evidence will show

13 | Ms. Tran handled all the paperwork for that short sale on the

14 | Corona home, interacting with the escrow agents, interacting

15 | with her customers, the Khounthavong brothers, obtaining all

16 | their information, not that listing agent, but Ms. Tran.  And

17 | then at the end of the day, she got 70 percent of the

18 | commission on the Corona home.

19 |       And the evidence will show, despite the criminal

20 | conduct both in the purchase of the Corona home that Natalie

21 | Tran did, and her felonies in the sale of the Corona home --

22 | sorry -- the Chino home later, and despite each time she lied

23 | about her involvement in those to federal agents, which is

24 | itself a crime, that nothing's happened to her, she's gotten

25 | immunity.

1        So I ask, as you review the evidence, to again keep

2   those two things in mind.  Remember the broader context, the

3   numerous errors that will demonstrate that are in the

4   applications that had nothing to do with getting a loan

5   approved; if anything, would have hurt the loan getting

6   approved.

7        And secondly, to keep in mind that the only person

8   that will be a witness to and present for any of the critical

9   conversations is Natalie Tran, and the undisputed evidence will

10  be, again, that she committed numerous felonies, and has lied

11  to the agents throughout this case.

12       So at the end of the case, I'll return to you, and

13  I'll ask that you return the only verdict consistent with

14  justice, and the only verdict consistent with the evidence, not

15  guilty on all charges.  Thank you.

16       THE COURT:  Defendant Johnny Khounthavong.

17       MR. DIAZ:  Thank you, Your Honor.

18       Good morning.

19       You are not going to hear any evidence of a

20  conspiracy by both these three brothers here, none.  And you

21  are not going to hear any evidence that any one of them lied

22  because there's no evidence that they ever intended to defraud

23  any bank, or that they knowingly made any false statements.

24       There is evidence of a family -- and I also have the

25  privilege of representing Johnny Khounthavong.  He is the

1    oldest of the three brothers, all peace officers, as of now,

2    they're all sheriff deputies, and the evidence is going to show

3    that those three gentlemen here were living as a family --

4    they've been living as a family their entire lives, helping

5    each other, as the letter that you just saw indicated, and

6    doing things slightly unusual because of their background, but

7    not in an illegal manner, because there's no conspiracy here.

8           I don't want to repeat myself too much because you

9    already heard that there are two purchases at issue here

10   essentially.  We have a purchase in 2006 for a house in Chino,

11   and in 2011 for a house in Corona, both are at stake.  Neither

12   one has anything to do with a conspiracy or fraud, they're both

13   related to family.

14          The first house, the Chino house, was a brand-new

15   home in what's called the Inland Empire in Chino.  Very

16   good-size, nice home.  As Ms. Carter said, it's a nice home.

17   And it was the first family home, the first that the family had

18   purchased together, and it was purchased for those three

19   brothers to live there together with their parents and

20   everybody else.  Again, not as a conspiracy, living as a

21   family.

22          The evidence is going to show, as you already saw

23   some of the letters that were posted, that these three brothers

24   are unusually tight, there's unusually tight arrangements about

25   them.  They made or they're doing some things that's slightly

1  unusual, like having joint bank accounts.  They are all living

2  together with the parents, they're in the mid 30s.  Again, from

3  Thailand, Laos, immigrants coming in.

4          Johnny Khounthavong came to this country when he was

5  two; the twins were born in this country.  And like I said,

6  they were all, back in 2006, they were already all law

7  enforcement.  I believe Benny was not with the sheriffs yet,

8  but Ms. Carter may be correct, I may be mistaken about that,

9  but they were all law enforcement.

10         Between the purchase of the Chino house in 2011, a

11  number of things had happened:  One of them, you're going to

12  see, is that they purchased this house and they spent money to

13  make it nice, livable and to their style.  They spent money to

14  make it theirs.

15         Something else had happened that had really nothing

16  to do with them, it just had to do with where we're living. You

17  know, somewhere around 2000 -- maybe -- 8 there was a real

18  estate crash and things were just not the same as far as the

19  real estate world is concerned, and their loan was not the best

20  loan available to them.  They were paying plenty of money, and

21  mostly all interest.  And, as Ms. Carter mentioned, in 2011, it

22  is no surprise that they owe to the bank as much as they had

23  originally borrowed.

24         The brother says, you know, This is not a good loan.

25  They tried to approach Bank of America, says, Can you work with

1    us?  And, not surprisingly, Bank of America did not work.  The

2    evidence is going to show that if you do what you are supposed

3    to do, and you keep paying your mortgage, the bank has a

4    tendency not to work with you.  In fact, I think the evidence

5    is going to show that not only did they not work with the

6    brothers, but sometime in 2011, there was a $700 increase on

7    their mortgage.

8           But, you know, they're people, three men, young men

9    in their 30s, still young, and the family dynamics were

10   changing.  They were all residing with the parents, all the

11   extended family.  And it got to the point in which Billy, who

12   had been in a serious relationship for a while, he was

13   contemplating getting married, and the family -- and it was

14   essentially the family who decided, you know, we need another

15   place also for us.

16          The idea was rather simple:  The idea was brothers,

17   Johnny and Benny, needed a place because brother Billy was

18   going to get married, and it's only reasonable to give him a

19   little more privacy and what have you, and they decided then to

20   look for another house.  But 2011 was not 2008, but the real

21   estate market was still in turmoil, and it was brother Billy

22   who says, I'm going to try to see if I can keep this house.  If

23   Bank of America works with me, I may be able to keep this

24   house.

25          And they looked at properties.  They found this

1  person, they just happened to find a real estate broker, the

2  lady that has been mentioned a number of times, Natalie Tran,

3  and they looked around, they looked at some properties, and

4  they find a place in Corona, another, you could call it, a nice

5  home.  It's a house that is a good size, it's not brand new,

6  but it's good.  And the process to buy this house, you know,

7  takes place fast.  Ms. Tran is efficient in getting this done.

8          And they did something that everybody would do when

9  you apply for a loan to a house, you tell the bank, or the

10 prospective bank, I would like to purchase a house.  These are

11 my obligations.  I think I can make -- I can take these

12 obligations, and provided that information to the bank.

13 Nothing it was there -- that was wrong or incorrect, and the

14 bank says, Yes, you can -- we can lend you money to buy a

15 house.

16         As both Mr. Cantalupo and Mr. Braun mentioned, you

17 are going to see a lot of mistakes on this application.  I mean

18 really, really a lot, but you are not going to see an intent to

19 defraud.  The applications were prepared or handled to Natalie

20 Tran, who was also the person who drafted the letter of

21 explanation that had been requested by the bank, which was

22 Flagstar.  The evidence is going to show the brothers simply

23 followed the advice of this person.

24         When the Corona purchase was coming, and it was

25 already going to be done, then Billy says, you know, Bank of

1    America is really not working with me, and that's why you see

2    then the hardship letters.  He was going to stay in the loan,

3    and Bank of America is not working with him, and then he says

4    you know, I cannot pay for this house on my own, and he did

5    what was suggested by Natalie Tran, which is, you know, do a

6    short sale.

7          And the evidence is going to show that there's

8    absolutely nothing illegal about a short sale.  In fact, it is

9    a way by which -- and this case will show, the brothers worked

10   with the bank.  They did not just stop making payments and

11   living there, and take any improper advantage of anybody.  They

12   followed the advice of professionals, and they never hid

13   anything, because they never had anything to hide.

14         We're going to hear the testimony of Natalie Tran.

15   I'm not really sure what she is going to come and tell you.

16   But the last time she met with all of these three people here,

17   in the company of her lawyer, the evidence is going to show she

18   told the prosecutors and the federal agent the following:  She

19   said, I picked the $750,000 figure for the house because I

20   figured that was the best figure I could put in there.  She

21   said, I prepared a letter of explanation.  She says, I prepared

22   the letter of hardship.

23         She never said the brothers tried to hide something.

24   She never said, I conspired with the brothers to hide

25   something.  She never said, The brothers and I did anything

1    illegal at all.  In fact, she said the 750- figure, it was

2    something that did not in any way affect the loan, it had no

3    relevance.

4            And at the end of the day, you're going to be

5    convinced after you hear all of the evidence that there was

6    absolutely no conspiracy, no conspiracy by the brothers among

7    themselves, and no conspiracy by the brothers with Natalie

8    Tran, because they never committed any fraud, they never lied.

9    At the end of the case, I will be asking you to return a

10   verdict of not guilty for all the brothers, for all the counts,

11   because they are not guilty.

12           THE COURT:  Fill the jury box.

13           THE CLERK:  Rigoberto V, please step forward; Natasha

14   L; Scott M; Gabby A; Zoila R; Ramsin S; Joel M; Sheila G;

15   Debra B; Jesus T; Erin Z; and Catherine H.

16           THE COURT:  Members of the jury, before we begin,

17   we'll take a short recess, and we ask you to remain in the

18   courtroom, if you will.  We'll take a five-minute recess for

19   anything that has to happen, and you'll -- in the jury box, to

20   make any visits that you have to visit, to a restroom or

21   anything else.  We'll take a five-minute recess.

22                         (Recess)

23           THE COURT:  All right.  You heard what the charges

24   are in this case, and the defendants, each of them,

25   individually, are not on trial for any act or conduct not

1    alleged in the indictment.  The indictment is only a formal

2    method of accusing a defendant of a crime; it is not evidence

3    of any kind against an accused, and does not create any

4    presumption or permit any inference of guilt.

5            If chosen as a juror, it will be your duty to try the

6    issues of fact presented by the allegations of the indictment

7    and the denial made by the plea of not guilty of each of the

8    defendants.

9            In performing that duty, you are the sole judge of

10   the facts.  You must follow the law as I instruct you,

11   regardless of any opinion you may have as to what the law ought

12   to be.

13           Justice through trial by jury must always depend upon

14   the willingness of each individual juror to accept the law as I

15   instruct you, and to find the truth as to the facts upon

16   competent evidence admitted in the trial, and to arrive at a

17   verdict by applying the law as you are instructed to the facts

18   as you find them.

19           Is there any member of the jury who could not

20   conscientiously perform that duty?

21           We ask the members of the panel also to listen to the

22   statements and the questions that I put to the jurors, and as

23   we go along, make that determination if you are called to the

24   jury so that we can ask you questions about it.

25           Have any of you ever heard of this case?

 1          As you've seen, the government is represented in this

 2   case by Ms. Maggie Carter and Mr. Lawrence Middleton.  They're

 3   being assisted by Mr. Jason Dalton.

 4          Any member of the jury who has any knowledge of these

 5   persons, had any business or dealings with them?

 6          And as you have, the defendants have all been

 7   introduced to you and their counsel.

 8          Any member of the jury who has any relationship to

 9   any of the defendants or to their counsel in this matter?

10          Any member of the jury or member of a juror's family

11   who has ever been employed as a law enforcement officer of any

12   kind?

13          Yes, sir, Mr. M.

14          PROSPECTIVE JUROR:  My uncle retired as a commander

15   from the Los Angeles Sheriff's Department.

16          THE COURT:  Anything in that relationship and his

17   employment that you feel might affect your judgment either for

18   or against the government or for or against the defendants

19   here?

20          PROSPECTIVE JUROR:  No.

21          THE COURT:  Thank you.

22          Any member of the jury or member of a juror's family

23   who has any connection with the United States Attorney's

24   Office, either in this district or in any other district of the

25   United States?  And there are 95 districts.

```
 1              Is there any member of the jury who's ever been

 2    called to testify in a criminal case?

 3              If chosen as a juror, you cannot permit yourself to

 4    be governed by sympathy, prejudice or public opinion.  The

 5    parties and the public expect that you will carefully and

 6    impartially consider all of the evidence, follow the law as I

 7    state it to you, and reach a just verdict, regardless of the

 8    consequences.

 9              Is there any member of the jury who could not

10    conscientiously perform that duty?

11              Any member of the jury who has any prejudice

12    generally against a person who is charged with the offenses

13    with which these defendants are charged?

14              If each of you were charged with these offenses, is

15    there any member of the jury who would not submit their guilt

16    or innocence to 12 jurors who are in the same frame of mind as

17    you are at this very moment?

18              Any juror who knows of any reason why you could not

19    sit as a fair and impartial juror in this matter?

20                          RIGOBERTO V

21    BY THE COURT:

22    Q.   Starting with Mr. V, if you will rise.

23              And you have a sheet of paper.  Give us the

24    information on that sheet of paper.

25    A.   Hello.  My name is Rigoberto Vega --
```

```
1    Q.    No, you -- just "V."

2              We have the initials, and we'll refer to all of you

3    a's the initial that you've been given with your first name.

4    A.    I don't know what to say.  V.

5              General area where I live:  I live in Paramount,

6    California.  I'm married.  Occupation:  I'm a maintenance.

7    I've been there for ten years.  My wife, she works for L.A.

8    County.  She is a LW40.  She's been there for 12 years.  No

9    education or -- and no graduations.  Adult children living in

10   the house is one, 23.

11             I've been on a jury one time in Compton, California.

12   The case was a person was selling drugs.

13             I don't have any special magazine or newspaper

14   reading.  Habits:  Sports.  I don't have any programs or

15   watching TV.  Books:  Bibles, Catholic Bibles.

16             I never been sued for anyone, and anyone, or being

17   sued by anyone.

18                         **NATASHA L**

19   BY THE COURT:

20   Q.    All right.  Ms. L.  Thank you.

21   A.    My name is Natasha L.  I live in Marina Del Rey.  I'm

22   single.  I'm a real estate agent.  I've been licensed for seven

23   years.  I have a B.A. in business admin.  No children.  I've

24   never done jury service.  I read the *Wall Street Journal.*  I

25   like to run, and enjoy sports as well.  I don't want much TV.
```

```
 1    I read fiction, and I've never sued anyone or been sued.

 2              THE COURT:  Thank you, ma'am.

 3                          SCOTT M

 4    BY THE COURT:

 5    Q.   M.  Mr. M.

 6    A.   My name is Scott M.  I live in Castaic, California.  I am

 7    married.  I'm an electrical cable splicer.  Been doing that for

 8    seven years.  My wife stays at home, takes care of our kids.

 9    I've done some college.  No adult kids living at home.  Never

10    been on a jury.  Magazines: Consumer Reports and Family

11    Handyman.  Hobbies:  I like fixing our house and playing with

12    our kids.  TV programs that I watch:  Reality shows and shows

13    where you fix up your house, flip it.  Kind of books I do like

14    to read:  The Bible and nonfiction.  I've never been sued, and

15    I've never sued anyone.

16              THE COURT:  Thank you.

17                          GABBY A

18    BY THE COURT:

19    Q.   Ms. A.

20    A.   Hi.  My name is Gabby A.  I live in Mission Hills,

21    California.  I work at a traffic school.  I have an A.A. in

22    biochemistry.  I have three adult children, a 96-year-old

23    grandmother.  My 60-something Asian diabetic mother, and my

24    70-something-year-old father.

25              I always get called to jury service, but I never
```

1   actually finished a trial.  No magazines, outdoor hobbies, no

2   TV.  I read anything that interests me, and I sued several

3   people when they crashed into me.

4               THE COURT:  Thank you, ma'am.

5                          **ZOILA R**

6   BY THE COURT:

7   Q.   Ms. R.

8   A.   My name is Zoila Romero.  I live in 311 South.  I'm

9   marriage.  My occupation is physical therapist.  Education:

10  College.  It's my first time to be in jury duty.  I don't read

11  magazines.  My hobbies is martial art.  I watch TV, channel 52.

12  I never sued.

13              THE COURT:  Thank you.

14                         **RAMSIN S**

15  BY THE COURT:

16  Q.   Mr. S.

17  A.   Hi.  My name is Ramsin Shamoun.  I live in La Verne,

18  California.  I'm single.  I work at a retirement home.  I'm in

19  the process of going back to school.

20              Sorry.  I'm like super nervous right now.  Like my

21  heart is beating really fast right now.

22  Q.   Just relax.

23  A.   Sorry.  All right.

24              I have no kids.  Never done jury service.  I don't

25  really read magazines.  I like to bike, run, dance.  I don't

```
 1    really watch much TV.  I don't read books, and I've never sued
 2    anybody before.
 3              THE COURT:  Thank you.
```

**JOEL M**

```
 5    BY THE COURT:
 6    Q.   Mr. M.
 7    A.   Hi.  Joel M.  Sorry.  I live in Los Angeles.  I am
 8    married.  My occupation is I'm a lecturer, which is a
 9    nontenured faculty in Department of Geography at UCLA.  I've
10    been doing that for two years.  My wife is a well painting
11    conservator.  She's been doing this for a dozen years.
12    Education level:  Ph.D in geography.  No adult children at
13    home.
14              I've served twice on a jury before.  Once was a -- it
15    was a criminal vehicle case, and I actually don't remember what
16    the other one was.  Neither of them went to -- neither of them
17    went the full distance.
18              Subscriptions:  New York Review of Books and similar
19    types of journals, professional journals.  I play one sport
20    which is cricket.  No television.  All my books are nonfiction
21    and professional related, and no suits.
22              THE COURT:  Thank you.
```

**SHEILA G**

```
24    BY THE COURT:
25    Q.   Ms. G.
```

```
 1   A.   Hi.  My name is Sheila G.  I live in Arcadia.  I'm
 2   married.  I'm a retired teacher, and I also worked at the
 3   Pasadena Humane Society.  My husband has his own marketing
 4   company.  I have a college degree.  I have no adult children
 5   living at home.  I've never served on jury service before.
 6          Yeah, I like to read *People Magazine,* the *L.A. Times*,
 7   *Star-News*.  Hobbies:  I like walking my dog, and I like
 8   cooking.  TV programs:  I like to watch the news and comedies.
 9   I like to read nonfiction and fiction books.  And I've never
10   been sued, but I have sued some oil companies over the McColl
11   Dump a long time ago.
12          THE COURT:  All right.
13                            **DEBRA B**
14   BY THE COURT:
15   Q.   Ms. B.
16   A.   Debra B.  I live in La Cañada.  I'm married.  I'm an
17   attorney and I have been for since 2003.  My spouse is a
18   physician and a hospital administrator.  My highest level of
19   education is a J.D.  I have no adult children.  I've not served
20   on a jury before.
21          My magazines would be *Condé Nast Traveler, Us Weekly*,
22   *Money Magazine.*  Hobbies would be travel.  TV programs:  Also
23   reality shows, *Scandal, Grey's Anatomy.*  I typically read
24   fiction.  And I have not been sued, and I have not sued anyone
25   before.
```

1                          **JESUS T**

2    BY THE COURT:

3    Q.   Mr. D.

4    A.   Hello.  My name is Jesus T.  I live in East L.A.  Marital

5    status:  I'm married for the last 12 years.  Occupation is I'm

6    a delivery driver, truck driver.  I've been there for about 15

7    years.  My wife is a school psychologist for the L.A. Unified

8    School District.  She's been there about ten years.  Currently

9    I'm finishing up my degree in biomedical engineering.  We have

10   no kids.

11          Never been selected for a jury.  Magazines are

12   *Popular Mechanics* and like *Psychology Today.*  Hobbies:  Mostly

13   sports, basketball, golf.  TV shows:  Currently we're binging

14   on *How To Get Away With Murder* and *Walking Dead.*  Kinds of

15   books:  Mostly nonfiction, biographies.  And I've never sued or

16   been sued.

17          THE COURT:  Thank you, sir.

18                          **ERIN Z**

19   BY THE COURT:

20   Q.   Mrs. Z.

21   A.   My name is Erin Z.  I live in Glendale.  I'm unmarried.

22   My occupation is a 3D character artist.  I've been doing that

23   for about a year and a half now.  I have a bachelor's degree in

24   game development.  No children.  I've never been on a jury

25   before.

```
 1            I don't read any print magazines.  As far as hobbies:
 2   I'm an amateur paleo-reconstruction artist.  I enjoy studying
 3   the German language as well.  I watch The Daily Show, that's
 4   about it.  I enjoy reading horror, science fiction.  I've never
 5   sued or been sued by anyone else.
 6            THE COURT:  Thank you, ma'am.
 7                        CATHERINE H
 8   BY THE COURT:
 9   Q.   Ms. H.
10   A.   Catherine H.  I live in Los Angeles.  Divorced.  Attorney
11   for 25 years.  J.D. education level.  No adult children living
12   at home.  I was on a criminal jury 20-plus years ago, a drug
13   charge.  Magazine subscription is USA Triathlon.  Hobbies are
14   I'm a triathlete.  TV programs are professional sports and
15   Downton Abbey.  Books, mainly nonfiction.  And I sued someone
16   in small claims court over 20 years ago.
17            THE COURT:  Thank you, ma'am.
18            Peremptory is with the government.
19            PROSPECTIVE JUROR NO. 9:  Judge, I'm very sorry.  I
20   just forgot to mention that for the past two-and-a-half years
21   I've been a real estate broker as well.
22            THE COURT:  Thank you.
23            MS. CARTER:  Your Honor, the government would like to
24   thank and excuse prospective juror No. 3.
25            THE COURT:  Mr. M, thank you, sir.
```

1          THE CLERK:  Can I have Mr. Charles M step forward and

2     fill that seat.

3                          **CHARLES M**

4     BY THE COURT:

5     Q.   And did you hear the statements and questions I put to the

6     other jurors?

7     A.   Yes.

8     Q.   And would your answers be any different than the jurors

9     now sitting in the jury box?

10    A.   No.

11    Q.   Would you give us the information on the sheet, please.

12    A.   Charles M.  Live in West Hills, California.  I'm married.

13    I'm an estimator for a construction company for eight years

14    now.  A little college education.  I have two adult children

15    living at home.

16          I was on a jury in Ventura County for assault and

17    battery; they did not reach a verdict.  Magazines:  Dirt bike

18    magazines, off-road magazines, outdoor hobbies.  TV programs:

19    *Criminal Minds,* stuff like that.  Don't read too many books.

20    I've never sued anybody, and I've never been sued.

21          THE COURT:  Thank you, sir.

22          Peremptory is with the defendants.

23          MR. DIAZ:  One moment, Your Honor.

24          MR. CANTALUPO:  Your Honor, the defendants would ask

25    the court to thank and excuse juror No. 5, Ms. R.

```
1              THE COURT:  Ms. R, thank you, ma'am.
2              THE CLERK:  Mr. Juan J, step forward and fill that
3    seat.
4                              JUAN J
5    BY THE COURT:
6    Q.   Mr. J, did you hear the statements and questions I put to
7    the other jurors?
8    A.   Yes.
9    Q.   Except as to those questions which must be answered
10   personally, would your answers be any different than the jurors
11   now sitting in the jury box?
12   A.   No.
13   Q.   Gives us the information on the sheet, please.
14   A.   Should I stand up?
15   Q.   If you would, please.
16   A.   My name is Juan J.  General area where you live is
17   Van Nuys, California.  Married.  Occupation:  I work as a
18   phlebotomist and as a nursing assistant.  Education level is
19   GED.  Other children living with me at home is one.  I never
20   had a jury duty before.
21              Magazines and newspapers:  None.  Hobbies:  None.  TV
22   shows or programs:  None.  Books:  None.  Have you ever been
23   sued anyone or been sued?  Yes, I was sued like a year ago.
24              THE COURT:  All right.
25              Peremptory is with the government.
```

```
 1              MS. CARTER:  The government would ask the court to

 2   thank and excuse prospective juror No. 9.

 3              THE COURT:  Ms. B, thank you, ma'am.

 4              THE CLERK:  Damaris M.

 5                        DAMARIS M

 6   BY THE COURT:

 7   Q.   Ms. M, did you hear the statements and questions I put to

 8   the other jurors?

 9   A.   I did.

10   Q.   Except as to those questions which must be answered

11   personally, would your answers be any different than the jurors

12   now sitting in the jury box?

13   A.   They would not.

14   Q.   Would you give us the information on the sheet, please.

15   A.   My name is Damaris M.  I live in Calabasas.  Marital

16   status is married.  I'm an attorney and I've been doing that

17   for eight years.  Educational label:  J.D.  No adult children

18   living at home, no kids.  Never been jury service before.

19              Magazines:  *The Economist.*  Newspaper:  *Wall Street

20   Journal.*  Hobbies:  Sports.  TV programs:  Anything that's on

21   TV.  Books:  Fiction.  No lawsuits.

22              THE COURT:  Thank you, ma'am.

23              Peremptory is with the defendants.

24              MR. DIAZ:  Defense would like to thank and excuse

25   juror No. 1.
```

```
1              THE COURT:  Mr. V, thank you.

2              THE CLERK:  Ms. Leticia L.

3                      LETICIA L

4   BY THE COURT:

5   Q.   Ms. L, did you hear the statements and questions I put to

6   the other jurors?

7   A.   I did, Your Honor.

8   Q.   Except as to those questions which must be answered

9   personally, would your answers be any different than the jurors

10  now sitting in the jury box?

11  A.   No.

12  Q.   Would you give us the information on the sheet, please.

13  A.   Yes.  My name is Leticia L.  I live in Phillips Ranch,

14  California.  I am married.  I've worked for the City of

15  Los Angeles and -- well, I work for the City of Los Angeles.

16  I've been there 26 years, and I'm a senior clerk typist.  My

17  husband is safety officer, retired Army.  Been there about six

18  years.  He served in the Army 24 years.  I have a marriage and

19  family therapist background.  And I have two adult children

20  living at home, and I've done jury service before.

21          I read beauty magazines and some newspapers.  Very

22  little time for hobbies.  And I like to watch reality shows,

23  and just read nonfiction.  And I've never been sued or sued

24  anyone before.

25              THE COURT:  Thank you, ma'am.
```

```
 1              Peremptory is with the defendants.
 2              MR. BRAUN:  Your Honor, the defense would like to
 3    thank and excuse juror No. 9.
 4              THE COURT:  Ms. M, thank you.
 5              THE CLERK:  Digna H.
 6                             DIGNA H
 7    BY THE COURT:
 8    Q.   Ms. H, did you hear the statements and questions I put to
 9    the other jurors?
10    A.   Yes, I did.
11    Q.   Except as to those questions which must be answered
12    personally, would your answers be any different than the jurors
13    now sitting in the jury box?
14    A.   No.
15    Q.   Would you give us the information on the sheet, please.
16    A.   My name is Digna H.  I live in Los Angeles.  I'm single.
17    I work as a behavior therapist with children who have autism.
18    I have a bachelor's degree in sociology, and currently I'm a
19    graduate student with the USC School of Social Work.  And no
20    adult children living at home.  I've served on a jury panel
21    once before.  It was a criminal case.
22              Magazines:  I don't subscribe to really any magazines
23    or newspapers.  Hobbies:  Travel.  What TV programs?  Different
24    ones:  *Law and Order SVU, The Walking Dead,* among many others.
25    And I enjoy reading mystery books and true crime books.  And
```

1    I've never been sued and never sued anyone.

2            THE COURT:  Thank you, ma'am.

3            Peremptory is with the government.

4            MS. CARTER:  One moment, Your Honor.

5            The government would ask the court to thank and

6    excuse prospective juror No. 12.

7            THE COURT:  Ms. H, thank you, ma'am.

8            THE CLERK:  Mr. Raymond L.

9                        **RAYMOND L**

10   BY THE COURT:

11   Q.   Mr. L, did you hear the statements and questions I put to

12   the other jurors?

13   A.   Yes, I did.

14   Q.   Except as to those questions which must be answered

15   personally, would your answers be any different than the jurors

16   now sitting in the jury box?

17   A.   No, Your Honor.

18   Q.   Would you give us the information on the sheet, please.

19   A.   My name is Raymond L.  I live in Sunland, California.  I'm

20   single.  I work as a biomedical engineer for an international

21   chemistry instrument manufacturing company as a field engineer.

22   Yes, I have a degree in biomedical engineering and electronics.

23   I have two adult children, neither of which living at home.

24   Yes, I have served on jury duty in the last couple of years on

25   a drunk driving case.

```
1              I don't subscribe to any magazines.  I read a lot of
2    technical journals.  Hobbies are waterskiing, watching TV.  I
3    like anything that's -- as far as TV programs, I enjoy anything
4    that's not reality.  What kind of books?  Like I said,
5    basically technical journals.  And no, I have not been sued.
6              THE COURT:  Thank you, sir.
7              Peremptory is with the government -- with the
8    defendant.  I'm sorry.
9              MR. CANTALUPO:  Your Honor, the defendants would ask
10   the court to thank and excuse juror No. 12, Mr. L.
11             THE COURT:  Mr. L, thank you, sir.
12             THE CLERK:  Ms. Joyce Y.
13                            JOYCE Y
14   BY THE COURT:
15   Q.   Ms. Y, did you hear the statements and questions I put to
16   the other jurors?
17   A.   I did.
18   Q.   Except as to those questions which must be answered
19   personally, would your answers be any different than the jurors
20   now sitting in the jury box?
21   A.   No, sir.
22   Q.   Would you give us the information on the sheet, please.
23   A.   Yes.  My name is Joyce Y.  I live in El Segundo.  I'm
24   divorced.  My occupation is aerospace industry engineering.
25   I've been at my -- in this present job for 15 years.  Education
```

```
 1    is master's.  My course of study was psychology and computer
 2    science.  I have no adult children living at home.
 3               I have been called before to serve as a juror, it
 4    never materialized.  When and where, that happened in
 5    St. Cloud, Minnesota.  The case was -- I can't remember.  No
 6    verdict.
 7               Magazines:  I enjoy Oprah, Dr. Oz, Phil Donahue Show.
 8    My hobbies include -- I like the cooking shows, Rachel Ray,
 9    Chopped.  TV shows:  Programs would be How To Get Away With
10    Murder.  Also I like Next Top Model.  What kinds of books:  I
11    read things from the Wall Street Journal, to nonfiction or
12    fiction, 50 Shades of Grey.  Have I ever been sued?  I have
13    sued someone, and I've never been sued by anyone.
14               THE COURT:  Peremptory is with the defendants.
15               MR. DIAZ:  Your Honor, the defense would like to
16    thank and excuse juror No. 10.
17               THE COURT:  Mr. T, thank you, sir.
18               THE CLERK:  Ms. Joann L, please step forward and take
19    the seat.
20                              JOANN L
21    BY THE COURT:
22    Q.   Ms. L, did you hear the statements and questions I put to
23    the other jurors?
24    A.   Yes, I did.
25    Q.   Except as to those questions which must be answered
```

```
 1   personally, would your answers be any different than the jurors
 2   now sitting in the jury box?
 3   A.   No, they wouldn't.
 4   Q.   Would you give us the information on the sheet, please.
 5   A.   My name is Joann L.  I live in the Palos Verdes area.  I
 6   am married.  Human resource consultant for eight years.  My
 7   spouse is a marketing consultant, and he's been in his job for
 8   eight years.  I have a B.S. in mathematics.  No graduate
 9   studies.  I do not have any adult children living with me.
10        I have had jury service before.  It was, I think, a
11   civil case, and we reached a nonguilty verdict.  No newspapers
12   or magazines.  I coach a youth basketball team, and I play a
13   lot of basketball.  Don't get -- not much time to watch a lot
14   of TV.  Not much time to read a lot of books.  And no, I have
15   never sued anyone or been sued.
16        THE COURT:  Thank you, ma'am.
17        Peremptory is with the government.
18        MS. CARTER:  The government would ask the court to
19   thank and excuse prospective juror No. 3.
20        THE COURT:  Juror M, please.  Thank you.
21        THE CLERK:  Vasily L.
22                        VASILY L
23   BY THE COURT:
24   Q.   Mr. L, did you hear the statements and questions I put to
25   the other jurors?
```

1    A.   Yes, sir.

2    Q.   Except as to those questions which must be answered

3    personally, would your answers be any different than the jurors

4    now sitting in the jury box?

5    A.   Nope.

6    Q.   Would you give us the information on the sheet, please.

7    A.   My name is Vasily L.  I live in Encino, California.  I'm

8    married for five years.  I'm an I.T. professional, I work in

9    I.T.  My spouse is a makeup artist.  I have a B.S. in network

10   and communication management.  We don't have kids.  I've never

11   done jury service.

12           I like cars, racing.  So I have a *Motor Trend*

13   *Magazine* subscription.  As far as news, I watch -- I'm Russian,

14   so I watch a lot of Russian Ukraine news following on this

15   weird topic right now.  Hobbies:  Krav Maga.  It's a

16   self-defense system.  Don't watch any other TV programs.

17   Books:  No books.  I watch everything online.  Never sued

18   anyone and never been sued.

19           THE COURT:  Thank you, sir.

20           Peremptory is with the defendants.

21           MR. BRAUN:  Your Honor, the defense would like to

22   thank and excuse juror No. 2.

23           THE COURT:  Ms. L, thank you, ma'am.

24           THE CLERK:  Mr. Alejandro P, please step forward and

25   fill seat No. 2.

1          **ALEJANDRO P**

2     BY THE COURT:

3     Q.   Mr. P, did you hear the statements and questions I put to

4     the other jurors?

5     A.   Yes, Your Honor.

6     Q.   Except as to those questions which must be answered

7     personally, would your answers be any different than the jurors

8     now sitting in the jury box?

9     A.   No, Your Honor.

10    Q.   Would you give us the information on the sheet, sir.

11    A.   My name is Alejandro P.  I live in Thousand Oaks.  I am

12    single.  I work as a CAD designer for an aerospace company.  I

13    have some college-level classes.  No adult children.  No

14    children at all.  I have never been jury service.

15             I don't read a lot of magazines.  Hobbies include

16    automotive, cycling, music.  TV programs:  A little bit of

17    reality, a lot of like *National Geographic* and that type of

18    stuff.  No books.  And I've never sued or been sued.

19             THE COURT:  Thank you, sir.

20             Peremptory is with the defendants.

21             MR. CANTALUPO:  Your Honor, the defendants would ask

22    the court to thank and excuse juror No. 12, Ms. Y.

23             THE COURT:  Ms. Y, thank you.

24             THE CLERK:  Mr. Ted P, please come forward and take

25    that seat.

1          **<u>TED P</u>**

2     BY THE COURT:

3     Q.    Mr. P, did you hear the statements and questions I put to

4     the other jurors?

5     A.    Yes, I did, Your Honor.

6     Q.    Except as to those questions which must be answered

7     personally, would your answers be any different than the jurors

8     now sitting in the jury box?

9     A.    Before I answer that, I do have to say that I do have a

10    friend who is in the sheriff's department, dear friend of mine,

11    who lives close to where they're at.  But other than that, no.

12    Q.    All right.

13          Anything in that relationship that you feel might

14    affect your judgment either for or against the government or

15    for or against the defendants here?

16    A.    No.

17    Q.    All right.

18          Give us the information on the sheet, please.

19    A.    My name is Ted P.  I live in La Verne.  I'm single.  I'm

20    currently a beekeeper.  I have some college.  I have no

21    children.  I've never done jury service before.

22          Magazines and newspapers:  *L.A. Times*.  Hobbies:  I

23    like photography.  TV programs:  News, *Daily Show.*  Books that

24    I like to read:  Just nonfiction and science fiction.  And I've

25    never been sued or sued anyone.

```
1              THE COURT:  Thank you, sir.

2              Peremptory is with the government.

3              MS. CARTER:  The government would ask the court to

4   thank and excuse prospective juror No. 12.

5              THE COURT:  Mr. P, thank you, sir.

6              THE CLERK:  Ramona A.
```

**RAMONA A**

```
BY THE COURT:

9   Q.   Ms. A, did you hear the statements and questions I put to

10  the other jurors?

11  A.   Yes.

12  Q.   Except as to those questions which must be answered

13  personally, would your answers be any different than the jurors

14  now sitting in the jury box?

15  A.   No.

16  Q.   Would you give us the information on the sheet, please.

17  A.   Okay.  My name is Ramona A.  I live in Huntington Park.

18  I'm a widow.  I'm a teacher, retired teacher, and now I'm

19  substitute actually, right now.  My level of education, it's a

20  bachelor in Spanish.  I have two credentials.  I don't have

21  adult living at home.  I have three sons:  One is a broker; and

22  two, they're doctor degree.  I never have been -- give service

23  here.

24              Magazines and newspapers:  *Oprah*.  Hobbies:  Ride a

25  bike, listen to music, and play with my grandchildren.  *Fox*
```

1    *News* is my channel.  What -- books to read:  Fiction, and

2    especially children's book.  *I Love You Forever*, that's my

3    favorite.  Have you ever -- no.  And never having sued.

4    Q.   Thank you, ma'am.

5    A.   You're welcome.

6            THE COURT:  Peremptory is with the defendants.

7            MR. DIAZ:  Your Honor, the defense would like to

8    thank and excuse prospective juror No. 2.

9            THE COURT:  Mr. P.

10           THE CLERK:  Mr. Martin C.

11                           **MARTIN C**

12   BY THE COURT:

13   Q.   Mr. C, did you hear the statements and questions I put to

14   the other jurors?

15   A.   Yes, Your Honor.

16   Q.   Except as to those questions which must be answered

17   personally, would your answers be any different than the jurors

18   now sitting in the jury box?

19   A.   No, Your Honor.

20   Q.   Would you give us the information on the sheet, please.

21   A.   My name is Martin C.  I live in Diamond Bar.  I'm married.

22   I work for UPS as a driver.  I have some college.  No adults

23   living at home.  I have been to jury duty twice.  I read the

24   newspaper.  I like to play sports.  I watch sports.  I don't

25   read books.  Never been sued or sued.

```
 1                THE COURT:  Thank you, sir.

 2                Peremptory is with the defendants.

 3                MR. BRAUN:  Your Honor, the defense would like to

 4    thank and excuse juror No. 10.

 5                THE COURT:  Ms. L, thank you.

 6                THE CLERK:  Ms. C.
```

### BREANN C

```
 8                THE COURT:  Ms. C, did you hear the statements and

 9    questions I put to the other jurors?

10                PROSPECTIVE JUROR:  Yes.

11                THE COURT:  Except as to those questions which must

12    be answered personally, would your answers be any different

13    than the jurors now sitting in the jury box?

14                PROSPECTIVE JUROR:  No.

15                THE COURT:  Would you give us the information on the

16    sheet, please.

17                PROSPECTIVE JUROR:  My name is Breann C.  I live in

18    Torrance, California.  I'm single.  I work in retail for about

19    five years.  I'm currently studying sociology and psychology.

20    I have no children.  I have never been on jury before.  I don't

21    read magazines or newspapers.  My hobbies would be bike riding

22    and going to the gym.  I don't watch TV.  And I like mystery

23    and romance books.  And I've never been sued or I've never sued

24    anybody.

25                THE COURT:  Thank you, ma'am.
```

```
1              Peremptory is with the government.

2              MS. CARTER:  One moment, Your Honor.

3              The government would ask Your Honor to thank and

4    excuse prospective juror No. 4.

5              THE COURT:  Ms. A.

6              THE CLERK:  Chaoran Y.

7                         CHAORAN Y

8    BY THE COURT:

9    Q.   Ms. Y, did you hear the statements and questions I put to

10   the other jurors?

11   A.   Yes.

12   Q.   Except as to those questions which must be answered

13   personally, would your answers be any different than the jurors

14   now sitting in the jury box?

15   A.   No.

16   Q.   Give us the information on the sheet, please.

17   A.   Okay.  My name is Chaoran Yu.  My general area is I live

18   in city of Azusa.  I'm married.  I'm in accounting firm for one

19   year.  And I'm bachelor's from the UCSD.  My major is

20   mathematics and accounting.  I don't have children.  I have one

21   jury service before.

22             I don't read magazines and newspapers.  I like to

23   cooking and dancing.  I love to watch reality shows.  I love to

24   read novels.  I have never been sued anyone and been sued.

25             THE COURT:  Thank you.
```

1              Peremptory is with the defendants.

2              MR. DIAZ:  Your Honor, the defense would like to

3    thank and excuse prospective juror No. 4.

4              THE COURT:  Ms. Y, thank you, ma'am.

5              THE CLERK:  Mr. Scott W.

6                           **SCOTT W**

7    BY THE COURT:

8    Q.   Did you hear the statements and questions I put to the

9    other jurors?

10   A.   Yes, I did.

11   Q.   And except as to those questions which must be answered

12   personally, would your answers be any different than the jurors

13   now sitting in the jury box?

14   A.   No, they wouldn't.

15   Q.   Then give us the information on the sheet, please.

16   A.   My name is Scott W.  I live in Castaic, California.  I'm

17   married.  I'm an actor and a tour guide at a studio in Burbank.

18   Education level is some college.  I have one adult child living

19   at home.  I did serve on a jury once before.  It was a civil

20   case.  Before it went to trial, there was a plea bargain.

21              I don't read magazines or newspapers.  Hobbies would

22   include bicycling and going to theme parks.  Television

23   programs:  Pretty much anything other than reality because it

24   takes jobs away from people like me.  Books would be fiction

25   novels and screenplays.  I've never been sued by anyone.  My

1  wife and I did sue someone in small claims court about 17 years

2  ago.

3          THE COURT:  Call two alternates.

4          THE CLERK:  Ms. Arlene L and June A.

5          **ARLENE L**

6  BY THE COURT:

7  Q.   Ms. L, did you hear the statements and questions I put to

8  the other jurors?

9  A.   Yes.

10  Q.   Except as to those questions which must be answered

11  personally, would your answers be any different than the jurors

12  now sitting in the jury box?

13  A.   No.

14  Q.   Would you give us the information on the sheet, please.

15  A.   My name is Arlene L.  I live in Atwater Village.  I am

16  married.  I do retail.  Been there the past 11 years.  My

17  husband works for a biomechanical.  He's been there for 17

18  years.  Have some college.  I do have one child, two-year-old.

19  I have served before, about 14 years ago for -- with a civil

20  case.  I don't read magazines, newspapers.  Hobbies are

21  cooking.  TV shows:  Cooking as well.  Books:  Mystery books.

22  And I've never sued or been sued by anybody.

23          THE COURT:  Thank you, ma'am.

24          **JUNE A**

25  ///

```
 1   BY THE COURT:

 2   Q.   Ms. A, did you hear the statements and questions I put to

 3   the other jurors?

 4   A.   Yes.

 5   Q.   Except as to those questions which must be answered

 6   personally, would your answers be any different than the jurors

 7   now sitting in the jury box?

 8   A.   Well, I do have a couple of relatives that work for the

 9   police department, and a couple of friends that work for the

10   sheriff.

11   Q.   Anything in those relationships that you feel might affect

12   your judgment either for or against the government or for or

13   against the defendants here?

14   A.   No.

15   Q.   Give us the information on the sheet, please.

16   A.   My name is June A.  I live in Gardena, California.  I'm

17   married.  I'm a payroll clerk, working for 29 years for L.A.

18   County.  My husband works with LADWP, 24 years.  I have an A.A.

19   degree.  I have one adult child living at home.  I've served on

20   a few juries but can't remember what they were.

21              I subscribe to *L.A. Times.*  I dirt bike ride; I like

22   dancing.  Watch reality shows.  Read books:  Fiction and

23   nonfiction.  Never been sued or sued anyone.

24              THE COURT:  Thank you, ma'am.

25              Peremptory to the alternates is with the government.
```

```
1              MS. CARTER:  One moment, Your Honor.

2              THE COURT:  With the defendants -- oh.  I'm sorry.

3              MS. CARTER:  I'm sorry, Your Honor.  Was that with

4    the government?

5              THE COURT:  Yes, with the government.

6              MS. CARTER:  Your Honor, the government would ask you

7    to please thank and excuse alternate No. 2.

8              THE COURT:  Ms. A, thank you, ma'am.

9              THE CLERK:  Ms. Shannon M.

10                          SHANNON M

11   BY THE COURT:

12   Q.   Ms. M, did you hear the statements and questions I put to

13   the other jurors?

14   A.   Yes.

15   Q.   Except as to those questions which must be answered

16   personally, would your answers be any different than the jurors

17   now sitting in the jury box?

18   A.   No.

19   Q.   Would you give us the information on the sheet, please.

20   A.   My name is Shannon M.  I live in Los Angeles.  Single.

21   Occupation would be a manager at DMV for about ten years.  No

22   college.  No adult children.  I've never served on a jury.  No

23   magazines or newspapers.  My hobbies would be amusement parks,

24   spending time with family.  Watch various TV programs from

25   reality TV to *Law and Order*.  I read fiction books.  And I've
```

1    never been sued or sued anyone.

2              THE COURT:  Thank you, ma'am.

3              Peremptory is with the defendants.

4              MR. CANTALUPO:  Your Honor, the defendants would ask

5    the clerk to thank and excuse alternate juror No. 2, Ms. M.

6              THE COURT:  Ms. M, thank you, ma'am.

7              THE CLERK:  Mr. Joseph E.

8                             **JOSEPH E**

9    BY THE COURT:

10   Q.   Mr. E, did you hear the statements and questions I put to

11   the other jurors?

12   A.   Yes, sir.

13   Q.   Except as to those questions which must be answered

14   personally, would your answers be any different than the jurors

15   now sitting in the jury box?

16   A.   No, sir.

17   Q.   Would you give us the information on the sheet, please.

18   A.   My name is Joseph E.  I live in West Hollywood.  Marital

19   status:  I've been single for 81 years, plus.  I'm retired.  I

20   have a college degree.  No adult children living at home.  I'm

21   a caregiver for a lot of adults in my building.

22             I've answered the call to jury summonses for 50 years

23   here in L.A.  I read old newspapers and books, mostly *L.A.*

24   *Times* or *USA Today*.  Hobbies:  Running, walking and sports.  TV

25   programs:  Mostly sports or *CNN.*  Books:  Mostly sports

```
 1    magazines.  I've never sued anyone or been sued by anyone.

 2              THE COURT:  Thank you, sir.

 3              Swear the jury.

 4              THE CLERK:  Okay.

 5              Please stand.

 6              (Jury panel sworn.)

 7              THE COURT:  Members of jury panel who have not been

 8    called, if you will return to the jury room.  We do thank you

 9    for coming here this morning.

10              Members of the jury, we will take a recess until

11    1:30.  Remind you of your duty not to converse or otherwise

12    communicate among yourselves or with anyone upon any subject

13    touching the merits of the cause on trial, and you are not to

14    form or express any opinion in the case until it is finally

15    submitted to you for your verdict.

16              The jury is excused until 1:30.  The jury is excused;

17    the court will remain in session.

18              THE COURT:  1:30.

19              (P.M. session reported by Sheri Kleeger.)

20                          - - - - -

21

22

23

24

25
```

```
 1                    C E R T I F I C A T E

 2

 3            I hereby certify that pursuant to Section 753,

 4    Title 18, United States Code, the foregoing is a true and

 5    correct transcript of the stenographically reported proceedings

 6    held in the above-entitled matter and that the transcript page

 7    format is in conformance with the regulations of the Judicial

 8    Conference of the United States.

 9

10    Date:  JUNE 1, 2015

11

12                    /S/_____

13                        Deborah K. Gackle
                           CSR No. 7106
14

15

16

17

18

19

20

21

22

23

24

25
```

**$**
$10,000 [2] 22/21 22/22
$12,000 [1] 35/6
$18,000 [1] 35/7
$27,000 [1] 18/24
$400,000 [2] 15/12 17/20
$500,000 [3] 12/5 13/14 15/9
$700 [1] 40/6
$740,000 [3] 12/6 13/15 18/17
$750,000 [7] 12/2 14/21 14/23 15/6 18/11 35/16 42/19

**/**
/S [1] 76/12

**1**
10 [2] 61/16 68/4
100 [2] 3/7 27/14
1014 [1] 10/21
11 [2] 16/9 71/16
1113 [1] 3/7
1149 [1] 1/25
12 [8] 16/8 46/16 47/8 52/5 59/6 60/10 64/22 66/4
12,000 [1] 35/22
13-904-R [3] 1/10 4/4 10/2
14 [1] 71/19
1400 [1] 2/7
15 [2] 52/6 60/25
160 [1] 30/17
17 [2] 71/1 71/17
18 [5] 10/19 10/20 10/22 18/1 76/4
18,000 [1] 35/22
1880 [1] 2/23
18th [2] 27/14 27/25
1980 [1] 30/1
19th [1] 27/14
1:30 [3] 75/11 75/16 75/18

**2**
20 [1] 53/16
20-plus [1] 53/12
2000 [1] 39/17
2003 [1] 51/17
2006 [6] 11/23 13/9 14/8 24/9 38/10 39/6
2008 [1] 40/20
2009 [2] 13/13 15/7
2010 [1] 15/8
2011 [27] 12/7 13/14 13/15 13/17 14/8 14/17 15/8 15/20 15/23 15/24 16/4 16/8 16/9 18/1 20/3 20/4 22/3 22/14 24/11 26/23 27/14 27/25 38/11 39/10 39/21 40/6 40/20
2012 [1] 15/23
2015 [3] 1/18 4/1 76/10
213 [1] 1/25
213-745-7447 [1] 2/17
213-745-7477 [1] 2/17
2270 [1] 2/24
2272 [1] 2/24
22nd [1] 19/3
23 [1] 47/10
24 [2] 57/18 72/18
25 [1] 53/11
26 [1] 57/16
2637 [1] 3/8
29 [1] 72/17
2nd [1] 20/17

**3**
30s [2] 39/2 40/9
310-277-2270 [1] 2/24
310-277-2272 [1] 2/24
310-388-6016 [1] 3/8

310-397-2637 [1] 3/8
311 [1] 29/8
3|2 [1] 1/24 2/8
371 [1] 10/12
3900 square [1] 14/12
3D [1] 52/22

**4**
402A [1] 1/24
4200-square-foot [1] 12/2
450 [1] 1/24

**5**
50 [2] 61/12 74/22
52 [1] 49/11
5th [2] 20/4 26/23

**6**
60-something [1] 48/23
6016 [1] 3/8
620-1149 [1] 1/25

**7**
70 percent [2] 34/12 36/17
70-something-year-old [1] 48/24
710 [1] 2/23
7106 [1] 76/13
714 [1] 2/16
7447 [1] 2/17
7477 [1] 2/17
750 [1] 43/1
753 [1] 76/3

**8**
81 [1] 74/19

**9**
90012 [2] 1/24 2/8
90015 [1] 2/16
90067 [1] 2/23
90401-1113 [1] 3/7
940 [1] 3/7
95 [2] 1/21 45/25
96-year-old [1] 48/22
9:10 [1] 4/1

**A**
a's [1] 47/3
A.A [2] 48/21 72/18
A.M [1] 4/1
Abbey [1] 53/15
ability [1] 7/1
able [2] 11/7 40/23
about [52] 5/5 6/13 7/2 7/3 8/2 8/8 8/21 11/18 12/6 13/4 14/19 16/1 16/5 16/23 17/3 17/11 17/12 18/8 18/14 21/8 22/1 24/6 24/14 25/3 26/2 26/2 26/5 26/7 27/13 28/3 28/9 28/9 29/2 29/3 29/4 29/5 30/9 31/22 36/23 38/24 39/8 42/8 44/24 52/6 52/8 52/23 53/4 57/17 68/18 71/1 71/19 73/21
above [1] 76/6
above-entitled [1] 76/6
absolutely [4] 8/9 17/7 42/8 43/6
accept [1] 44/14
account [5] 21/22 22/6 22/7 22/20 22/24
accounting [2] 69/18 69/20
accounts [24] 21/15 21/19 21/20 21/25 22/1 22/5 22/10 22/11 22/12 22/14 22/15 22/17 22/18 22/19 22/22 22/23 23/3 23/4 23/7 27/9 28/10 28/18 31/6 39/1
accurately [1] 29/5
accused [1] 44/3
accusing [1] 44/2
act [2] 10/23 43/25

acting [1] 31/13
actor [1] 30/17
actually [3] 49/1 50/15 60/19
adam [6] 2/22 2/22 2/25 4/15 10/13 29/21
added [1] 22/18
adding [1] 14/25
address [3] 6/7 31/15 32/15
addresses [1] 31/1
admin [1] 47/23
administrator [1] 51/18
admitted [1] 44/16
adult [20] 47/9 48/9 48/22 50/12 51/4 51/19 53/11 54/14 56/17 57/19 58/20 59/23 61/2 62/9 64/13 66/21 70/18 72/19 73/22 74/20
adults [2] 67/22 74/21
advantage [1] 42/11
advice [3] 31/12 41/23 42/12
aerospace [2] 60/24 64/12
affairs [2] 7/3 29/4
affect [4] 43/2 45/17 65/14 72/11
afford [2] 12/11 26/3
affording [1] 26/3
after [9] 13/10 17/14 18/21 20/4 21/16 21/18 26/16 34/21 43/5
afternoon [1] 9/11
again [10] 5/13 6/4 7/22 23/23 28/11 34/25 37/1 37/10 38/20 39/2
against [8] 44/3 45/18 45/18 46/12 65/14 65/15 72/12 72/13
agent [17] 2/10 4/9 10/7 13/18 17/16 17/19 31/12 34/13 35/4 35/18 35/18 36/3 36/1 36/12 36/16 42/18 47/22
agents [5] 34/15 35/20 36/14 36/23 37/1
ago [7] 30/3 51/11 53/12 53/16 55/23 71/2 71/19
agree [1] 15/11
agreement [1] 13/20
al [3] 1/11 4/5 10/3
Alarcon [1] 9/13
Alejandro [3] 63/24 64/1 64/11
all [68] 4/17 5/7 8/10 9/3 9/4 9/7 9/24 11/13 11/24 11/25 15/8 15/11 15/23 16/19 16/23 16/24 18/5 18/6 18/16 20/7 20/12 20/16 21/15 21/18 22/10 22/17 23/9 23/21 23/25 24/18 24/25 25/4 25/6 25/7 27/8 27/20 28/14 31/8 38/2 36/13 36/15 37/15 37/25 38/2 39/6 39/6 39/9 39/21 40/10 40/10 42/16 43/1 43/5 43/10 43/10 43/23 45/6 46/6 47/2 47/20 49/23 50/20 51/12 55/24 64/14 65/12 65/17
allegations [1] 44/6
alleged [1] 44/1
allowed [1] 11/5
alluded [1] 30/12
almost [3] 13/10 22/10 23/7
along [4] 13/4 18/5 27/7 44/23
already [14] 9/21 13/24 14/20 16/3 17/10 17/12 17/17 17/18 18/15 19/7 38/9 38/22 39/6 41/25
also [27] 2/10 4/8 5/15 5/19 6/2 6/16 7/20 10/6 14/11 15/6 16/16 17/14 18/7 18/14 18/20 21/10 26/13 32/18 35/14 35/17 37/24 40/15 41/20 44/21 51/2 51/22 61/10
alter [1] 6/24
alternate [2] 73/7 74/5
alternates [2] 71/3 72/25
always [3] 27/21 44/13 48/25
am [10] 1/20 20/8 20/10 29/16 48/6 50/7 57/14 62/6 64/11 71/15
amateur [1] 53/2
AMERICA [24] 1/8 4/5 10/3 10/17 21/19 21/25 22/1 22/4 22/15 22/18 22/23 23/3 23/7 26/11 26/25 28/10 28/13 28/18 28/24 39/25 40/1 40/23 42/1 42/3

**A**

among [3]  43/6 58/24 75/12
amount [1]  14/25
amusement [1]  73/23
Anatomy [1]  51/23
ANGELES [16]  1/17 1/24 2/8 2/16 2/23 4/1
11/25 28/5 30/2 45/15 50/7 53/10 57/15
57/15 58/16 73/20
another [16]  7/17 9/10 17/16 18/2 18/3 19/4
20/24 20/24 25/17 27/17 28/16 31/5 36/2
40/14 40/20 41/4
answer [2]  28/7 65/9
answered [20]  55/9 56/10 57/8 58/11 59/14
60/18 61/25 63/2 64/6 65/6 66/12 67/16
68/12 69/12 70/11 71/10 72/5 73/15 74/13
74/22
answers [20]  54/8 55/10 56/11 57/9 58/12
59/15 60/19 62/1 63/3 64/7 65/7 66/13 67/17
68/12 69/13 70/12 71/11 72/6 73/16 74/14
any [87]
anybody [6]  9/6 42/11 50/2 54/20 68/24
71/22
anyone [21]  47/16 47/16 47/17 48/1 48/15
51/24 53/5 55/23 57/24 59/1 61/13 62/15
63/18 65/25 69/24 70/25 72/23 74/1 75/1
75/1 75/12
anything [19]  8/7 25/3 30/24 31/9 37/5 38/12
42/13 42/13 42/25 43/19 43/21 45/16 49/2
56/20 60/3 60/3 65/13 70/23 72/11
Anyway [1]  27/22
appear [1]  33/22
appearances [4]  2/1 3/1 4/6 10/4
appearing [3]  4/12 4/16 10/10
application [18]  18/9 18/10 20/19 25/5 30/25
31/5 31/9 31/23 32/7 32/8 32/12 32/14 32/17
32/23 32/24 33/8 35/5 41/17
application's [1]  33/15
applications [30]  7/21 12/23 14/10 14/16
14/16 15/4 15/14 15/14 15/21 15/25 17/21
18/3 18/6 18/7 18/14 18/19 18/22 25/8 27/9
30/20 31/8 32/5 32/6 32/10 32/22 33/1 33/14
35/2 37/4 41/19
applied [1]  38/9
apply [1]  41/9
applying [1]  44/17
appointment [1]  4/24
approach [2]  33/10 39/25
approval [3]  19/15 19/23 35/7
approvals [1]  26/15
approve [2]  19/14 19/21
approved [5]  30/25 31/9 33/15 37/5 37/6
approximately [1]  18/18
April [1]  13/17
Arcadia [1]  51/1
are [54]  5/6 6/11 6/14 8/4 9/14 9/21 10/19
11/1 11/4 11/5 11/6 11/19 13/6 22/16 23/17
24/5 24/5 24/7 25/2 25/14 25/23 29/24 32/3
32/12 32/21 33/8 37/3 37/19 37/21 38/9
38/11 38/24 39/1 40/2 41/10 41/17 41/18
43/11 43/24 43/25 44/9 44/17 44/23 45/25
46/13 46/16 46/17 50/20 52/11 53/13 53/14
60/2 71/20 75/13
area [4]  47/5 55/16 62/5 69/17
argue [7]  27/16 29/1 29/7 29/12 30/14 32/1
33/7 34/7 35/10 36/5
Arlene [3]  71/4 71/5 71/15
Army [2]  57/17 57/18
around [5]  17/23 24/11 24/19 39/17 41/3
arranged [1]  35/17
arrangements [1]  38/24
arrive [1]  44/16
art [1]  49/11

**B**

B.A [1]  47/23
B.S [2]  62/8 63/9
bachelor [1]  66/20
bachelor's [2]  52/23 58/18 69/19
back [1]  12/9 39/6 49/19
background [3]  29/23 38/6 57/19
bail [8]  5/10 6/3 7/5 7/9 7/18 8/22 14/6 23/14
balance [2]  31/7 31/7
balances [1]  22/8
bank [75]  5/15 6/10 6/13 6/17 6/18 6/22 6/23
7/1 7/20 7/21 8/12 8/13 12/22 14/10
14/15 15/5 15/24 16/14 16/22 18/3 19/1
19/17 20/14 21/8 21/11 21/12 21/15 21/16
21/19 21/25 22/1 22/2 22/3 22/4 22/13 22/15
22/15 22/16 22/18 22/23 22/24 23/3 23/7
23/13 25/22 26/11 26/15 26/24 27/6 27/9
28/9 28/10 28/12 28/17 28/17 28/23 31/6
32/7 32/9 37/23 39/1 39/22 39/25 40/1 40/3
40/23 41/9 41/10 41/12 41/14 41/21 41/25
42/3 42/10
banks [12]  5/7 7/4 11/18 11/21 11/22 13/7
13/8 14/7 19/10 23/12 23/19 23/20
Bar [1]  67/21
barely [1]  20/10
bargain [1]  70/20
based [2]  14/24 23/17
basically [2]  24/19 60/5
basis [2]  8/16 9/10
basketball [3]  52/13 62/12 62/13
bathroom [2]  12/1 14/11
battery [1]  54/17
be [86]
beating [1]  49/21
beauty [1]  57/21

**A**

artist [3]  52/22 53/2 63/9
as [142]
Asian [1]  48/23
ask [20]  5/16 6/4 23/23 27/17 28/11 37/1
37/13 43/17 44/21 44/24 54/24 56/1 59/5
60/9 62/18 64/21 66/3 69/3 73/6 74/4
asked [7]  21/10 26/4 26/18 27/5 27/6 27/6
27/7
asking [6]  6/19 43/9
asks [1]  6/17
assault [1]  54/16
assets [2]  28/25 31/6
assistance [4]  25/22 26/12 26/19 26/25
assistant [2]  2/7 55/18
assisted [1]  45/3
at [80]
att.net [1]  3/9
attachment [1]  25/20
attempt [1]  5/9
attending [1]  9/12
attention [1]  33/17
attorney [4]  2/5 51/17 53/10 56/16
Attorney's [1]  45/23
ATTORNEYS [1]  2/7
Atwater [1]  71/15
August [8]  20/3 20/4 20/17 22/3 22/14 22/21
26/22 26/23
August 2nd [1]  20/17
August 5th [2]  20/4 26/23
August 6 [1]  20/3
autism [1]  58/17
automotive [1]  64/16
available [2]  26/10 39/25
avoided [1]  11/17
aware [5]  5/7 24/18 29/9
away [5]  14/5 29/4 52/14 61/9 70/24
Azusa [1]  69/18

**B**

B.A [1]  47/23
B.S [2]  62/8 63/9

**A**

became [1]  18/23
because [21]  8/3 13/23 16/13 16/23 18/16
18/25 19/2 21/8 25/10 25/13 31/23 37/22
38/6 38/7 38/8 40/17 42/13 42/19 43/8 43/11
70/23
become [2]  11/3 11/10
becoming [1]  30/1
bedroom [2]  12/1 14/11
beekeeper [1]  65/20
been [73]  8/18 9/7 9/22 10/15 15/20 18/17
34/1 38/4 40/12 41/2 41/21 45/6 45/11 46/1
47/3 47/7 47/8 47/11 47/16 47/22 48/1 48/7
48/10 48/14 50/10 50/11 51/10 51/17 51/24
52/6 52/8 52/11 52/16 52/22 52/24 53/5
53/21 54/20 55/22 55/23 56/16 56/18 57/16
57/17 57/23 59/1 60/5 60/25 61/3 61/12
61/13 62/7 62/15 63/18 64/14 64/18 65/25
66/22 67/23 67/25 68/20 68/23 69/24 69/24
70/25 71/16 71/17 71/22 72/23 74/1 74/19
75/1 75/7
before [31]  9/6 9/7 9/19 15/20 20/17 20/22
21/22 23/4 23/6 29/23 43/16 50/2 50/14 51/5
51/20 51/25 52/25 55/20 56/18 57/20 57/24
58/21 61/3 62/10 65/9 65/21 68/20 69/21
70/19 70/20 71/19
begin [1]  43/16
behalf [5]  4/8 4/14 10/6 10/12 15/5
behavior [1]  58/17
behind [3]  16/10 16/15 17/9
being [7]  6/7 28/10 28/22 30/25 34/16 45/3
47/16
believe [7]  5/3 5/7 5/12 7/1 7/11 26/23 39/7
believed [1]  26/24
belonged [1]  31/20
BENNY [23]  2/20 10/14 10/17 11/16 11/23
15/13 15/16 15/17 18/9 18/20 20/9 24/12
28/6 29/19 29/21 29/24 30/2 31/1 31/4 31/16
31/18 39/7 40/17
best [3]  8/25 39/19 42/20
between [1]  31/22 39/10
beyond [1]  23/9
Bible [1]  48/14
Bibles [2]  47/15 47/15
bicycling [1]  70/22
big [3]  12/5 14/5 33/16
bike [5]  49/25 54/17 66/25 68/21 72/21
bills [2]  13/12 15/7
BILLY [48]  1/11 3/4 4/5 4/12 4/24 5/13 10/3
10/10 10/17 11/15 11/23 13/17 13/22 15/9
15/13 15/15 15/17 16/9 16/11 17/9 18/13
18/19 20/6 24/1 24/3 24/14 24/17 24/20 25/7
25/16 25/19 26/1 26/10 27/7 27/15 28/1 28/6
28/13 28/16 30/12 31/17 31/18 32/12 32/16
40/11 40/17 40/21 41/25
binging [1]  52/13
biochemistry [1]  48/22
biographies [1]  52/15
biomechanical [1]  71/17
biomedical [3]  52/9 59/20 59/22
bit [2]  14/25 64/16
book [1]  67/2
books [30]  47/15 48/13 50/1 50/18 50/20
51/9 52/15 53/15 54/19 55/22 56/21 58/25
58/25 60/4 61/10 62/14 63/17 63/17 64/18
65/23 67/1 67/25 68/23 70/24 71/21 71/21
72/22 73/25 74/23 74/25
born [1]  39/5
borrowed [2]  12/10 39/23
both [13]  16/6 19/14 21/1 31/12 32/15 35/4
35/23 35/24 36/20 37/20 38/11 38/12 41/16
bought [4]  12/1 13/8 13/10 21/2
Boulevard [2]  2/16 3/7
box [23]  9/6 43/12 43/19 54/9 55/11 56/12

**B**

box... [17] 37/10 38/13 39/16 60/20 62/2 63/4
64/8 65/8 66/14 67/18 68/13 69/14 70/13
71/12 72/7 73/17 74/15
brand [2] 38/14 41/5
brand-new [1] 38/14
Braun [6] 2/22 2/22 4/15 10/13 29/21 41/16
braunesquire.com [1] 2/25
BREANN [2] 68/7 68/17
bring [1] 9/16
broader [1] 37/2
broker [8] 13/18 31/13 35/5 35/12 35/13
41/1 53/21 66/21
brother [5] 14/17 31/5 39/24 40/17 40/21
brothers [42] 11/15 11/18 11/25 13/23 15/1
16/20 20/9 24/7 24/12 24/16 24/25 25/7
25/17 26/4 27/2 27/7 27/15 27/23 28/1 28/13
28/16 29/24 31/14 31/20 32/12 33/9 35/25
36/15 37/20 38/1 38/19 38/23 40/6 40/16
41/22 42/9 42/23 42/24 42/25 43/6 43/7
43/10
brothers' [2] 25/11 25/12
brought [1] 15/19
building [1] 74/21
Burbank [1] 70/17
business [3] 28/15 45/5 47/23
but [43] 5/11 6/11 7/14 8/5 8/7 8/25 11/8
12/5 12/13 12/17 13/14 14/3 14/22 14/25
20/18 21/11 22/25 24/24 25/21 26/7 26/18
27/17 28/18 29/8 30/22 32/23 35/24 36/2
36/16 38/6 39/8 39/9 40/6 40/8 40/20 40/20
41/6 41/18 42/16 48/25 51/10 65/11 72/20
buy [20] 5/10 6/3 7/5 7/8 7/18 8/21 12/8
12/10 13/23 14/4 14/4 14/6 14/9 16/12 20/24
23/13 24/16 29/5 41/6 41/14
buying [2] 16/2 30/8

**C**

CA [3] 2/16 2/23 3/7
cable [1] 48/7
CAD [1] 64/12
Calabasas [1] 56/15
CALIFORNIA [21] 1/2 1/17 1/24 2/8 4/1
12/2 12/22 14/9 47/6 47/11 48/6 48/21 49/18
54/12 55/17 57/14 59/19 63/7 68/18 70/16
72/16
call [4] 6/1 41/4 71/3 74/22
called [9] 10/16 11/5 33/21 38/15 44/23 46/2
48/25 61/3 75/8
Calling [1] 10/2
came [5] 18/25 29/25 35/15 36/1 39/4
can [15] 5/23 8/7 8/25 11/2 11/6 13/20 26/2
39/25 40/22 41/11 41/11 41/14 41/14 44/24
54/1
can't [4] 8/6 8/24 61/5 72/20
cannot [2] 42/4 46/3
Cantalupo [6] 3/6 3/6 4/12 10/10 24/3 41/16
card [3] 31/3 31/4 31/18
cards [1] 31/20
care [3] 9/11 29/3 48/8
carefully [1] 46/5
caregiver [1] 74/21
cars [2] 27/19 63/12
CARTER [9] 2/6 4/7 6/9 10/5 13/3 38/16
39/8 39/21 45/2
case [53] 4/23 5/3 6/14 7/12 8/24 8/25 11/2
11/8 11/9 11/18 11/19 11/24 13/5 19/6 23/21
23/25 24/6 25/12 25/13 28/6 29/1 29/2 29/7
29/16 30/14 32/1 33/7 34/2 34/5 34/7 34/9
34/15 35/10 36/5 36/7 38/8 37/11 37/12 42/9
43/9 43/24 44/25 45/2 46/2 47/12 50/15
58/21 59/25 61/5 62/11 70/20 71/20 75/14

**C** (continued)

Castaic [2] 48/6 70/16
cathedral [1] 9/13
Catherine [2] 53/15 53/7 53/10
Catholic [1] 47/15
cause [1] 75/13
caused [1] 24/19
causing [4] 10/23 11/21 23/10 23/19
Cañada [1] 51/16
cell [2] 34/21 34/21
CENTRAL [1] 1/2
certain [2] 8/12 28/15
certainly [2] 5/23 8/8
certify [1] 76/3
chance [3] 29/7 30/25 33/15
change [2] 8/6 34/24
changed [4] 26/17 26/18 26/23 28/19
changes [1] 17/2
changing [2] 26/17 40/10
channel [2] 49/11 67/1
Chaoran [3] 69/6 69/7 69/17
character [1] 52/22
charge [1] 53/13
charged [9] 10/19 11/19 23/18 25/13 32/13
32/17 46/12 46/13 46/14
charges [2] 37/15 43/23
Charles [3] 54/1 54/3 54/12
Chase [11] 21/15 21/20 21/22 22/5 22/6
22/10 22/11 22/19 22/20 22/22 23/4 28/10
28/24
check [1] 28/7
checked [4] 15/16 28/6 32/16 33/9
chemistry [1] 59/21
cherry [1] 30/21
child [3] 70/18 71/18 72/19
children [24] 47/9 47/23 48/22 50/12 51/4
51/19 52/24 53/11 54/6 55/16 56/17 57/19
58/17 58/20 59/23 61/2 62/9 64/13 64/14
65/21 68/20 69/20 73/22 74/20
children's [1] 67/2
Chino [46] 12/2 12/25 12/25 13/1 13/8 13/13
13/18 14/21 14/24 14/25 15/8 15/12 16/1 16/3
16/10 16/13 16/15 17/6 17/10 17/11 17/13
17/16 17/20 17/23 18/8 18/16 19/4 19/8
19/11 19/13 19/20 21/3 25/6 25/17 25/18
26/20 32/11 32/13 32/15 32/20 34/11 36/22
38/10 38/14 38/15 39/10
Chopped [2] 61/9
chosen [2] 44/5 46/3
Christopher [1] 30/4
city [3] 57/14 57/15 69/18
civil [4] 15/18 62/11 70/19 71/19
CJA [1] 4/24
claimed [1] 34/10
claiming [3] 21/9 34/15 34/19
claims [2] 53/16 71/1
classes [1] 64/13
clerk [3] 57/16 72/17 74/5
close [3] 23/21 30/5 65/11
close-knit [1] 30/5
closing [7] 26/15 27/13 27/25 30/13 30/17
34/16 34/20
Cloud [1] 61/5
CNN [1] 74/25
co [3] 13/4 13/19 34/4
co-conspirator [2] 13/19 34/4
co-counsel [1] 13/4
coach [1] 62/12
Code [4] 10/20 10/21 10/23 76/4
college [11] 48/9 49/10 51/4 54/14 64/13
65/20 67/22 70/18 71/18 73/22 74/20
college-level [1] 64/13
combined [2] 12/6 22/22

**C** (continued)

come [2] 42/15 64/24
remedies [1] 51/8
comes [1] 11/4
coming [3] 39/3 41/24 75/9
commander [1] 45/14
commission [7] 25/11 34/12 35/6 35/7 35/19
35/22 36/18
commit [1] 12/18
committed [4] 35/1 35/8 37/10 43/8
common [3] 27/18 28/12 29/13
communicate [1] 75/12
communication [1] 63/10
companies [1] 51/10
company [5] 42/17 51/4 54/13 59/21 64/12
competent [1] 44/16
complaint [2] 5/11 5/12
complete [1] 21/12
completed [1] 34/16
completely [1] 7/15
Compton [1] 47/11
computer [1] 61/1
concealing [2] 32/13 32/17
concept [10] 5/12 5/14 6/3 6/6 7/6 7/7 7/11
7/15 7/18 7/22
concepts [3] 4/21 5/10 26/8
concerned [3] 5/5 5/8 39/19
condition [1] 29/6
conduct [2] 36/20 43/25
Condé [1] 51/21
Conference [1] 76/8
confident [1] 29/17
conflict [2] 20/10 21/2
conformance [1] 76/7
connection [1] 45/23
conscientiously [2] 44/20 46/10
consequences [2] 26/9 46/8
conservator [1] 50/11
consider [3] 11/3 11/8 46/6
consistent [3] 23/24 37/13 37/14
conspiracy [11] 10/20 11/20 13/7 23/18
37/20 38/7 38/12 38/20 43/6 43/6 43/7
conspirator [2] 13/19 34/4
conspired [2] 12/19 42/24
conspiring [1] 14/14
construction [1] 54/13
consultant [2] 62/6 62/7
Consumer [1] 48/10
contained [6] 14/17 18/7 18/8 18/9 18/14
18/20
contemplating [1] 40/13
context [1] 7/2 37/2
continue [1] 19/25
CONTINUED [1] 3/1
continuing [1] 26/3
contract [2] 12/8 17/19
contributed [1] 18/24
conversation [2] 13/22 15/10
conversations [3] 26/2 34/1 37/9
converse [1] 75/11
convinced [1] 43/5
cooking [5] 51/8 61/8 69/23 71/21 71/21
cops [1] 30/1
Corona [24] 12/21 12/24 14/9 14/10 16/2
17/25 18/23 19/2 19/5 21/16 22/8 26/1 26/14
32/7 34/17 35/6 35/23 36/14 36/18 36/20
36/21 38/11 41/4 41/24
correct [3] 25/23 39/8 76/5
correctly [1] 29/6
could [14] 6/20 6/22 12/11 12/15 12/15 19/7
19/11 26/19 35/23 41/4 42/20 44/19 46/9
46/18
counsel [18] 2/1 4/6 4/9 8/10 10/4 10/7 10/25
10/25 13/4 29/1 29/12 29/22 30/14 32/1 34/7

## C

counsel... [3] 35/10 45/7 45/9
country [2] 39/4 39/5
counts [2] 23/25 43/10
County [8] 11/25 25/2 28/5 30/2 34/22 47/8 54/16 72/18
couple [6] 20/4 30/22 31/25 59/24 72/8 72/9
course [1] 61/1
court [17] 1/1 4/23 5/16 6/4 8/22 9/20 10/1 53/16 54/25 56/1 59/5 60/10 62/18 64/22  66/3 71/1 75/17
Courthouse [2] 1/23 2/7
courtroom [3] 9/15 33/22 43/18
CR [3] 1/10 4/4 10/2
crash [1] 39/18
crashed [1] 49/3
create [2] 16/17 44/3
created [2] 26/21 27/8
credentials [1] 66/20
credit [4] 31/3 31/4 31/18 31/20
cricket [1] 50/20
crime [4] 34/4 36/24 44/2 58/25
crimes [2] 11/20 12/18
criminal [11] 24/6 26/18 33/19 33/22 34/3 36/19 46/2 50/15 53/12 54/19 58/21
criminals [1] 25/13
critical [3] 34/1 34/5 37/8
CSR [2] 1/23 76/13
currently [5] 52/8 52/13 58/18 65/20 68/19
customers [1] 36/15
cycling [1] 64/16

## D

daily [4] 8/4 8/16 53/3 65/23
DALTON [4] 2/10 4/9 10/7 45/3
Damaris [3] 56/4 56/5 56/15
dance [1] 49/25
dancing [2] 69/23 72/22
data [1] 9/23
date [5] 16/8 16/9 18/2 20/2 76/10
dates [3] 17/5 17/15 20/3
day [4] 21/16 21/16 36/17 43/4
days [3] 18/21 21/17 21/22
dcantalupo [1] 3/9
Dead [2] 52/14 58/24
deal [2] 17/17 28/15
dealings [1] 45/5
dear [1] 65/10
DEBORAH [2] 1/23 76/13
Debra [3] 43/15 51/13 51/16
Debra B [1] 43/15
debt [6] 11/15 31/4 31/5 31/19 32/13 32/19
deceptions [1] 24/5
decided [9] 12/7 24/12 24/16 24/17 27/1 28/15 28/17 40/14 40/19
declined [1] 13/14
decreased [1] 12/4
defendant [17] 2/13 2/20 3/4 13/22 15/9 15/14 16/3 16/11 18/2 18/4 20/6 24/1 28/5 29/19 37/16 44/2 60/8
defendants [75] 1/12 7/9 11/1 11/19 11/24 12/3 12/5 13/8 13/8 13/11 13/15 13/19 14/1 14/2 14/14 15/4 15/5 15/6 16/7 15/18 16/12 16/23 17/1 17/4 17/5 17/7 17/22 18/5 18/6 18/24 19/3 19/6 19/11 19/14 19/15 19/19 19/21 20/7 20/13 20/15 20/16 20/19 21/1 21/4 21/10 21/11 21/15 22/3 23/2 23/10 23/17 43/24 44/8 45/6 45/9 45/18 46/13 54/22 54/24 56/23 58/1 60/9 61/14 63/20 64/20 64/21 65/15 67/6 68/2 70/1 72/13 73/2 74/3 74/4
defendants' [1] 22/13

defense [10] 10/25 34/21 56/24 58/2 61/15 62/16 63/21 67/7 68/3 70/2
defraud [2] 37/22 41/19
degree [8] 51/4 52/9 52/23 58/18 59/22 66/22 72/19 74/20
Del [1] 47/21
delivery [1] 52/6
demonstrate [1] 37/3
demonstrated [1] 20/25
denial [1] 44/7
denied [2] 4/24 6/8
Denny's [2] 34/16 34/23
department [7] 12/1 30/2 31/2 45/15 50/9 65/10 72/9
depend [1] 44/13
deposit [2] 21/18 23/5
deposited [1] 28/22
deposits [2] 28/20 28/23
deputies [2] 11/25 38/2
description [1] 7/13
descriptive [1] 7/12
designer [1] 64/12
despite [2] 36/19 36/22
detail [1] 33/18
detailed [1] 16/7
determination [2] 36/8 44/23
determined [1] 25/5
development [1] 52/24
diabetic [1] 48/23
Diamond [1] 51/7
Diaz [4] 2/15 2/15 4/13 10/11
did [52] 6/20 6/2 6/25 12/19 21/11 21/17 23/15 25/10 27/25 28/16 33/10 34/23 36/2 36/21 40/1 40/5 41/8 42/4 42/10 42/25 43/2 54/5 54/17 55/6 56/7 56/9 57/5 57/7 58/8 58/10 59/11 59/13 60/15 60/17 61/22 61/24 62/24 64/3 65/3 65/5 66/9 67/13 68/8 69/9 70/8 70/10 70/19 71/1 71/7 72/2 73/12 74/10
didn't [13] 17/7 17/6 18/16 19/12 21/1 22/5 22/11 25/11 25/21 27/11 31/14 31/16 31/17
difference [1] 31/21
different [34] 6/15 7/15 11/7 11/18 12/16 17/8 20/13 20/23 23/11 23/11 26/5 26/6 26/8 54/8 55/10 56/11 57/9 58/12 58/23 59/15 60/19 62/1 63/3 64/7 65/7 66/13 67/17 68/12 69/13 70/12 71/11 72/6 73/16 74/14
Digna [3] 58/5 58/6 58/16
dipped [1] 35/3
direct [3] 21/18 23/5 28/23
directly [1] 28/22
dirt [2] 54/17 72/21
disagree [1] 8/9
disclose [2] 27/12 28/2
disclosed [3] 22/21 22/21 27/11
disclosing [1] 12/15
discuss [2] 6/3 7/16
discussed [1] 35/16
discussing [1] 7/6
distance [1] 50/17
district [6] 1/1 1/2 1/5 45/24 45/24 52/8
districts [1] 45/25
ditch [2] 12/7 12/13
ditched [1] 23/15
DIVISION [1] 1/5
divorced [2] 53/10 60/24
DMV [1] 73/21
do [37] 6/10 8/3 8/13 8/16 8/16 9/1 9/15 9/20 11/7 12/15 12/18 14/7 19/8 19/21 21/3 23/12 27/3 32/11 32/15 35/8 37/4 38/12 39/16 39/16 40/2 40/3 41/8 42/5 48/13 62/9 65/9 65/9 71/16 71/18 72/8 75/8
doctor [1] 66/22
document [4] 6/22 16/19 17/24 17/25

documents [13] 6/15 6/17 6/18 11/5 12/23 24/14 25/14 27/6 27/8 27/15 27/23 30/18 33/12
does [3] 5/25 7/21 44/3
dog [1] 51/7
doing [8] 17/12 18/6 38/25 48/7 50/10 50/11 52/22 56/16
dollars [4] 11/14 13/10 14/13 31/7
Dominic [5] 3/6 3/6 4/11 10/9 24/3
don't [39] 5/7 7/11 8/9 25/3 27/21 29/1 29/12 30/14 32/1 33/7 34/7 35/10 36/5 38/8 47/4 47/13 47/14 47/25 49/10 49/24 49/25 50/1 50/15 53/1 54/19 58/22 60/1 62/13 63/10 63/16 64/15 66/20 67/24 68/20 68/22 69/20 69/22 70/21 71/20
Donahue [1] 61/7
done [9] 10/23 41/7 41/25 47/24 48/9 49/24 57/20 63/11 65/21
double [1] 35/3
double-dipped [1] 35/3
doubt [1] 23/10
down [8] 9/16 13/11 13/12 19/22 21/25 23/7 25/5 31/14
Downton [1] 53/15
dozen [1] 50/11
dozens [3] 30/20 30/20 31/23
Dr. [1] 61/7
Dr. Oz [1] 61/7
drafted [4] 20/14 25/14 25/15 41/20
drained [2] 21/24 23/7
drive [1] 34/23
driver [3] 52/6 52/6 67/22
driving [1] 59/25
drug [1] 53/12
drugs [1] 47/12
drunk [1] 59/25
due [1] 20/10
dump [2] 12/24 51/11
during [11] 5/15 6/5 9/20 11/2 11/5 11/7 12/4 13/6 16/6 22/9 27/4
duty [9] 44/5 44/9 44/20 46/10 49/10 55/20 59/24 67/23 75/11
dynamics [1] 40/9

## E

each [14] 14/14 14/17 14/17 15/14 15/25 21/17 21/21 30/5 36/22 38/5 43/24 44/7 44/14 46/14
early [3] 4/23 5/2 13/12
earn [1] 25/10
East [2] 2/23 52/4
Economist [1] 56/19
economy [2] 24/18 24/19
education [10] 47/9 49/9 50/12 51/19 53/11 54/14 55/18 60/25 66/19 70/18
Educational [1] 56/17
efficient [1] 41/7
eight [4] 54/13 56/17 62/6 62/8
either [4] 45/17 45/24 65/14 72/12
El [1] 60/23
electrical [1] 48/7
electronically [1] 16/22
electronics [1] 59/22
elicit [3] 5/9 5/17 8/12
else [4] 38/20 39/15 43/21 53/5
email [5] 2/18 2/25 3/9 16/20 16/24
emailed [2] 20/16 21/23
emotional [1] 25/20
Empire [1] 38/15
employed [2] 5/6 45/11
employee [1] 35/12
employment [1] 45/17
Encino [1] 63/7

# E

end [8] 24/4 27/17 29/7 29/16 36/17 37/12
43/4 43/9
ends [1] 30/6
enforcement [3] 39/7 39/9 45/11
engineer [2] 59/20 59/21
engineering [3] 52/9 59/22 60/24
enjoy [6] 47/25 53/2 53/4 58/25 60/3 61/7
enough [1] 21/9
entire [1] 38/4
entitled [1] 76/6
Erin [3] 43/15 52/18 52/21
errors [12] 30/21 30/22 30/22 30/23 30/24
31/22 31/25 32/3 32/3 33/14 33/16 37/3
escrow [1] 36/14
especially [1] 67/2
essentially [2] 38/10 40/14
estate [22] 13/18 14/20 17/16 17/19 18/15
25/1 25/3 29/15 31/12 31/12 32/11 35/4
35/18 35/20 36/3 36/4 39/18 39/19 40/21
41/1 47/22 53/21
estimate [1] 14/24
estimator [1] 54/13
et [3] 1/11 4/5 10/3
evaluate [1] 27/18
eve [1] 34/24
even [12] 6/5 6/24 12/8 12/9 12/10 13/14
15/3 22/5 22/6 31/5 32/12 32/16
ever [7] 37/22 44/25 45/11 46/1 55/22 61/12
67/3
every [2] 13/10 27/21
everybody [2] 38/20 41/8
everything [1] 63/17
evidence [64] 11/3 11/3 11/8 23/9 23/21
23/24 24/6 24/11 24/21 24/24 25/9 25/16
25/18 27/4 27/18 27/22 28/4 28/8 28/12
28/21 28/23 29/3 29/8 29/13 29/24 30/10
30/19 31/10 31/15 33/13 33/25 34/8 34/10
34/14 34/18 34/20 35/1 35/3 35/5 35/11
35/14 35/17 36/3 36/10 36/12 36/19 37/1
37/9 37/14 37/19 37/21 37/22 37/24 38/2
38/22 40/2 40/4 41/22 42/7 42/17 43/5 44/2
44/16 46/6
exactly [1] 28/16
examination [1] 6/5
except [19] 55/9 56/10 57/8 58/11 59/14
60/18 61/25 63/2 64/6 65/6 66/12 67/16
68/11 69/12 70/11 71/10 72/5 73/15 74/13
exception [1] 9/22
excuse [19] 5/21 53/24 54/25 56/2 56/24 58/3
59/6 60/10 61/16 62/19 63/22 64/22 66/4
67/8 68/4 69/4 70/3 73/7 74/5
excused [2] 75/16 75/16
exhausted [1] 20/12
exhibits [1] 9/21
expect [14] 24/6 24/13 25/9 25/9 25/15 25/18
27/4 28/3 28/8 28/21 29/3 29/24 30/10 46/5
expenses [1] 20/11
experience [2] 7/3 25/2
expert [16] 4/20 4/21 4/24 4/25 5/2 5/9 5/12
5/25 6/6 6/8 6/11 7/11 7/23 8/3 8/5 8/5
expertise [1] 8/19
experts [4] 5/20 5/22 6/1 8/5
explain [6] 8/7 8/18 19/24 20/8 26/8 33/11
explaining [2] 6/15 6/16
explanation [8] 16/4 19/25 20/5 25/14 25/23
26/17 41/21 42/21
explore [1] 5/14
explored [1] 26/5
express [1] 75/14
extended [1] 40/11
extent [2] 6/19 8/11

# F

fact [5] 15/17 40/24 42/8 43/1 44/6
facts [3] 44/10 44/15 44/17
faculty [1] 50/9
fail [1] 28/1
fair [1] 46/19
false [24] 10/21 11/20 11/21 15/3 15/7 16/5
17/3 17/5 18/3 18/14 18/20 19/16 19/17
20/13 20/16 20/20 20/23 21/8 21/12 23/2
23/18 23/19 25/15 37/23
families [1] 16/11
family [20] 24/7 24/8 29/25 30/5 37/24 38/3
38/4 38/13 38/17 38/17 38/21 40/9 40/11
40/13 40/14 45/24 45/22 48/10 57/19 73/24
far [6] 12/15 26/14 39/18 53/1 60/3 63/13
fast [2] 41/7 49/21
father [1] 48/24
favorite [1] 67/3
fax [5] 2/17 2/24 3/8 16/8 20/2
FBI [2] 4/10 10/8
FEBRUARY [2] 1/18 4/1
federal [3] 12/18 36/23 42/18
federally [1] 10/22
federally-insured [1] 10/22
feel [4] 16/25 45/17 65/13 72/11
feet [1] 14/12
felonies [4] 35/2 35/8 36/21 37/10
few [5] 9/21 15/11 18/21 20/22 72/20
fiancee [1] 16/11
fiction [11] 48/1 51/9 51/24 53/4 56/21 61/12
65/24 67/1 70/24 72/22 73/25
field [1] 59/21
figure [4] 35/16 42/19 42/20 43/1
figured [3] 12/14 27/2 42/20
files [3] 6/13 6/16 7/3
fill [4] 43/12 54/2 55/2 63/25
final [8] 17/24 18/4 18/7 18/9 18/19 18/22
18/23 21/17
finalized [2] 19/3 19/5
finally [1] 75/14
financial [10] 10/22 16/17 19/24 20/10 21/2
29/4 29/6
find [5] 27/20 41/1 41/4 44/15 44/18
fine [1] 7/17
finished [1] 49/1
finishing [1] 52/9
firm [1] 69/18
first [14] 13/21 14/18 15/10 15/21 16/11
18/10 29/9 30/8 30/12 38/14 38/17 38/17
47/3 49/10
five [7] 12/1 12/3 14/11 43/18 43/21 63/8
68/19
five-bedroom [2] 12/1 14/11
five-minute [2] 43/18 43/21
fix [1] 48/13
fixing [1] 48/11
Flagstar [26] 12/22 14/10 14/15 15/5 15/21
15/24 15/25 16/1 16/4 16/14 16/22 17/4
17/21 18/3 18/25 20/5 20/14 20/23 20/23
20/25 23/13 32/7 32/8 32/17 35/7 41/22
flip [1] 48/13
focus [3] 30/9 31/25 32/2
focused [1] 30/21
follow [2] 44/10 46/6
followed [2] 41/23 42/12
following [3] 6/12 42/18 63/14
foot [1] 12/2
foreclosed [1] 26/20
foreclosure [1] 26/6
foregoing [1] 76/4
Forever [1] 67/2
forgot [1] 53/20

## G

form [3] 6/21 8/2 75/14
formal [1] 44/8
format [1] 76/7
forms [1] 28/2
forward [7] 9/14 43/13 54/1 55/2 61/18
63/24 64/24
found [4] 14/8 17/16 36/2 40/25
four [1] 12/1
four-bathroom [1] 12/1
Fox [1] 66/25
frame [1] 46/16
fraud [3] 35/24 38/12 43/8
fraudulent [1] 31/21
free [1] 16/25
Friday [1] 9/11
friend [2] 65/10 65/10
friends [1] 72/9
frustrated [1] 26/11
full [2] 32/20 50/17
function [2] 9/2 9/2
funds [1] 6/8

# G

Gabby [3] 43/14 48/17 48/20
GACKLE [2] 1/23 76/13
game [1] 52/24
Gardena [1] 72/16
gathered [1] 25/6
gave [2] 19/1 19/25
GED [1] 55/19
general [3] 47/5 55/16 69/17
generally [1] 46/12
gentlemen [8] 13/3 21/20 21/24 22/13 24/2
29/20 36/6 38/3
Geographic [1] 64/17
geography [2] 50/9 50/12
German [1] 53/8
get [15] 12/21 13/1 14/14 19/15 19/21 19/23
26/19 29/23 31/9 35/20 40/18 48/25 52/14
61/9 62/13
getting [6] 20/11 33/15 37/4 37/5 40/13 41/7
girlfriend [1] 30/3
give [23] 5/23 40/18 46/23 54/11 56/14 57/12
58/15 59/18 60/22 62/4 63/6 64/10 65/18
66/16 66/22 67/20 68/15 69/16 70/15 71/14
72/15 73/19 74/17
given [3] 8/16 8/19 47/3
gives [2] 8/17 55/13
giving [1] 8/1
Glendale [1] 52/21
gmail.com [1] 2/18
go [2] 26/2 44/23
going [5] 6/11 6/14 6/14 6/16 8/11 8/23 9/1
9/14 13/6 14/4 14/6 16/5 16/10 16/14 26/25
27/13 27/22 28/4 28/14 28/11 29/17 30/15 31/23
31/24 31/24 32/2 32/3 33/2 33/4 33/20 37/19
37/21 38/2 38/22 39/11 40/2 40/5 40/18
40/22 41/17 41/18 41/22 41/25 42/2 42/7
42/14 42/15 42/17 43/4 49/19 68/22 70/22
golf [1] 52/13
gone [1] 13/12
good [16] 4/7 4/11 4/13 4/15 10/5 10/9 10/11
10/13 16/18 24/2 29/20 37/18 38/16 39/24
41/5 41/6
good-size [1] 38/16
got [13] 9/1 12/23 13/11 15/24 16/8 34/11
34/21 35/5 35/22 35/24 36/11 36/17 40/11
gotten [1] 36/24
governed [1] 46/4
government [42] 4/21 5/1 5/4 5/5 5/9 5/16
5/24 5/25 6/2 6/4 7/6 7/15 7/24 8/22 8/23
10/25 11/11 28/9 29/9 30/23 33/21 45/1
45/18 53/18 53/23 55/25 56/1 59/3 59/5 60/7

# G

**government...** [12]  62/17 62/18 63/1 66/2 66/3 69/1 69/3 72/12 72/25 73/4 73/5 73/6
**government's** [2]  30/21 33/23
**graduate** [2]  58/19 62/8
**graduations** [1]  47/9
**grand** [1]  22/24
**grandchildren** [1]  66/25
**grandmother** [1]  48/23
**Grey** [1]  61/12
**Grey's** [1]  51/23
**Grubbs** [2]  15/19 15/22
**guide** [3]  25/1 29/16 70/17
**guided** [1]  26/21
**guilt** [2]  44/4 46/15
**guilty** [6]  23/25 29/17 37/15 43/10 43/11 44/7
**gym** [1]  68/22

# H

**Habits** [1]  47/14
**had** [57]  4/25 5/13 6/6 6/6 7/9 7/22 8/12 12/5 12/8 12/9 12/10 12/11 13/12 13/14 14/8 14/19 15/7 15/9 15/20 15/25 17/7 17/9 17/10 17/12 17/15 19/1 19/24 20/22 20/23 20/25 20/25 21/4 22/2 25/1 25/20 25/20 26/1 30/3 31/6 31/6 31/19 31/19 35/12 37/4 38/17 39/11 39/15 39/15 39/16 39/22 40/12 41/21 42/13 43/2 45/5 55/20 62/10
**half** [4]  14/12 34/18 52/23 53/20
**handled** [2]  36/13 41/19
**handling** [1]  35/25
**Handyman** [1]  48/11
**happen** [3]  16/5 17/3 43/19
**happened** [6]  17/14 36/24 39/11 39/15 41/1 61/4
**hardly** [2]  22/16 22/22
**hardship** [17]  16/17 19/16 19/20 20/1 20/2 20/5 20/8 20/15 20/20 20/24 21/9 21/9 21/23 26/22 27/3 42/2 42/22
**has** [21]  5/4 5/5 5/13 5/24 7/24 8/18 9/23 29/10 29/11 30/23 37/10 38/12 40/3 41/2 43/19 45/4 45/8 45/11 45/23 46/11 51/3
**have** [105]
**having** [4]  24/22 24/23 39/1 67/3
**he** [41]  13/23 17/10 17/11 17/11 24/21 24/22 25/20 25/20 25/21 25/22 25/24 26/2 26/4 26/4 26/5 26/7 26/12 26/13 26/16 26/17 26/18 26/19 26/23 26/24 26/24 27/1 27/1 27/2 31/16 31/17 31/19 31/19 31/19 35/13 37/25 39/4 40/12 42/2 42/3 42/4 57/18
**he's** [3]  16/14 62/7 71/17
**hear** [27]  13/6 27/13 36/9 37/19 37/21 42/14 43/5 54/5 55/6 56/7 57/5 58/8 59/11 60/15 61/22 62/24 64/3 65/3 66/9 67/13 68/8 69/9 70/8 71/7 72/2 73/12 74/10
**heard** [7]  23/24 25/2 28/3 28/9 38/9 43/23 44/25
**hearing** [1]  10/24
**heart** [1]  49/21
**held** [3]  5/9 57/10 22/6 76/6
**Hello** [2]  46/25 52/4
**help** [1]  30/5
**helped** [1]  31/9
**helping** [1]  38/4
**her** [23]  13/21 17/1 17/17 25/10 26/5 27/5 30/11 31/11 34/9 34/19 34/21 34/24 35/9 35/15 35/15 35/22 35/22 36/8 36/15 36/21 36/23 36/24 42/17
**here** [16]  4/18 9/7 24/8 31/22 36/6 37/20 38/3 38/7 38/9 42/16 45/19 65/15 66/23 72/13 74/23 75/9

---

**hereby** [1]  76/3
**Hi** [4]  48/20 49/10 50/7 51/2
**hid** [2]  21/13 42/12
**hide** [3]  42/13 42/23 42/24
**hiding** [3]  21/7 28/24 28/25
**highest** [1]  51/1
**Hills** [2]  48/20 54/12
**him** [7]  26/6 26/8 26/11 26/21 26/25 40/18 42/3
**his** [27]  13/23 15/10 16/10 17/11 18/10 25/7 25/17 25/24 26/3 26/17 26/18 26/23 27/1 27/2 27/7 27/15 28/1 28/13 28/16 29/24 30/2 31/5 31/20 35/13 45/16 51/3 62/7
**hobbies** [24]  48/11 49/1 49/1 51/7 51/22 52/12 52/13 53/13 54/18 55/21 56/20 57/22 58/23 60/2 61/8 63/15 64/15 65/22 66/24 68/21 70/21 71/20 73/23 74/24
**holders** [4]  12/25 19/7 19/16 19/20
**Hollywood** [1]  74/18
**home** [45]  7/7 7/8 7/16 7/17 16/16 24/9 30/7 30/8 32/7 32/18 32/20 34/11 34/17 35/6 35/20 35/21 36/3 36/14 36/18 36/20 36/21 36/22 38/15 38/16 38/17 41/5 48/8 48/9 49/18 50/13 51/5 53/12 54/15 55/19 56/18 57/20 58/20 59/23 61/2 66/21 67/23 70/19 72/19 74/20
**home's** [1]  32/15
**homes** [1]  27/19
**Honor** [38]  4/7 4/11 4/13 4/15 4/19 6/10 9/17 10/5 10/9 10/11 10/13 11/12 37/17 53/23 54/23 54/24 57/7 58/2 59/4 59/17 60/9 61/15 63/21 64/5 64/9 64/21 65/5 67/7 67/15 67/19 68/3 69/2 69/3 70/2 73/1 73/3 73/6 74/4
**HONORABLE** [1]  1/5
**horror** [1]  53/4
**hospital** [1]  51/18
**hour** [1]  34/22
**house** [57]  12/2 12/3 12/4 12/9 12/10 12/14 12/16 12/21 12/24 12/24 13/10 13/23 13/24 14/2 14/4 14/5 14/9 14/10 14/11 14/12 14/14 15/8 16/2 16/3 16/13 16/15 19/2 19/7 20/24 21/2 23/13 24/15 24/16 24/17 24/21 25/17 29/5 29/5 38/10 38/11 38/14 38/14 39/10 39/12 40/20 40/22 40/24 41/5 41/6 41/9 41/10 41/15 42/4 42/19 47/10 48/11 48/13
**houses** [2]  16/5 17/8
**how** [18]  6/18 6/20 6/20 6/20 6/22 6/22 6/25 6/25 7/23 8/24 8/24 11/15 26/2 26/19 29/14 29/15 52/14 61/9
**Human** [1]  62/6
**Humane** [1]  51/3
**Humberto** [2]  2/15 2/15
**Hundreds** [1]  11/14
**Huntington** [1]  66/17
**hurt** [3]  30/24 33/15 37/5
**husband** [5]  34/19 51/3 57/17 71/17 72/18
**hypothetical** [1]  5/17
**hypotheticals** [2]  6/19 8/12

---

# I

**I'll** [5]  27/16 27/17 29/7 37/12 37/13
**I'm** [63]  5/5 5/7 5/8 8/23 8/25 24/18 27/20 28/11 33/4 40/22 42/15 47/6 47/6 47/21 47/22 48/7 49/8 49/18 49/18 49/20 50/8 51/1 51/2 51/16 51/16 52/5 52/5 52/9 52/21 53/2 53/14 53/19 54/12 54/13 56/16 57/16 58/16 58/18 59/19 60/8 60/23 63/7 63/8 63/13 65/19 65/19 66/18 66/18 66/18 67/21 68/18 68/19 69/18 69/18 69/19 70/16 70/17 72/16 72/17 73/2 73/3 74/19 74/20
**I've** [45]  47/7 47/11 47/22 47/23 48/1 48/9 48/14 48/15 50/1 50/9 50/14 51/5 51/9 51/19 52/6 52/15 52/22 52/24 53/4 53/21 54/20

---

54/20 56/16 57/14 57/16 57/20 57/23 58/20 59/1 60/25 61/13 63/19 64/18 65/21 65/24 68/23 68/25 70/25 71/22 72/19 73/22 73/25 74/19 74/22 75/1
**I.T** [2]  63/8 63/9
**I/AM** [1]  1/20
**idea** [2]  40/16 40/16
**if** [27]  6/24 6/24 7/15 8/12 8/12 11/3 11/9 12/14 16/2 27/9 27/10 30/24 31/9 35/13 36/7 37/5 40/2 40/22 40/22 42/18 44/5 44/23 46/3 46/14 46/22 55/15 75/8
**illegal** [3]  38/7 42/8 43/1
**illegally** [1]  35/4
**immigrant** [3]  29/25 30/5 30/6
**immigrants** [1]  39/3
**immunity** [3]  13/20 29/10 36/25
**impartial** [1]  46/19
**impartially** [1]  46/6
**important** [1]  25/19
**impressed** [1]  26/13
**improper** [1]  42/11
**improperly** [1]  35/3
**improvements** [1]  25/21
**in** [276]
**include** [3]  61/8 64/15 70/22
**including** [1]  21/11
**income** [5]  20/11 20/12 21/1 21/20 28/19
**incompetent** [1]  31/13
**incorrect** [1]  41/13
**increase** [1]  40/6
**indicated** [2]  34/3 38/5
**indictment** [5]  5/11 23/25 44/1 44/1 44/6
**individual** [1]  44/14
**individually** [1]  43/25
**individuals** [2]  5/6 29/15
**industry** [1]  60/24
**inference** [1]  44/4
**influence** [1]  6/25
**influenced** [1]  6/23
**inform** [1]  9/20
**information** [28]  8/13 25/7 25/8 28/2 32/22 36/16 41/12 46/24 54/11 55/13 56/14 57/12 58/15 59/18 60/22 62/4 63/6 64/10 65/18 66/16 67/20 68/15 69/16 70/15 71/14 72/15 73/19 74/17
**initial** [4]  14/16 15/24 27/24 47/3
**initially** [1]  30/7
**initials** [2]  30/18 47/2
**Inland** [1]  38/15
**innocence** [1]  46/16
**insofar** [1]  6/20
**instead** [2]  21/13 21/13
**institution** [1]  10/22
**instruct** [5]  5/16 6/4 8/22 44/10 44/15
**instructed** [1]  44/17
**instrument** [1]  59/21
**insured** [1]  10/22
**intend** [1]  6/1
**intended** [2]  25/16 37/22
**intends** [2]  6/2 7/25
**intent** [4]  28/1 31/21 33/19 41/18
**intention** [3]  17/8 17/9 25/24
**interacting** [2]  36/14 36/14
**interest** [2]  29/11 39/21
**interests** [1]  49/2
**international** [1]  59/20
**into** [2]  34/18 49/3
**introduced** [1]  45/7
**introducing** [3]  4/21 7/6 7/18
**investigate** [2]  5/14 6/7
**involved** [2]  18/21 34/11
**involvement** [2]  34/9 36/23
**is** [166]

## I

isn't [1] 9/11
issue [4] 4/20 6/14 33/20 38/9
issues [1] 44/6
it [105]
it's [22] 5/11 6/6 7/11 7/12 7/17 8/3 8/4 8/19
8/19 16/7 30/5 32/23 33/23 33/23 38/16
40/18 41/5 41/5 41/6 49/10 63/15 66/19
Item [2] 4/4 10/2
its [5] 4/21 5/6 6/3 7/18 13/10
itself [1] 36/24

## J

J.D [3] 51/19 53/11 56/17
January [1] 5/3
Jason [3] 4/9 10/7 45/3
Jesus [3] 43/15 52/1 52/4
JHDiazLaw [1] 2/18
Joann [3] 61/18 61/20 62/5
job [8] 8/6 8/6 8/8 8/14 8/15 8/20 60/25 62/7
jobs [2] 12/11 70/24
Joel [3] 43/14 50/4 50/7
JOHNNY [18] 2/13 4/14 4/16 10/12 10/18
11/16 11/24 18/13 20/9 24/12 31/2 31/17
32/12 32/16 37/16 37/25 39/4 40/17
joint [2] 22/20 39/1
jointly [1] 22/6
Joseph [3] 74/7 74/8 74/18
Journal [3] 47/24 56/20 61/11
journals [4] 50/19 50/19 60/2 60/5
Joyce [3] 60/12 60/13 60/23
Juan [3] 55/2 55/4 55/16
judge [5] 1/5 9/2 9/13 44/9 53/19
judgment [3] 45/17 65/14 72/12
Judicial [1] 76/7
July [13] 16/4 16/8 16/9 18/1 19/3 22/2 22/14
27/14 27/25 32/9 32/10 32/14 32/17
July 11 [1] 16/9
July 12 [1] 16/8
July 18 [1] 18/1
July 18th [2] 27/14 27/25
July 2011 [1] 16/4
July 22nd [1] 19/3
June [9] 14/8 14/8 14/17 15/24 32/8 71/4
71/24 72/16 76/10
June 2006 [1] 14/8
June 2011 [2] 14/17 15/24
juries [1] 72/20
juror [27] 11/4 11/10 44/5 44/14 46/3 46/18
46/19 53/19 53/24 54/25 56/2 56/25 58/3
59/6 60/10 61/3 61/16 62/19 62/20 63/22
64/22 66/4 67/8 68/4 69/4 70/3 74/5
juror's [2] 45/10 45/22
jurors [43] 10/16 44/22 46/16 54/6 54/8 55/7
55/10 56/8 56/11 57/6 57/9 58/9 58/12 59/12
59/15 60/16 60/19 61/23 62/1 62/25 63/3
64/4 64/7 65/4 65/7 66/10 66/13 67/14 67/17
68/9 68/13 69/10 69/13 70/9 70/12 71/8
71/11 72/3 72/6 73/13 73/16 74/11 74/14
jury [75] 7/18 9/6 9/16 10/1 10/15 36/7 43/12
43/16 43/19 44/13 44/19 44/24 45/4 45/8
45/10 45/22 46/1 46/9 46/11 46/15 47/11
47/24 48/10 48/25 49/10 49/24 50/14 51/5
51/20 52/11 52/24 53/12 54/9 54/16 55/11
55/20 56/12 56/18 57/10 57/20 58/13 58/20
59/16 59/24 60/20 62/2 62/10 63/4 63/11
64/8 64/14 65/8 65/21 66/14 67/18 67/23
68/13 68/20 69/14 69/21 70/13 70/19 71/12
72/7 73/17 73/22 74/15 74/22 75/3 75/6 75/7
75/8 75/10 75/16 75/16
just [26] 8/2 9/19 11/6 15/11 19/21 19/22
20/4 20/22 21/2 21/4 21/9 21/17 21/22 29/23

## K

keep [8] 17/7 17/17 25/22 37/1 37/7 40/3
40/22 40/23
kept [1] 23/14
KHOUNTHAVONG [53] 1/11 2/13 2/20 3/4
4/5 4/12 4/14 4/16 4/24 5/13 10/3 10/10
10/12 10/14 10/17 10/18 10/18 11/16 11/16
11/16 11/23 11/24 13/17 13/22 15/1
15/9 15/16 15/17 16/9 16/11 16/19 17/9
18/19 18/20 20/6 24/1 24/4 24/14 24/17
24/21 25/16 25/20 26/1 26/10 29/19 29/21
31/2 31/4 36/15 37/16 37/25 39/4
Khounthavong's [5] 15/13 18/9 18/13 18/13
30/12
Khounthavongs [1] 16/2
kids [7] 48/8 48/9 48/12 49/24 52/10 56/18
63/10
kind [7] 9/23 11/9 32/21 44/3 45/12 48/13
60/4
kinds [4] 6/15 32/21 52/14 61/10
Kleeger [1] 75/19
knew [13] 3/11 15/6 16/23 17/4 17/5 20/19
23/2 23/10 31/15 31/16 31/17 31/18 31/19
knit [1] 30/5
know [18] 8/2 8/18 9/5 9/7 11/9 16/1 25/3
32/5 35/21 39/17 39/24 40/8 40/14 41/6
41/25 42/4 42/5 47/4
knowing [2] 15/3 20/15
knowingly [1] 37/23
knowledge [3] 5/8 7/3 45/4
knows [1] 46/18
Krav [1] 63/15

## L

L.A [10] 25/2 47/7 51/6 52/4 52/7 65/22
72/17 72/21 74/23 74/23
La [3] 49/17 51/16 65/19
label [1] 56/17
lack [1] 33/17
lacked [1] 10/24
ladies [7] 13/3 21/20 21/24 22/13 24/2 29/20
36/6
LADWP [1] 72/18
lady [1] 41/2
language [1] 53/3
Laos [1] 39/3
large [1] 30/18
last [4] 5/3 42/16 52/5 59/24
later [3] 7/17 15/11 36/22
law [13] 2/15 2/22 3/6 39/6 39/9 44/10 44/11
44/14 44/17 45/18 45/19 46/22 52/14 73/25
LAWRENCE [5] 2/6 4/8 10/6 13/4 45/2
lawsuit [7] 15/18 15/18 15/22 28/3 28/4 28/8
33/9
lawsuits [3] 15/15 18/21 56/21
lawyer [2] 30/12 42/17
layman [1] 7/7
lead [1] 28/5
learn [4] 13/25 17/14 19/9 19/19
least [1] 9/12
lecturer [1] 50/8
left [3] 22/15 25/17 31/8
legally [1] 35/23
lend [1] 41/14
lenders [9] 19/14 20/18 21/7 21/7 21/10
21/14 22/1 23/1 23/14
less [12] 12/5 12/15 12/17 13/1 13/13 13/25
14/22 15/9 17/20 19/11
Leticia [3] 57/2 57/3 57/13

letter [21] 16/14 16/16 16/23 17/5 17/15
19/17 19/20 20/1 20/2 20/5 20/8 20/15 20/20
21/7 21/23 26/2 27/3 38/5 41/20 42/21
42/22
letters [8] 16/4 20/4 25/14 25/15 25/23 26/17
38/23 42/2
level [7] 50/12 51/18 53/11 55/18 64/13
62/19 70/18
liability [1] 16/18
liar [2] 33/23 34/3
licensed [1] 47/22
lie [11] 12/19 12/19 12/19 13/7 15/13 18/10
18/14 20/1 21/6 29/11 34/19
lied [14] 12/15 12/22 12/24 12/25 14/15
14/19 15/16 34/5 34/10 34/14 36/22 37/10
37/21 43/8
lies [15] 11/17 11/19 13/7 14/6 14/17 15/25
18/8 19/6 19/15 23/11 23/12 23/13 23/16
23/17 24/5
lifestyle [2] 12/17 23/15
like [45] 12/16 15/2 22/14 30/6 36/4 36/12
39/1 39/5 41/10 47/25 48/11 48/13 49/20
49/20 49/25 51/6 51/7 51/7 51/8 51/9 52/12
53/23 54/19 55/23 56/24 57/22 58/2 60/3
60/4 61/8 61/10 61/15 63/12 63/21 64/17
65/23 65/24 67/7 67/24 68/3 68/22 69/22
70/2 70/24 72/21
line [1] 35/12
list [11] 5/6 6/11 14/19 15/12 17/16 17/19
18/16 32/11 32/18 34/13 36/3
listed [1] 17/21 31/4 32/15 35/15
listen [2] 44/21 66/25
listening [1] 11/9
listing [8] 17/19 17/23 31/2 34/12 35/18
36/11 36/12 36/16
lists [1] 32/14
little [7] 13/14 14/25 29/23 40/19 54/14
57/22 64/16
livable [1] 39/13
live [38] 12/14 12/15 24/9 24/15 38/19 47/5
47/5 47/21 48/6 48/20 49/8 49/17 50/7 51/1
51/16 52/4 52/21 53/10 54/12 55/16 56/15
57/13 58/16 59/19 60/23 62/5 63/7 64/11
65/19 66/17 67/21 68/17 69/17 70/16 71/15
72/16 73/20 74/18
lived [1] 12/3
lives [2] 38/4 65/11
living [23] 38/3 38/4 38/20 39/1 39/16 42/11
47/9 48/9 51/5 53/11 54/15 55/19 56/18
57/20 58/20 59/23 61/2 62/9 66/21 67/23
70/18 72/19 74/20
loan [40] 6/13 6/15 6/21 7/3 12/22 14/15
15/14 15/21 15/25 17/21 18/2 18/7 18/22
19/1 24/22 24/23 25/5 25/8 26/4 26/12 27/9
28/14 30/13 30/17 31/13 34/15 34/16 34/20
35/2 35/4 35/8 35/13 37/4 37/5 39/19 39/20
39/24 41/9 42/2 43/2
loans [1] 19/10
located [1] 26/1
location [2] 34/22 34/23
long [2] 30/3 51/11
long-time [1] 30/3
longer [1] 7/9 19/12 26/24 28/15 28/17
look [3] 15/1 15/2 40/20
looked [4] 22/14 40/25 41/3 41/3
LOS [16] 1/17 1/24 2/8 2/16 2/23 4/1 11/25
28/5 30/2 45/15 50/7 53/10 57/15 57/15
58/16 73/20
Los Angeles [10] 11/25 28/5 30/2 45/15 50/7
53/10 57/15 57/15 58/16 73/20
lose [1] 25/21
lot [14] 12/16 27/20 30/6 32/2 41/17 41/18
60/1 62/13 62/13 62/14 63/14 64/15 64/17

**L**

lot... [1] 74/21
love [3] 67/2 69/23 69/23
LW40 [1] 47/8

**M**

ma'am [20] 48/2 49/4 53/6 53/17 55/1 56/3
56/22 57/25 59/2 59/7 62/16 63/23 67/4
68/25 70/4 71/3 72/24 73/8 74/2 74/6
made [10] 11/21 19/4 19/17 20/18 25/20 30/1
30/7 37/23 38/25 44/7
Maga [1] 63/15
magazine [5] 47/13 51/6 51/22 53/13 63/13
magazines [27] 48/10 49/1 49/11 49/25
51/21 52/11 53/1 54/17 54/18 54/18 55/21
56/19 57/21 58/22 58/22 60/1 61/7 62/12
64/15 65/22 66/24 68/21 69/22 70/21 71/20
73/23 75/1
Maggie [4] 4/7 10/5 13/3 45/2
mainly [1] 53/15
maintain [1] 16/18
maintenance [1] 47/6
major [1] 69/19
make [14] 9/5 11/11 11/20 12/11 15/1 15/2
17/1 30/6 36/7 39/13 39/14 41/11 43/20
44/23
makeup [1] 63/9
making [4] 19/3 21/7 23/2 42/10
man [1] 15/19
management [1] 63/10
manager [1] 73/21
manner [1] 38/7
MANUEL [1] 1/5
manufacturing [1] 59/21
many [2] 54/19 58/24
MARGARET [1] 2/6
Marina [1] 47/21
Marital [3] 52/4 56/15 74/18
market [7] 14/18 14/25 17/21 18/8 18/11
18/15 40/21
marketing [2] 51/3 62/7
marriage [2] 49/9 57/18
married [21] 24/14 30/2 40/13 40/18 47/6
48/7 50/8 51/2 51/16 52/5 54/12 55/17 56/16
57/14 62/6 63/8 67/21 69/18 70/17 71/16
72/17
martial [1] 49/11
Martin [3] 67/10 67/11 67/21
master's [1] 61/1
materialized [1] 61/4
mathematics [2] 62/8 69/20
matter [8] 9/10 9/13 10/16 11/5 29/12 45/9
46/19 76/6
matters [3] 9/7 9/14 11/6
may [7] 5/9 11/7 11/7 39/8 39/8 40/23 44/11
maybe [2] 32/22 39/17
McColl [1] 51/10
me [9] 5/21 27/16 40/23 42/1 49/2 49/3 55/19
62/9 70/24
mean [1] 41/17
meaning [1] 31/6
means [3] 13/20 13/25 29/8
Mechanics [1] 52/12
meet [1] 30/7
member [11] 44/19 45/14 45/8 45/10 45/10
45/22 45/22 46/1 46/9 46/11 46/15
members [7] 10/15 24/8 35/15 43/16 44/21
75/7 75/10
men [2] 40/8 40/8
mention [4] 6/5 7/5 30/11 53/20
mentioned [5] 30/23 32/25 39/21 41/2 41/16
merits [1] 75/13

mess [1] 30/20
met [1] 43/16
method [1] 44/2
Michael [1] 15/19
mid [1] 39/2
middle [1] 22/19
MIDDLETON [6] 2/6 4/8 10/6 13/4 23/22
45/2
might [3] 45/17 65/13 72/11
million [2] 13/9 14/13
mind [4] 26/24 37/2 37/7 46/16
Minds [1] 54/19
mine [1] 65/10
Minnesota [1] 61/5
minute [2] 43/18 43/21
miraculously [1] 34/24
misleading [1] 21/13
misrepresented [1] 34/8
missing [1] 27/10
Mission [1] 48/20
mistaken [1] 39/8
mistakes [4] 31/14 31/22 33/18 41/17
Model [1] 61/10
modification [3] 24/22 24/23 26/4
modify [3] 26/12 26/12 28/13
moment [5] 46/17 54/23 59/4 69/2 73/1
money [16] 12/9 14/2 18/25 21/4 21/7 21/13
22/9 22/10 22/17 22/23 28/24 39/12 39/13
39/20 41/14 51/22
Monica [1] 3/7
months [3] 22/16 30/3 34/24
more [9] 13/2 13/14 14/2 14/21 16/7 19/15
27/14 31/7 40/19
morning [16] 4/7 4/11 4/13 4/15 9/12 10/5
10/9 10/11 10/13 10/16 24/2 29/20 30/9
35/16 37/18 75/9
mortgage [27] 11/15 12/11 12/21 12/25
13/18 14/4 17/11 19/6 19/10 19/16 19/20
20/25 22/7 24/10 26/3 26/12 27/1
28/14 30/25 31/8 32/6 32/19 32/20 35/12
40/3 40/7
mortgages [19] 7/10 12/6 12/8 12/13 13/2
13/16 14/1 14/6 14/21 15/1 17/7 17/8 19/13
19/13 19/23 19/24 21/23 23/15 24/19
most [3] 9/21 12/17 33/14
mostly [6] 39/21 52/12 52/15 74/23 74/25
74/25
mother [1] 48/23
Motor [1] 63/12
move [3] 24/13 25/17 27/1
moved [5] 20/9 21/18 21/21 22/10 23/5
moving [1] 26/4
Mr [5] 48/5 55/6 65/3 67/9 74/10
Mr. [39] 4/24 5/13 10/10 23/22 24/3 24/14
24/17 24/20 25/16 25/19 26/1 26/10 41/16
41/16 45/2 45/3 45/13 46/22 49/16 50/6 52/3
53/25 54/1 55/2 57/1 59/8 59/11 60/10 60/11
61/17 62/24 63/24 64/3 64/24 66/5 67/10
67/13 70/5 74/7
Mr. Alejandro [1] 63/24
Mr. Billy [11] 4/24 5/13 10/10 24/3 24/14
24/17 24/20 25/16 25/19 26/1 26/10
Mr. Braun [1] 41/16
Mr. C [1] 67/13
Mr. Cantalupo [1] 41/16
Mr. Charles [1] 54/1
Mr. D [1] 52/3
Mr. Jason [1] 45/3
Mr. Joseph [1] 74/7
Mr. Juan [1] 55/2
Mr. L [4] 59/11 60/10 60/11 62/24
Mr. Lawrence [1] 45/2
Mr. M [3] 45/13 50/6 53/25

Mr. Martin [1] 67/10
Mr. Middleton [1] 23/22
Mr. P [2] 64/3 66/5
Mr. Raymond [1] 59/8
Mr. S [1] 49/16
Mr. Scott [1] 70/5
Mr. T [1] 61/17
Mr. Ted [1] 64/24
Mr. V [2] 46/22 57/1
Mrs. [1] 52/20
Mrs. Z [1] 52/20
Ms [5] 47/20 48/19 56/7 58/8 60/15
Ms. [43] 6/9 25/10 36/6 36/10 36/13 36/16
38/16 39/8 39/21 41/7 45/2 49/7 50/25 51/15
53/9 54/25 55/1 56/3 57/2 57/5 58/4 59/7
60/12 61/18 61/22 63/23 64/22 64/23 66/9
68/5 68/6 68/8 69/5 69/9 70/4 71/4 71/7 72/2
73/8 73/9 73/12 74/5 74/6
Ms. A [4] 66/9 69/5 72/2 73/8
Ms. Arlene [1] 71/4
Ms. B [2] 51/15 56/3
Ms. C [2] 68/6 68/8
Ms. Carter [4] 6/9 38/16 39/8 39/21
Ms. G [1] 50/25
Ms. H [2] 53/9 59/7
Ms. Joann [1] 61/18
Ms. Joyce [1] 60/12
Ms. L [5] 57/5 61/22 63/23 68/5 71/7
Ms. Leticia [1] 57/2
Ms. M [4] 58/4 73/12 74/5 74/6
Ms. Maggie [1] 45/2
Ms. R [3] 49/7 54/25 55/1
Ms. Shannon [1] 73/9
Ms. Tran [6] 25/10 36/6 36/10 36/13 36/16
41/7
Ms. Y [4] 64/22 64/23 69/9 70/4
much [9] 11/15 14/22 38/8 39/22 47/25 50/1
62/13 62/14 70/23
Murder [2] 52/14 61/10
music [2] 64/16 66/25
must [21] 44/10 44/13 55/9 56/10 57/8 58/11
59/14 60/18 61/25 63/2 64/6 65/6 66/12
67/16 68/11 69/12 70/11 71/10 72/5 73/15
74/13
my [81]
myself [1] 38/8
mystery [3] 58/25 68/22 71/21

**N**

name [34] 13/3 17/17 24/3 29/21 35/13 46/25
47/3 47/21 48/6 48/20 49/8 49/17 51/1 52/4
52/21 55/16 56/15 57/13 58/16 59/19 60/23
62/5 63/7 64/11 65/19 66/17 67/21 68/17
69/17 70/16 71/15 72/16 73/20 74/18
named [2] 15/19 28/5
names [1] 20/7
Nast [1] 51/21
Natalie [40] 13/18 13/18 13/22 14/3 14/15
14/23 15/10 16/12 16/20 16/20 16/24 16/24
16/24 17/10 17/12 17/15 17/18 18/5 20/14
20/21 21/22 24/25 25/3 26/2 26/7 26/19 27/5
27/8 27/11 29/10 31/11 33/18 33/23 36/20
37/9 41/2 41/19 42/5 42/14 43/7
Natasha [3] 43/13 47/18 47/21
National [1] 64/17
nearly [2] 13/15 21/25
need [1] 40/14
needed [6] 19/14 25/22 26/4 26/12 27/23
40/17
neglected [1] 30/11
negotiating [1] 17/18
neither [4] 38/11 50/16 50/16 59/23
nervous [1] 49/20

**N**

network [1] 83/7
never [54]  19/4 42/12 42/13 42/23 42/24
42/25 43/8 43/8 47/16 47/24 48/1 48/9 48/14
48/15 48/25 49/12 49/24 50/1 51/5 51/9
52/11 52/15 52/24 53/4 54/20 54/20 55/19
56/18 57/23 59/1 59/1 61/4 61/13 62/15
63/10 63/17 63/18 64/14 64/18 65/21 65/25
66/22 67/3 67/25 68/20 68/23 68/23 69/24
70/25 71/22 72/23 73/22 74/1 75/1
new [28]  12/21 12/21 12/24 13/23 14/4 14/4
14/4 14/10 16/2 16/10 16/12 16/16 19/6
21/15 21/19 21/22 22/4 22/7 22/19 23/4
23/13 24/16 25/25 27/2 29/5 38/14 41/5
50/18
news [6]  51/7 51/8 63/13 63/14 65/23 67/1
newspaper [3]  47/13 56/19 67/24
newspapers [12]  55/21 57/21 58/23 62/11
65/22 66/24 68/21 69/22 70/21 71/20 73/23
74/23
next [4]  20/3 25/25 27/3 61/10
nice [7]  12/14 12/16 14/11 38/16 38/16 39/13
41/4
no [95]
No. [18]  53/24 56/2 56/25 58/3 59/6 60/10
61/16 62/19 63/22 63/25 64/22 66/4 67/8
68/4 69/4 70/3 73/7 74/5
No. 1 [1]  56/25
No. 10 [2]  61/16 68/4
No. 12 [4]  59/6 60/10 64/22 66/4
No. 2 [5]  63/22 63/25 67/8 73/7 74/5
No. 3 [2]  53/24 62/19
No. 4 [2]  69/4 70/3
No. 9 [2]  56/2 58/3
none [7]  22/20 25/1 37/20 55/21 55/21 55/22
55/22
nonfiction [9]  48/14 50/20 51/9 52/15 53/15
57/23 61/11 65/24 72/23
nonguilty [1]  62/11
nontenured [1]  50/9
Nope [1]  63/5
North [2]  1/24 2/8
not [101]
notarized [1]  27/24
notary [1]  18/4
nothing [7]  23/8 24/6 28/18 37/4 39/15 41/13
42/8
nothing's [1]  36/24
notice [5]  5/1 5/2 5/4 5/25 7/24
novels [2]  69/24 70/25
now [36]  14/10 15/24 16/13 25/13 26/3 27/16
31/14 32/25 38/1 49/20 49/21 52/23 54/9
54/14 55/11 56/12 57/10 58/13 59/16 60/20
62/2 63/4 63/15 64/8 65/8 66/14 66/18 66/19
67/18 68/13 69/14 70/13 71/12 72/7 73/17
74/15
number [7]  14/23 15/3 15/6 30/18 30/22
39/11 41/2
numbers [3]  31/3 31/4 31/19
numerous [5]  33/14 34/9 35/1 37/3 37/10
nursing [1]  55/18
Nuys [1]  55/17

**O**

Oaks [1]  64/11
obligated [1]  19/23
obligation [2]  26/12 26/13
obligations [2]  41/11 41/12
obtain [1]  24/22
obtained [2]  24/9 35/23
obtaining [1]  36/15
occasions [1]  34/9

occupation [8]  47/6 49/9 50/8 52/5 52/22
55/17 60/24 73/21
off [3]  17/17 31/8 54/18
off-road [1]  54/18
offenses [2]  46/12 46/14
office [7]  14/23 16/20 16/21 17/18 31/11
33/18 45/24
officer [2]  45/11 57/17
officers [1]  38/1
Offices [2]  2/15 2/22 3/6
oh [1]  73/2
oil [1]  51/10
Okay [3]  66/17 69/17 75/4
old [12]  12/24 14/5 21/19 21/24 22/5 22/15
22/20 23/14 48/22 48/24 71/18 74/23
oldest [1]  38/1
Olympic [1]  2/16
on [123]
once [6]  12/23 15/24 19/4 50/14 58/21 70/19
one [36]  7/14 9/22 14/5 14/17 16/7 16/14
17/22 20/14 21/17 21/21 23/14 25/4 25/4
25/6 31/20 32/10 33/1 35/14 37/21 38/12
39/11 47/10 47/11 50/16 50/19 54/23 55/19
59/4 66/21 69/2 69/18 69/20 70/18 71/18
72/19 73/1
ones [1]  53/24
online [1]  63/17
only [20]  6/20 11/8 15/12 17/20 21/25 22/3
23/3 23/23 33/24 33/25 34/4 34/18 34/20
34/20 37/7 37/13 37/14 40/5 40/18 44/1
Open [1]  10/1
opened [2]  21/15 23/4
opening [7]  4/21 6/3 6/5 7/19 9/5 9/20
10/24 11/1 11/11 30/11
operation [2]  31/11 31/13
opinion [3]  44/11 46/4 75/14
opinions [1]  5/23
opportunity [5]  5/13 6/7 7/22 23/22 27/17
opposite [1]  6/25
Oprah [2]  61/7 66/24
options [1]  26/5
or [78]
Orange [1]  34/22
order [4]  24/20 25/22 58/24 73/25
originally [1]  39/23
other [34]  18/15 17/19 24/8 30/6 30/22 31/20
33/13 38/5 45/24 50/16 54/6 55/7 55/19 56/8
57/6 58/9 59/12 60/16 61/23 62/25 63/16
64/4 65/4 65/11 66/10 67/14 68/9 69/10 70/9
70/23 71/8 72/3 73/13 74/11
others [1]  58/19
otherwise [1]  75/11
ought [1]  44/11
our [6]  6/11 7/23 13/4 48/8 48/11 48/12
out [9]  12/14 20/10 23/14 24/13 27/2 30/6
35/8 35/11 36/11
outdoor [2]  49/1 54/18
over [10]  14/12 18/24 22/21 22/22 24/4 34/6
34/6 34/6 51/10 53/16
owe [1]  39/22
owed [7]  13/2 13/15 14/1 14/2 15/1 18/17
19/12
own [10]  7/4 7/23 20/10 20/11 24/13 32/15
32/16 35/15 42/4 51/3
owned [6]  13/24 14/20 16/3 18/15 18/17 19/7
ownership [2]  32/13 32/18
Oz [1]  61/7

**P**

P.M [1]  75/19
page [1]  76/6
pages [4]  1/21 27/14 30/17 30/18
paid [1]  24/10

painting [1]  50/10
paleo [1]  53/2
paleo-reconstruction [1]  53/2
Palos [1]  62/5
panel [6]  9/6 10/15 44/21 58/20 75/6 75/7
paper [2]  46/23 46/24
paperwork [2]  34/17 36/13
Paramount [1]  47/5
parents [6]  29/25 30/1 30/8 38/19 39/2 40/10
Park [2]  2/23 66/17
parks [2]  70/22 73/23
particular [6]  6/17 6/18 6/21 6/21 31/20
parties [3]  15/15 15/18 46/5
party [4]  9/22 9/23 28/7 33/8
Pasadena [1]  51/3
past [2]  53/20 71/16
pay [10]  7/9 12/9 12/15 13/2 19/12 19/23
20/11 21/1 22/7 42/4
paycheck [2]  21/19 21/21 27/7
paychecks [2]  23/6 28/21
paying [6]  11/17 17/7 17/8 19/25 39/20 40/3
payment [1]  19/4
payments [5]  12/12 17/11 19/3 27/1 42/10
payroll [1]  72/17
peace [1]  38/1
pending [1]  15/22
people [7]  12/16 12/17 40/8 42/16 49/3 51/6
70/24
percent [2]  34/12 36/17
percentage [1]  35/20
percipient [5]  5/8 5/22 6/12 7/2 8/2
Peremptory [18]  53/18 54/22 55/25 56/23
58/1 59/3 60/7 61/14 62/17 63/20 64/20 66/2
67/6 68/2 69/1 70/1 72/25 74/3
perfectly [1]  7/17
perform [2]  44/20 46/10
performing [1]  44/9
permission [2]  13/1 19/9
permit [2]  44/4 46/3
person [7]  8/18 37/7 41/1 41/20 41/23 46/12
47/12
personally [19]  55/10 56/11 57/9 58/12
59/15 60/19 62/1 63/3 64/7 65/7 66/13 67/17
68/12 69/13 70/12 71/11 72/6 73/16 74/14
persons [1]  45/5
perspective [1]  29/9
Ph.D [1]  50/12
Phil [1]  61/7
Phillips [1]  57/13
phlebotomist [1]  55/18
phone [3]  31/3 34/21 34/21
phony [1]  35/18
photography [1]  65/23
photos [1]  17/23
phrase [1]  7/14
physical [1]  49/9
physician [1]  51/18
picked [2]  30/21 42/19
picture [4]  22/24 22/25 22/25 33/16
piece [1]  8/13
place [5]  9/6 40/15 40/17 41/4 41/7
placeholder [1]  36/11
Plaintiff [2]  1/9 2/3
plan [1]  9/20
plans [4]  7/6 26/17 26/18 26/18
play [4]  50/19 62/12 66/25 67/24
playing [1]  48/11
plea [2]  44/7 70/20
please [29]  4/6 10/4 43/13 54/11 55/13 55/15
56/14 57/12 58/15 59/18 60/22 61/18 62/4
62/20 63/6 63/24 64/24 65/18 66/16 67/20
68/16 69/16 70/15 71/14 72/15 73/7 73/19
74/17 75/5

**P**

plenty [1]  39/20
plus [2]  53/12 74/19
point [6]  6/16 26/10 26/16 28/14 36/1 40/11
points [2]  31/10 33/13
police [1]  72/9
Popular [1]  52/12
positive [1]  31/7
possible [1]  10/16
posted [1]  38/23
potential [2]  4/20 4/20
prejudice [2]  46/4 46/11
preparation [1]  5/1
prepared [4]  25/4 41/19 42/21 42/21
presence [1]  18/4
present [22]  2/10 4/12 4/14 4/16 10/1 10/12
  14/18 14/24 17/20 18/5 18/8 18/10 18/15
  29/6 29/22 30/15 33/2 33/5 34/1 34/15 37/8
  60/25
presented [3]  27/15 27/23 44/6
PRESIDING [1]  1/6
presumption [1]  44/4
pretend [1]  36/12
Pretended [1]  36/4
pretty [2]  26/7 70/23
print [1]  53/1
privacy [2]  24/15 40/19
privilege [2]  13/5 37/25
probably [1]  12/16
problem [2]  4/18 7/19
problems [1]  9/9
proceed [1]  9/8
proceedings [2]  1/16 76/5
process [8]  6/17 23/5 23/6 24/24 26/21 27/4
  41/6 49/19
processing [1]  7/21
processors [1]  32/9
product [1]  33/17
professional [4]  50/19 50/21 53/14 63/8
professionals [3]  25/1 29/16 42/12
programs [17]  47/14 48/12 51/8 51/22 53/14
  54/18 55/22 56/20 58/23 60/3 61/9 63/16
  64/16 65/23 70/23 73/24 74/25
progressed [1]  25/25
progressing [1]  26/14
promised [1]  12/9
proper [1]  28/7
properly [1]  29/4
properties [3]  17/4 40/25 41/3
property [48]  12/25 13/1 13/9 13/11 13/13
  14/18 14/21 15/2 15/7 15/12 16/1 16/10
  16/13 17/6 17/10 17/11 17/13 17/16 17/20
  17/23 17/25 18/9 18/11 18/16 18/23 19/4
  19/5 19/8 19/11 19/13 19/22 21/4 21/17 22/8
  24/10 24/20 25/6 25/18 25/19 25/19 25/21
  25/23 25/25 26/14 26/20 27/2 27/10 32/14
property's [1]  14/24
prosecuted [1]  13/21
prosecution [1]  29/11
prosecutor [5]  28/3 30/10 31/24 32/25 33/6
prosecutors [1]  42/18
prospective [10]  41/10 53/19 53/24 56/2 59/6
  62/19 66/4 67/8 69/4 70/3
proud [2]  30/1 30/8
prove [2]  11/2 11/6
provide [2]  5/2 26/25
provided [6]  5/1 5/4 5/24 7/24 27/8 41/12
providing [1]  26/11
proving [1]  34/21
psychologist [1]  52/7
psychology [3]  52/12 61/1 68/19
public [2]  46/4 46/5

**Q**

quarters [1]  13/9
question [3]  8/19 9/12 15/17
questions [43]  4/25 6/5 44/22 44/24 54/5
  55/6 55/9 56/7 56/10 57/5 57/8 58/8 58/11
  59/11 59/14 60/15 60/18 61/22 61/25 62/24
  63/2 64/3 64/6 65/3 65/6 66/9 66/12 67/13
  67/16 68/9 68/11 69/9 69/12 70/8 70/11 71/7
  71/10 72/2 72/5 73/12 73/15 74/10 74/13
quote [1]  8/4

**R**

Rachel [1]  61/8
racing [1]  63/12
raise [1]  4/19
Ramona [3]  66/6 66/7 66/17
Ramsin [3]  14/13 49/14 49/17
ran [1]  31/11
Ranch [1]  57/13
rather [2]  26/20 40/16
rationale [1]  33/11
Ray [1]  61/8
Raymond [3]  59/8 59/9 59/19
reach [2]  46/7 54/17
reached [2]  36/11 62/11
read [31]  27/21 47/24 48/1 48/14 49/2 49/10
  49/25 50/1 51/6 51/9 51/23 53/1 54/19 57/21
  57/23 60/11 61/1 62/14 64/15 65/24 67/1
  67/23 67/25 68/21 69/22 69/24 70/21 71/20
  72/22 73/25 74/23
reading [3]  47/14 53/4 58/25
ready [1]  14/9
real [24]  15/3 13/17 14/20 14/24 17/16 17/19
  18/15 24/25 25/3 29/15 31/12 31/12 32/11
  35/4 35/17 35/20 36/2 36/4 39/17 39/19
  40/20 41/1 47/22 53/21
reality [9]  48/12 51/23 57/22 60/4 64/17
  69/23 70/23 72/22 73/25
really [10]  14/22 39/15 41/18 41/18 42/1
  42/15 49/21 49/25 50/1 58/22
reason [4]  46/18
reasonable [3]  23/9 33/10 40/18
reasons [1]  24/13
rebut [1]  7/23
rebuttals [1]  5/14
recall [1]  4/23
receive [2]  29/13 29/14
received [5]  15/7 16/24 20/20
receiving [2]  28/20 28/21
recent [1]  34/23
recess [8]  9/16 9/19 9/25 43/17 43/18 43/21
  43/22 75/10
reconstruction [1]  53/2
records [2]  13/13 34/21
reducing [1]  26/25
refer [1]  47/2
reference [1]  8/7
referencing [1]  33/4
regard [2]  7/5 25/11
regarding [2]  4/20 19/17
regardless [2]  44/11 46/7
regards [1]  7/20

**S**

safety [3]  25/12 25/12 57/17

regulations [1]  76/7
related [2]  38/13 50/21
relationship [4]  40/12 45/8 45/16 45/13
relationships [1]  72/11
relatives [1]  72/8
relax [1]  49/22
relevance [1]  43/3
relied [4]  24/25 24/25 26/7 33/12
rely [2]  7/20 29/15
remain [2]  43/17 75/17
remember [4]  37/2 50/15 61/5 72/20
Remind [1]  75/11
repeat [1]  38/8
repeatedly [1]  34/14
report [8]  18/14 19/17 21/8 21/13 22/2 22/5
  22/11 23/3
reported [3]  23/1 75/19 76/5
REPORTER'S [1]  1/16
reporting [1]  23/3
reports [5]  11/20 11/21 23/18 23/19 48/10
represent [3]  13/5 24/3 29/21
represented [2]  35/24 45/1
representing [1]  37/25
request [1]  20/9
requested [1]  41/21
requesting [1]  5/1
require [1]  27/20
required [4]  15/14 16/18 19/19 30/18
requires [1]  19/9
residing [1]  40/10
resource [1]  62/6
resources [2]  19/24 20/12
respect [1]  9/8
response [3]  6/21 6/25 15/16
rest [2]  15/22 18/25
restroom [1]  43/20
result [1]  7/10
retail [2]  68/18 71/16
retain [1]  6/8
retired [5]  45/14 51/2 57/17 66/18 74/19
retirement [1]  49/18
return [7]  17/1 23/23 29/17 37/12 37/13 43/9
  75/8
returned [1]  16/21
returns [1]  27/6
review [2]  37/1 50/18
revise [1]  16/25
revision [1]  20/16
revisions [1]  20/18
Rey [1]  47/21
rid [1]  26/19
ride [2]  66/24 72/21
riding [1]  68/21
right [22]  4/17 9/3 9/4 9/24 11/13 17/14
  17/23 22/24 23/6 32/23 43/23 47/20
  49/20 49/21 49/23 51/12 55/24 63/15 65/12
  65/17 66/19
rights [1]  25/12
Rigoberto [3]  43/13 46/20 46/25
rise [1]  46/22
road [1]  54/18
role [1]  34/9
romance [1]  68/23
Romero [1]  49/8
room [2]  1/24 75/8
rough [1]  24/19
RPR [1]  1/23
run [2]  47/25 49/25
Running [1]  74/24
Russian [2]  63/13 63/14

said [12] 14/20 15/9 16/16 38/16 39/5 42/19
42/21 42/23 42/24 42/25 43/1 60/4
salaries [1] 28/22
salary [1] 21/21
sale [37] 7/8 15/12 17/12 17/17 17/17 19/8
19/9 19/10 19/14 19/15 19/21 19/22 20/9
20/17 20/19 21/3 21/6 21/7 21/10 21/14 22/1
23/1 23/5 23/6 23/13 26/6 34/11 35/2 35/19
35/19 35/20 35/21 35/25 36/13 36/21 42/6
42/8
same [11] 12/17 17/24 18/10 18/20 32/9 32/9
32/11 32/14 35/5 39/18 46/16
sank [1] 24/20
Santa [1] 3/7
saw [2] 38/5 38/22
say [5] 7/24 25/12 33/8 47/4 65/9
says [8] 8/10 39/24 39/25 40/22 41/14 41/25
42/3 42/21
Scandal [1] 51/23
schedule [1] 14/19
school [5] 48/21 49/19 52/7 52/8 58/19
science [3] 53/4 61/2 65/24
scope [1] 8/14
Scott [6] 43/14 48/3 48/6 70/5 70/6 70/16
screenplays [1] 70/25
seat [5] 54/2 55/3 61/19 63/25 64/25
seated [2] 4/9 10/7
second [4] 15/13 16/7 21/6 33/20
secondly [1] 37/7
secretly [1] 36/2
section [8] 10/20 10/21 10/23 32/10 32/19
32/23 32/25 76/3
see [16] 16/6 20/2 22/9 22/15 22/19 31/23
32/11 32/23 33/20 33/21 33/24 39/12 40/22
41/17 41/18 42/1
seen [1] 45/1
Segundo [1] 60/23
selected [1] 52/11
self [1] 63/16
self-defense [1] 63/16
sell [4] 13/1 17/23 19/11 26/19
selling [2] 7/17 47/12
senior [1] 57/16
sense [6] 6/13 7/7 8/5 27/18 28/12 29/14
sent [5] 15/4 16/19 16/22 16/25 22/3
September [3] 22/3 22/14 22/22
September 2011 [1] 22/3
serious [1] 40/12
serve [3] 35/18 61/3 70/19
served [10] 35/4 50/14 51/5 51/19 57/18
58/20 59/24 71/19 72/19 73/22
service [12] 47/24 48/25 49/24 51/5 56/18
57/20 62/10 63/11 64/14 65/21 66/22 69/21
session [1] 1/20 75/17 75/19
set [5] 18/2 18/3 18/4 18/7 19/6
sets [7] 11/17 11/18 13/7 23/11 23/12 23/17
32/6
seven [2] 47/22 48/8
several [3] 5/6 31/7 49/2
Shades [1] 61/12
Shamoun [1] 49/17
Shannon [3] 73/9 73/10 73/20
share [1] 30/7
she [60] 8/10 8/11 13/20 20/16 25/4 25/6
25/10 25/10 25/11 25/14 26/21 26/21 29/11
33/24 34/3 34/8 34/10 34/11 34/12
34/14 34/15 34/19 34/23 35/1 35/3 35/3 35/5
35/8 35/8 35/11 35/14 35/17 35/19 35/21
35/22 35/23 35/24 35/24 35/25 36/3 36/22
36/4 36/7 36/12 36/17 36/22 37/10 42/15
42/16 42/17 42/18 42/20 42/21 42/23 42/24

she's [6] 33/25 34/5 36/24 47/8 50/11 52/8
sheet [22] 41/23 46/24 54/11 55/13 56/14
57/12 58/15 59/18 60/22 62/4 63/6 64/10
65/18 66/16 67/20 68/16 69/16 70/15 71/14
72/15 73/19 74/17
Sheila [3] 43/14 50/23 51/1
Sheri [1] 75/19
sheriff [2] 38/2 72/10
sheriff's [5] 11/25 30/2 31/2 45/15 65/10
sheriffs [3] 25/2 28/20 39/7
short [35] 7/8 15/12 17/12 17/17 17/17 19/8
19/9 19/10 19/14 19/15 19/21 19/22 20/9
20/17 20/19 21/3 21/6 21/7 21/10 21/14 22/1
23/1 23/5 23/6 23/13 26/6 34/11 35/2 35/19
35/19 35/25 36/13 42/6 42/8 43/17
Should [1] 55/14
show [52] 23/9 24/7 24/11 24/13 24/21 24/24
25/9 25/16 25/18 27/5 27/22 28/4 28/8 28/21
28/23 29/3 29/24 30/10 30/19 31/10 31/15
31/24 32/3 32/9 33/9 33/11 33/25 34/8 34/10
34/14 34/18 34/20 35/1 35/3 35/6 35/11
35/14 35/17 36/3 36/10 36/12 36/19 38/2
38/22 40/2 40/5 41/22 42/7 42/9 42/17 53/3
61/7 65/23
showed [2] 13/12 13/13
showing [2] 9/21 15/8
shows [13] 30/16 48/12 48/12 51/23 52/13
55/22 57/22 61/8 61/9 69/23 71/21 72/22
sign [2] 16/25 27/24
signature [3] 15/4 27/16 35/12
signatures [4] 20/3 27/20 27/24 30/19
signed [11] 12/8 18/2 18/4 18/6 18/22 20/6
25/24 26/16 26/22 28/2 34/17
signing [1] 17/25
similar [1] 50/18
Similarly [1] 36/24
simple [1] 40/16
simply [1] 41/22
since [1] 51/17
single [10] 27/21 47/22 49/18 58/16 59/20
64/12 65/19 68/18 73/20 74/19
sir [18] 45/13 52/17 53/25 54/21 60/6 60/11
60/21 61/17 63/1 63/19 64/10 64/19 66/1
66/5 68/1 74/12 74/16 75/2
sit [3] 28/1 29/8 46/19
sitting [21] 24/4 54/9 55/11 56/12 57/10
58/13 59/16 60/20 62/2 63/4 64/8 65/8 66/14
67/18 68/13 69/14 70/13 71/12 72/7 73/17
74/15
situations [1] 5/17
six [1] 57/17
size [2] 38/16 41/5
slides [1] 9/21
slightly [2] 38/6 38/25
small [2] 53/16 71/1
so [22] 4/25 5/15 5/25 7/11 9/7 9/13 11/8
13/2 13/17 19/7 23/12 32/21 33/13 34/3
34/22 35/5 35/22 37/1 37/12 44/24 63/12
63/14
Social [1] 58/19
Society [1] 53/15 61/13 71/1
sociology [2] 58/18 68/19
sold [1] 7/8
sole [1] 44/9
some [23] 4/18 5/9 9/9 9/14 15/25 24/8 24/11
24/15 26/1 26/10 26/16 28/14 38/23 38/25
41/3 48/9 51/10 57/21 64/13 65/20 67/22
70/18 71/18
somebody [1] 8/17
someone [3] 53/15 61/13 71/1
something [6] 8/17 8/17 9/10 39/15 41/8
42/23 42/25 43/2 48/23 48/24

sometime [1] 40/6
somewhere [1] 39/17
son [1] 30/3
sons [1] 66/21
soon [1] 19/2
sorry [8] 36/22 49/20 49/23 50/7 53/19 60/8
73/2 73/3
sort [2] 5/9 5/17
sorts [1] 30/24
South [1] 49/8
Spanish [1] 66/20
speak [1] 23/22
special [4] 2/10 4/9 10/7 47/13
speed [1] 26/13
spending [1] 73/24
spent [2] 39/12 39/13
splicer [1] 48/7
spoke [1] 13/17
sport [1] 50/19
sports [10] 47/14 47/25 52/13 53/14 56/20
67/24 67/24 74/24 74/25 74/25
spouse [2] 51/17 62/7 63/9
spring [3] 1/24 2/8 15/20
square [2] 12/2 14/12
St. [1] 61/5
St. Cloud [1] 61/5
staff [2] 27/5 35/15
stake [1] 38/11
stand [3] 6/1 55/14 75/5
standing [1] 16/18
standpoint [1] 33/16
star [2] 33/24 51/7
Star-News [1] 51/7
started [3] 23/4 23/6 29/23
Starting [1] 46/22
state [4] 4/6 10/4 15/15 46/7
stated [1] 18/10
statement [7] 4/22 6/3 9/5 9/20 10/21 11/11
30/11
statements [45] 10/24 11/1 11/20 11/21 18/3
18/20 19/18 21/8 21/11 21/12 22/2 22/4 22/4
22/5 22/11 23/18 23/19 25/24 27/6 27/9
27/10 27/11 34/5 37/23 44/22 54/5 55/6 56/7
57/5 58/8 59/11 60/15 61/22 62/24 64/3 65/3
66/9 67/13 68/8 69/9 70/8 71/7 72/2 73/12
74/10
states [21] 1/1 1/8 1/23 2/5 2/7 2/7 4/4 4/8
10/3 10/6 10/17 10/20 10/21 10/22 13/5 16/9
16/14 45/23 45/25 76/4 76/8
station [2] 31/17 31/18
status [3] 52/5 56/16 74/19
stay [6] 16/10 24/17 24/21 25/16 26/24 42/2
staying [1] 17/9
stays [2] 16/15 48/8
stenographically [1] 76/5
step [5] 43/13 54/1 55/2 61/18 63/24
STEPHANIE [1] 2/5
still [9] 12/5 12/10 12/11 12/13 13/15 15/22
21/4 40/9 40/21
stipulated [2] 9/22 9/23
stop [1] 42/10
stopped [1] 19/3
stopping [1] 17/11
story [6] 16/5 17/3 17/5 20/13 20/23 34/24
straw [2] 34/12 35/18
Street [5] 1/24 2/8 47/24 56/19 61/11
stubs [1] 27/7
student [1] 58/19
studies [2] 62/9
studio [1] 70/17
study [1] 61/1
studying [2] 53/2 68/19
stuff [2] 54/19 64/18

## S

style [1] 39/13
subject [1] 75/12
submit [6] 14/9 19/20 21/10 21/12 23/18 46/15
submitted [15] 6/22 14/16 15/5 15/21 16/3 17/4 19/16 20/17 20/18 21/12 23/11 23/20 32/8 32/8 75/15
submitting [1] 23/10
subscribe [3] 58/22 60/1 72/21
subscription [2] 53/13 63/13
Subscriptions [1] 50/18
subset [1] 9/23
substitute [1] 66/19
such [2] 5/4 5/10
sue [1] 71/1
sued [56] 15/20 47/16 47/17 48/1 48/1 48/14 48/15 49/2 49/12 50/1 51/10 51/10 51/24 51/24 52/15 52/16 53/5 53/5 53/15 54/20 54/20 55/23 55/23 55/23 57/23 57/23 59/1 59/1 60/5 61/12 61/13 61/13 62/15 62/15 63/17 63/18 64/18 64/18 65/25 65/25 67/3 67/25 67/25 68/23 68/23 69/24 69/24 70/25 71/22 71/22 72/23 72/23 74/1 74/1 75/1 75/1
sufficient [1] 21/1
suggested [1] 42/5
Suite [3] 2/16 2/23 3/7
suits [1] 50/21
summonses [1] 74/22
Sunland [1] 59/19
super [1] 49/20
support [1] 20/19
supporting [2] 12/23 21/10
supposed [1] 40/2
sure [4] 24/18 27/20 30/16 42/15
surprise [1] 39/22
surprisingly [1] 40/1
SVU [1] 58/24
Swear [1] 75/3
switched [3] 28/10 28/18 28/23
sworn [1] 75/6
sympathy [1] 46/4
system [1] 63/16

## T

table [3] 4/9 10/7 29/22
take [11] 9/11 14/3 29/3 41/11 41/11 43/17 43/18 43/21 61/18 64/24 75/10
takes [3] 41/7 48/8 70/24
taking [1] 17/22
talk [1] 28/3
talked [2] 17/10 17/12
talking [1] 28/9
tank [1] 24/20
tax [4] 13/11 13/13 15/7 27/6
teacher [3] 51/2 66/18 66/18
team [1] 62/12
technical [2] 60/2 60/5
Ted [3] 64/24 65/1 65/19
television [2] 50/20 70/22
tell [8] 7/23 8/23 8/24 9/1 14/6 25/10 41/9 42/15
telling [2] 11/17 16/4
ten [3] 47/7 52/8 73/21
tendency [1] 40/4
term [3] 5/10 7/14 8/21
terms [5] 5/10 9/9 26/6 28/18 31/12
testify [3] 7/2 13/19 46/2
testifying [2] 6/11 6/13
testimony [9] 4/20 5/9 5/15 8/5 11/4 13/21 27/13 36/8 42/14
Thailand [2] 29/25 39/3

than [34] 12/5 13/1 13/14 14/1 14/2 14/21 16/9 17/20 19/11 20/13 26/20 27/14 54/8 55/10 56/11 57/9 58/12 59/15 60/19 62/1 63/3 64/7 65/7 65/11 66/13 67/17 68/13 69/12 70/22 73/11 72/6 73/16 74/14
thank [67] 29/18 37/15 37/17 45/21 47/20 48/2 48/16 49/4 49/13 50/3 50/22 52/17 53/6 53/17 53/22 53/24 53/25 54/21 54/25 55/1 56/2 56/3 56/22 56/24 57/1 57/25 58/3 58/4 59/2 59/5 59/7 60/6 60/10 60/11 61/16 61/17 62/16 62/19 62/20 63/19 63/22 63/23 64/19 64/22 64/23 66/1 66/4 66/5 67/4 67/8 68/1 68/4 68/5 68/25 69/5 70/3 70/4 71/23 72/24 73/7 73/8 74/2 74/5 74/6 75/2 75/8
that [246]
that's [28] 5/12 7/17 7/21 8/3 8/6 8/6 8/10 8/13 8/15 8/16 8/25 9/2 9/2 11/15 21/20 22/17 27/25 28/8 28/16 32/21 32/22 38/25 42/1 53/3 56/20 60/3 60/4 67/2
their [97]
theirs [1] 39/14
them [33] 8/17 8/19 8/24 9/1 11/8 16/6 16/18 16/25 16/25 19/1 21/17 21/22 21/23 25/1 25/1 25/24 28/7 29/16 30/19 31/3 31/6 31/23 31/24 37/21 38/25 39/11 39/16 39/20 43/24 44/18 45/5 50/16 50/16
theme [1] 70/22
themselves [1] 43/7
then [12] 7/8 7/16 9/8 16/20 21/24 32/8 36/17 40/19 41/15 42/2 42/3 70/15
therapist [3] 49/9 57/19 58/17
there [48] 7/8 7/9 7/16 9/9 9/11 9/13 19/13 22/21 24/4 24/5 24/5 28/1 30/17 30/20 30/22 31/1 31/3 31/6 31/21 32/4 32/15 33/17 33/21 34/19 34/19 37/24 38/9 38/19 39/17 40/6 41/13 42/11 42/20 43/5 44/19 45/25 46/1 46/9 46/15 47/7 47/8 52/6 52/8 57/16 57/17 70/20 71/16 71/17
there's [15] 6/24 22/16 24/5 28/24 31/21 32/5 32/6 32/7 32/25 33/13 37/22 38/7 38/24 42/7
therefore [1] 7/10
these [28] 5/15 5/17 7/10 7/21 9/21 11/1 11/6 13/7 15/24 18/22 20/11 23/17 26/8 26/9 27/9 27/9 27/23 29/14 33/16 35/2 37/20 38/23 41/10 41/11 42/16 45/4 46/13 46/14
they [176]
they'll [1] 8/25 30/7
they're [20] 5/20 5/22 5/22 6/12 6/14 6/16 8/1 8/5 8/16 25/13 32/16 33/18 38/2 38/12 38/25 39/2 40/8 45/2 65/11 66/22
they've [2] 34/3 38/4
thing [2] 7/14 14/18
things [9] 27/19 30/9 30/10 37/2 38/6 38/25 39/11 39/18 61/11
think [5] 11/1 11/6 40/4 41/11 62/10
this [76] 4/23 6/14 7/1 7/5 7/6 7/7 7/23 9/1 9/9 9/11 9/15 10/16 11/2 11/18 11/19 11/24 13/5 13/6 14/14 16/7 16/11 16/13 16/19 16/23 17/3 17/5 17/15 17/24 18/4 19/6 20/8 20/15 21/17 21/23 22/9 22/13 23/9 23/21 23/25 24/6 24/13 25/12 29/2 30/9 31/10 33/22 34/1 34/5 34/15 35/16 36/8 37/11 39/4 39/5 39/12 39/24 40/22 40/23 40/25 41/6 41/7 41/17 41/23 42/4 42/9 43/24 44/25 45/1 45/9 45/24 46/17 46/19 50/11 60/25 63/14 75/9
those [57] 5/7 6/15 6/17 6/18 9/6 11/5 11/18 11/19 12/7 12/13 17/7 19/10 19/23 22/12 22/15 22/16 22/17 23/4 23/7 25/23 26/16 27/8 27/10 27/18 28/2 28/22 30/18 30/19 30/23 31/14 32/21 32/22 35/24 36/23 37/2 38/3 38/18 55/9 56/10 57/8 58/11 59/14

60/18 61/25 63/2 64/6 65/6 66/12 67/16 68/11 69/13 70/11 73/10 72/5 72/11 73/15 74/13
though [7] 12/8 12/9 12/10 22/6 31/5 32/12 32/16
thousand [2] 31/7 64/11
thousands [1] 11/14
three [25] 11/15 11/24 13/9 14/11 15/11 16/19 16/23 16/24 18/5 18/6 19/5 20/7 20/16 22/16 30/3 31/8 37/20 38/1 38/3 38/18 38/23 40/8 42/16 48/22 66/21
three-bathroom [1] 14/11
through [7] 7/18 7/19 23/16 26/21 28/11 29/8 44/13
throughout [4] 4/25 15/22 24/24 37/11
tight [2] 38/24 38/24
time [24] 12/4 17/24 23/23 24/11 24/19 25/15 25/24 25/25 26/10 26/16 26/22 27/14 27/16 28/14 30/3 36/22 42/16 47/11 49/10 51/11 57/22 62/13 62/14 73/24
times [5] 41/2 51/6 55/22 72/21 74/24
Title [3] 10/19 10/20 76/4
Title 18 [1] 76/4
today [3] 30/22 52/12 74/24
together [12] 13/9 21/2 21/3 22/6 22/18 23/12 24/9 30/7 30/8 38/18 38/19 39/2
told [15] 13/8 13/22 14/3 16/12 16/25 19/6 19/15 20/13 20/14 20/22 20/23 21/6 22/1 29/10 42/18
too [3] 35/22 38/8 54/19
top [3] 16/8 20/3 61/10
topic [1] 63/15
Torrance [1] 68/18
total [4] 22/17 22/23 22/24 22/25
totally [3] 9/14 20/13 20/22
touching [1] 75/13
tour [1] 70/17
towards [1] 18/24
traffic [1] 48/21
Tran [39] 13/18 13/18 13/22 14/3 14/15 15/10 16/12 16/24 16/24 17/10 17/12 17/15 18/5 20/14 20/21 21/22 24/25 25/3 25/10 26/2 26/7 26/19 27/5 27/11 29/10 31/11 33/23 36/6 36/10 36/13 36/16 36/21 37/9 41/2 41/7 41/20 42/5 42/14 43/8
Tran's [6] 14/23 16/20 16/21 16/21 17/18 33/18
transaction [1] 7/14
transactions [4] 7/10 7/12 26/9 29/15
transcript [3] 1/16 76/5 76/6
travel [2] 51/22 58/23
traveled [1] 34/22
Traveler [1] 51/21
Trend [1] 63/12
trial [25] 1/16 4/25 9/8 9/10 11/2 11/7 13/6 13/20 16/6 22/9 24/7 24/13 27/17 28/12 31/11 33/10 33/21 34/24 36/6 43/25 44/13 44/16 49/1 70/20 75/13
triathlete [1] 53/14
Triathlon [1] 53/13
tried [3] 24/22 39/25 42/23
trouble [1] 24/22
truck [1] 52/6
true [5] 25/23 26/23 27/3 58/25 76/4
truth [2] 18/16 44/15
try [6] 8/24 8/24 8/25 31/25 40/22 44/5
TUESDAY [2] 1/18 4/1
turmoil [1] 40/21
TV [27] 47/15 47/25 48/12 49/2 49/11 50/1 51/8 51/22 52/13 53/14 54/18 55/21 56/20 56/21 58/23 60/2 60/3 61/9 62/14 63/16 64/16 65/23 68/22 71/21 73/24 73/25 74/24
twice [2] 50/14 67/23

## T

twins [1] 39/5
two [32] 7/10 11/17 11/17 13/7 14/17 15/25 16/4 16/5 17/8 19/13 20/9 23/11 23/11 23/17 24/12 24/16 25/17 29/24 30/9 32/6 37/2 38/9 39/5 50/10 53/20 54/14 57/19 59/23 66/20 66/22 71/3 71/18
two-and-a-half [1] 53/20
two-year-old [1] 71/18
type [1] 64/17
types [2] 26/5 50/19
typewritten [1] 16/8
typically [1] 51/23
typist [1] 57/16

## U

U.S [1] 1/5
UCLA [1] 50/9
UCSD [1] 69/19
Ukraine [1] 63/14
Umberto [2] 4/13 10/11
uncle [1] 45/14
uncorroborated [1] 34/4
understand [4] 5/25 6/2 16/17 29/14
underwater [8] 13/24 13/25 15/2 15/10 16/13 17/6 18/12 18/18
undisputed [1] 37/9
unfamiliar [1] 26/7
Unfortunately [1] 24/18
Unified [1] 52/7
UNITED [19] 1/1 1/8 1/23 2/5 2/7 2/7 4/4 4/8 10/2 10/6 10/17 10/20 10/20 10/22 13/5 45/23 45/25 76/4 76/8
unlike [1] 12/17
unmarried [1] 52/21
until [5] 12/4 27/2 75/10 75/14 75/16
unusual [2] 38/6 39/1
unusually [2] 38/24 38/24
up [6] 34/22 34/23 35/15 48/13 52/9 55/14
upon [3] 44/13 44/15 75/12
UPS [1] 67/22
us [26] 5/2 7/23 40/1 40/15 46/23 51/21 54/11 55/13 56/14 57/12 58/15 59/18 60/22 62/4 63/6 64/10 65/18 66/16 67/20 68/15 69/16 70/15 71/14 72/15 73/19 74/17
USA [2] 53/13 74/24
USC [1] 58/19
use [3] 4/25 8/21 27/18
used [2] 5/11 34/12
uses [1] 6/18
using [1] 22/7
usually [1] 9/14

## V

value [10] 12/4 13/11 14/18 14/25 17/21 18/8 18/11 18/15 19/22 25/5
valued [1] 14/12
values [1] 24/20
Van [1] 55/17
Van Nuys [1] 55/17
various [2] 27/5 73/24
Vasily [3] 62/21 62/22 63/7
Vega [1] 46/25
vehicle [1] 50/15
Ventura [1] 54/16
Verdes [1] 62/5
verdict [12] 23/24 23/25 29/17 37/13 37/14 43/10 44/17 46/7 54/17 61/6 62/11 75/15
Verne [2] 49/17 65/19
very [7] 9/3 25/19 32/11 38/15 46/17 53/19 57/21
vested [1] 29/11
view [2] 28/12

Village [1] 71/15
xiolations [1] 10/19
visit [1] 43/20
visits [1] 43/20
voice [1] 20/6
VOLUME [1] 1/20

## W

walk [2] 14/5 29/4
walking [4] 45/7 52/14 58/24 74/24
Wall [3] 47/24 56/19 61/11
want [7] 8/17 17/6 25/21 28/15 30/9 38/8 47/25
wanted [19] 4/19 9/19 12/7 12/13 12/14 12/17 13/23 14/3 16/1 16/12 24/12 24/15 24/16 24/17 25/10 26/24 28/17 35/19 35/21
wanting [3] 29/3 29/4 29/5
wants [1] 7/15
was [128]
wasn't [7] 21/8 26/11 31/21 32/22 34/15 34/19 34/19
watch [16] 48/12 49/11 50/1 51/8 53/3 57/22 62/13 63/13 63/14 63/16 63/17 67/24 68/22 69/23 72/22 73/24
watching [2] 47/15 60/2
waterskiing [1] 60/2
way [8] 6/7 7/11 9/1 9/1 15/23 17/20 42/9 43/2
we [30] 5/1 6/10 7/1 7/11 9/5 9/6 9/8 9/16 9/19 16/17 23/23 28/11 28/15 29/23 29/23 35/21 38/10 40/14 41/14 43/16 43/17 44/21 44/23 44/24 47/2 52/9 62/11 63/10 75/8 75/10
we'll [8] 9/16 33/9 33/10 33/11 43/17 43/18 43/21 47/2
we're [9] 6/19 31/22 31/24 32/2 32/3 33/4 39/16 42/14 52/13
we've [4] 4/25 6/6 7/22 28/14 35/16
week [5] 9/9 17/15 17/18 17/22 17/24
Weekly [1] 51/21
weeks [3] 15/11 20/4 20/22
weird [1] 63/15
welcome [1] 67/5
well [14] 7/1 7/13 8/11 9/3 20/17 22/20 24/8 47/25 50/10 53/3 53/21 57/15 71/21 72/8
went [5] 13/11 19/22 50/16 50/17 70/20
were [54] 12/18 12/18 14/4 14/6 14/9 14/16 15/15 15/17 15/18 16/2 18/5 18/22 19/13 19/19 19/23 20/18 21/3 22/7 22/20 23/2 23/10 23/12 25/15 26/4 26/6 27/10 27/15 27/23 28/7 28/20 28/22 30/17 30/20 30/20 30/22 30/23 31/1 31/3 31/6 33/17 33/17 38/3 38/23 39/5 39/6 39/6 39/9 39/18 39/20 40/9 40/10 41/19 46/14 72/20
weren't [2] 18/21 21/4
West [3] 2/16 54/12 74/18
WESTERN [1] 1/3
what [51] 5/5 6/16 7/20 7/21 7/23 8/2 8/2 8/3 8/7 8/13 8/15 8/16 8/18 8/21 11/1 11/9 16/5 17/3 17/14 22/13 24/6 25/5 27/2 28/8 28/16 29/8 29/14 30/9 31/10 31/19 32/14 32/19 33/2 33/3 33/4 33/15 36/2 38/8 40/19 42/5 42/15 43/23 44/11 47/4 50/15 58/23 60/4 61/10 67/1 72/20
what's [1] 38/15
when [14] 8/16 20/20 22/2 27/19 27/19 28/6 34/11 34/16 35/25 39/4 41/8 41/24 49/3 61/4
where [9] 27/23 31/16 33/1 39/16 47/5 48/13 55/16 61/4 65/11
whether [1] 15/15
which [48] 5/17 5/13 6/6 7/22 9/22 11/5 11/6 13/20 13/25 16/7 16/21 22/20 26/14 26/22 27/14 28/4 30/23 31/8 31/18 33/14 36/23

40/11 41/21 42/5 42/9 46/13 50/8 50/20 55/9 56/10 57/8 58/4 59/14 59/23 60/18 61/25 63/2 64/6 65/6 66/12 67/16 68/11 69/12 70/11 71/10 72/5 73/15 74/13
while [4] 9/16 25/17 32/10 40/12
whited [2] 35/8 35/11
who [39] 4/12 4/14 4/16 5/6 10/12 13/19 16/11 16/15 19/10 24/4 24/7 25/4 25/4 25/6 27/8 27/11 29/10 29/21 30/5 40/11 40/14 40/22 41/20 41/20 44/19 45/4 45/8 45/11 45/23 46/9 46/11 46/12 46/15 46/16 46/18 58/17 65/10 65/11 75/7
who's [1] 46/1
whole [2] 15/22 27/4
why [5] 16/2 19/24 33/10 42/1 46/18
widow [1] 66/18
wife [5] 47/7 48/8 50/10 52/7 71/1
will [67] 4/23 6/13 8/22 9/8 9/9 9/12 9/13 10/24 11/3 11/9 13/19 13/25 16/6 16/17 17/14 19/9 19/19 20/2 22/9 23/9 23/22 23/23 24/11 24/21 24/24 25/9 28/23 29/24 30/19 31/10 31/15 33/8 33/13 33/20 33/22 33/22 33/25 33/25 34/4 34/8 34/10 34/14 34/18 34/20 35/1 35/3 35/5 35/11 35/14 35/17 36/3 36/7 36/10 36/12 36/19 37/3 37/8 37/9 42/9 43/9 43/18 44/5 46/5 46/22 75/8 75/10 75/17
willing [2] 12/18 12/19
willingness [1] 44/14
Wilshire [1] 3/7
wish [1] 11/11
within [5] 7/1 17/15 17/18 17/22 17/24
without [1] 35/23
witness [13] 5/6 7/19 7/23 29/10 33/21 33/23 33/24 33/24 33/25 34/5 36/7 36/9 37/8
witness's [1] 29/9
witnesses [10] 5/8 5/16 5/18 5/23 6/6 6/10 6/12 6/12 7/2 11/4
word [1] 27/21
work [26] 8/3 8/4 8/4 29/15 31/1 31/3 31/15 31/16 31/17 39/25 40/1 40/4 40/5 48/21 49/18 55/17 57/15 58/17 58/19 59/20 63/8 64/12 67/22 68/18 72/8 72/9
worked [6] 31/16 31/17 31/18 42/9 51/2 57/14
working [6] 21/3 23/12 28/13 42/1 42/3 72/17
works [4] 40/23 47/7 71/17 72/18
world [1] 39/19
worth [7] 12/5 13/13 13/25 14/3 14/21 14/22 15/8
would [86]
wouldn't [3] 13/2 62/3 70/14
write [2] 21/9 35/13
writing [1] 20/8
written [1] 20/5
wrong [5] 31/1 31/2 31/3 31/15 41/13

## Y

Yeah [1] 51/6
year [9] 5/3 13/10 34/18 48/22 48/24 52/23 55/23 69/19 71/18
years [35] 12/3 13/12 47/7 47/8 47/23 48/8 50/10 50/11 52/5 52/7 52/8 53/11 53/12 53/16 53/20 54/13 56/17 57/16 57/18 57/18 59/24 60/25 62/6 62/8 63/8 68/19 71/1 71/16 71/18 71/19 72/7 72/18 73/21 74/19 74/22
yes [29] 4/19 9/18 11/12 32/16 41/14 45/13 54/7 55/8 55/23 57/13 58/10 59/13 59/22 59/24 60/23 61/24 63/1 64/5 65/5 66/11 67/15 68/10 69/11 70/10 71/9 72/4 73/5 73/14 74/12
yet [1] 39/7
YONEKURA [1] 2/5

# Y

**York [1]** 50/18
**you [213]**
**you'll [5]** 22/19 32/10 32/23 33/24 43/19
**you're [12]** 8/1 11/8 24/18 27/13 29/17 30/14
 31/23 33/2 33/20 39/11 43/4 67/5
**you've [3]** 10/15 45/1 47/3
**young [2]** 40/8 40/9
**your [75]** 4/6 4/7 4/11 4/13 4/15 4/19 6/10
 6/22 6/23 6/25 9/17 10/4 10/5 10/9 10/11
 10/13 11/12 27/18 28/12 32/14 37/17 40/3
 44/5 45/17 47/3 48/13 53/23 54/8 54/23
 54/24 55/10 56/11 57/7 57/9 58/2 58/12 59/4
 59/15 59/17 60/9 60/19 61/15 62/1 63/3
 63/21 64/5 64/7 64/9 64/21 65/5 65/7 65/14
 66/13 67/7 67/15 67/17 67/19 68/3 68/12
 69/2 69/3 69/13 70/2 70/12 71/11 72/6 72/12
 73/1 73/3 73/6 73/16 74/4 74/14 75/11 75/15
**yourself [1]** 46/3
**yourselves [1]** 75/12
**youth [1]** 62/12
**Yu [1]** 69/17

# Z

**zero [1]** 21/25
**Zoila [3]** 43/14 49/5 49/8